**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| POWER SURVEY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER UTILITY SERVICES, LLC, AND L-3 COMMUNICATIONS CORPORATION D/B/A/ NARDA SAFETY TEST SOLUTIONS<br><br>Defendants. | Civil Action No. 2:13-cv-05670-FSH-MAH<br><br>*Electronically Filed* |

## **STIPULATION AND [PROPOSED] ORDER**

To facilitate the parties' on-going settlement efforts, Plaintiff Power Survey LLC ("Power Survey") and Defendants L-3 Communications Corporation ("L-3 Communications") and Premier Utility Services, LLC ("Premier") stipulate as follows:

1. L-3 Communications and Premier each will have until January 20, 2014, to file an answer or motion in response to Power Survey LLC's Complaint or any amended complaint filed as provided below in paragraph 3.

2. This extension is without prejudice to any Power Survey request for preliminary injunctive relief, to the right of L-3 Communications or Premier to oppose such request on any ground, including the ground that Power Survey has not requested preliminary injunctive relief, or to Power Survey's right, if any, to file a motion seeking preliminary injunctive relief before January 20, 2014.

3. Power Survey may file and serve an amended complaint on or before December 10, 2013, which may, among other things, assert additional patents, accuse additional products,

dismiss Defendant L-3 Communications Corporation, or add L-3 Communications Holdings, Inc. as a defendant.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| **CONNELL FOLEY LLP** | **WOODCOCK WASHBURN LLP** |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant* |
| *Power Survey LLC* | *L-3 Communications Corporation* |
| | |
| By: *s/Liza M. Walsh* | By: *s/Lesley M. Grossberg* |
|    Liza M. Walsh |    Lesley M. Grossberg |
|    85 Livingston Ave |    Cira Centre - 12th Floor |
|    Roseland, New Jersey 07068 |    2929 Arch Street |
|    973-535-0500 |    Philadelphia, Pennsylvania 19104 |
| |    215-568-3100 |
| | |
| Dated: November 25, 2013 | Dated: November 25, 2013 |

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
*Attorneys Defendant*
*Premier Utility Services, LLC*

By: *s/Jura C. Zibas*
   Jura C. Zibas
   150 East 42nd Street
   New York, New York 10017
   212-490-3000

Dated: November 25, 2013


Pursuant to the above Stipulation, it is **SO ORDERED** on this _____ day of _____, 2013.

                                                                          _____

                                                                       Honorable Michael A. Hammer, U.S.M.J.