Liza M. Walsh
Tricia B. O'Reilly
Katelyn O'Reilly
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

Michael B. Ray
Mark Fox Evens
Byron L. Pickard
Nirav N. Desai
STERNE, KESSLER, GOLDSTEIN, & FOX P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005
(202) 371-2600

*Attorneys for Plaintiff*
*Power Survey, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| POWER SURVEY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER UTILITY SERVICES, LLC,<br>AND L-3 COMMUNICATIONS HOLDINGS,<br>INC. D/B/A/ NARDA SAFETY TEST<br>SOLUTIONS<br><br>Defendants. | Civil Action No. 2:13-cv-05670-FSH-MAH<br><br><br>**NOTICE OF MOTION<br>TO DISMISS**<br><br><br>*Electronically Filed* |

**PLEASE TAKE NOTICE** that on March 17, 2014, or as soon thereafter as counsel may

be heard, the undersigned, attorneys for Plaintiff Power Survey, LLC ("Power Survey"), shall

move before the Honorable Faith S. Hochberg, U.S.D.J., at the United States District Court for

the District of New Jersey, Martin Luther King Jr. Federal Building and United States

Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an Order pursuant to Rule

12(b)(6) of the Federal Rules of Civil Procedure dismissing Defendant L-3 Communications Holdings, Inc. d/b/a Narda Safety Test Solutions' Counterclaims with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Power Survey will rely upon the Memorandum of Law in support thereof, the Declaration of Byron Pickard with exhibits annexed thereto, as well as any additional submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted.

**CONNELL FOLEY LLP**
*Attorneys for Plaintiff*
*Power Survey, LLC*

Dated: February 27, 2014          By:      s/Liza M. Walsh
                                          Liza M. Walsh
                                          Tricia B. O'Reilly
                                          Katelyn O'Reilly
                                          85 Livingston Avenue
                                          Roseland, New Jersey 07068
                                          (973) 535-0500


                                          Mark Fox Evens
                                          Michael B. Ray
                                          Byron L. Pickard
                                          Nirav N. Desai
                                          Sterne, Kessler, Goldstein & Fox PLLC
                                          1100 New York Ave., N.W.
                                          Washington, DC 20005
                                          (202) 371-2600

2