Liza M. Walsh
Tricia B. O'Reilly
Katelyn O'Reilly
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

Byron L. Pickard
Mark Fox Evens
Michael B. Ray
Nirav N. Desai
STERNE, KESSLER, GOLDSTEIN, & FOX P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005
(202) 371-2600

*Attorneys for Plaintiff*
*Power Survey, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| POWER SURVEY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER UTILITY SERVICES, LLC, AND L-3 COMMUNICATIONS HOLDINGS, INC. D/B/A/ NARDA SAFETY TEST SOLUTIONS<br><br>Defendants. | Civil Action No. 2:13-cv-05670-FSH-MAH<br><br>**NOTICE OF MOTION**<br>**FOR PRELIMINARY INJUNCTION**<br><br>Motion Return Date: May 5, 2014<br><br>*ORAL ARGUMENT REQUESTED*<br><br>*Electronically Filed* |

**PLEASE TAKE NOTICE** that on May 5, 2014, or as soon thereafter as counsel may be heard, the undersigned, attorneys for Plaintiff Power Survey, LLC will move before the Honorable Faith S. Hochberg, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Jr. Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an Order enjoining Defendants Premier Utility

Services LLC and L-3 Communications Holdings, Inc. d/b/a Narda Safety Test Solutions' from all conduct infringing the patents asserted in the captioned suit, including: (1) using the 8950/10 or 8950/20 systems to perform mobile stray or contact voltage testing for any current or future customers; (2) using the 8950/10 or 8950/20 systems in demonstrations or testing; (3) offering for use the 8950/10 or 8950/20 systems in any bid for a mobile stray or contact voltage detection contract; and (4) selling or offering for sale the 8950/10 or 8950/20 systems.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Power Survey will rely upon the Memorandum of Law in support thereof, the Declarations of Thomas Catanese, David Kalokitis, Andrew Carter, and Dr. David Fugate, as well as any additional submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted.

**CONNELL FOLEY LLP**
*Attorneys for Plaintiff*
*Power Survey, LLC*

Dated: March 31, 2014     By:    *s/ Liza M. Walsh*
Liza M. Walsh
Tricia B. O'Reilly
Katelyn O'Reilly
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

Michael B. Ray
Mark Fox Evens
Byron L. Pickard
Nirav N. Desai
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Ave., N.W.
Washington, DC 20005
(202) 371-2600

2

3105391-2