John P. Donohue (*pro hac vice*)
Daniel J. Goettle (*pro hac vice*)
Kevin M. Bovard (*pro hac vice*)
Lesley M. Grossberg
BAKER & HOSTETLER LLP
Cira Centre 12th Floor
2929 Arch St.
Philadelphia, PA 19104
(215) 568-3100

*Attorneys for Defendant L-3 Communications Holdings, Inc., d/b/a Narda Safety Test Solutions*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| POWER SURVEY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER UTILITY SERVICES, LLC, and L-3 COMMUNICATIONS HOLDINGS, INC. d/b/a/ NARDA SAFETY TEST SOLUTIONS,<br><br>Defendants. | Civil Action No. 2:13-cv-5670-FSH-MAH<br><br>DECLARATION OF KEVIN M. BOVARD IN SUPPORT OF NARDA'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(Filed Electronically) |

The undersigned, Kevin M. Bovard, declares as follows:

1. I am an attorney at the firm of Baker & Hostetler LLP, counsel for Defendant L-3 Communications Holdings, Inc., d/b/a Narda Safety Test Solutions ("Defendant" or "Narda") in connection with the above-captioned action.

2. Attached as Exhibit A is a true and correct copy of the February 1, 2013 Order of the Rhode Island Public Utilities Commission, In re: Proceedings to Establish a Contact Voltage

<u>Detection and Repair Program Applicable to National Grid Pursuant to Enacted Legislation – Review of RFP Process and Recommended Survey Schedule for 2013</u>, *retrieved from* <u>http://www.ripuc.org/eventsactions/docket/4237-NGrid-Ord20950(2-1-13).pdf</u>.

3. Attached as Exhibit B is a true and correct copy of the transcript of the deposition of David Fugate, taken April 30, 2014.

4. Attached as Exhibit C is a true and correct copy of U.S. Patent No. 8,598,864, which was marked as Exhibit 7 at the deposition of David Kalokitis.

5. Attached as Exhibit D is a true and correct copy of Applicant's Office Action Response dated July 12, 2011, in connection with patent application 12/321,484.

6. Attached as Exhibit E is a true and correct copy of Applicant's Office Action Response dated January 6, 2012, in connection with patent application 12/321,484.

7. Attached as Exhibit F is a true and correct copy of Applicant's Office Action Response dated May 2, 2012, in connection with patent application 12/321,484.

8. Attached as Exhibit G is a true and correct copy of Applicant's Office Action Response dated September 4, 2012, in connection with patent application 12/321,484.

9. Attached as Exhibit H is a true and correct copy of the transcript of the deposition of David Kalokitis, taken April 18, 2014.

10. Attached as Exhibit I is a true and correct copy of an Operating Manual for the Narda EFA-300 system, with copyright notice of 2002. This document was marked as Exhibit 2 at the deposition of David Fugate.

11. Attached as Exhibit J is a true and correct copy of the transcript of the deposition of Thomas Catanese, taken May 1, 2014.

12. Attached as Exhibit K is a true and correct copy of a true and correct copy of portions of a Campaign Treasurer's Report Summary for the Francis Suarez Campaign.

13. Attached as Exhibit L are true and correct copies of Lobbyist Registration certificates for lobbyists Aaron Nevins and Todd Richardson for the four calendar quarters of 2013.

14. Attached as Exhibit M are true and correct copies of certification documents submitted by Premier Utility to the New York Public Service Commission in September 2012 as part of Case No. 04-M-0159.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2014

_Kevin M. Bovard_
Kevin M. Bovard

3425438.1