# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY


POWER SURVEY, LLC.,

     Plaintiff,

  v.                      Civil Action No.

PREMIER UTILITY SERVICES,    2:13-cv-05670-

LLC., and L-3 COMMUNICATIONS   FSH-MAH

CORPORATION d/b/a/ NARDA

SAFETY TEST SOLUTIONS

     Defendants.

- - - - - - - - - - -


VIDEOTAPED DEPOSITION OF

DAVID KALOKITIS


Friday, April 18, 2014

Washington, D.C.


Reported by:  Lori J. Goodin, RPR, CLR, CRR

David Kalokitis

## Page 2

```
1              April 18, 2014
2              9:32 a.m.
3
4
5     VIDEOTAPED DEPOSITION OF DAVID KALOKITIS, held at
6     the offices of:
7
8         Sterne Kessler Goldstein Fox
9         1100 New York Avenue, Northwest
10        Washington, D.C.  20005
11
12
13    pursuant to notice before Lori J. Goodin,
14    Registered Professional Reporter, Certified
15    LiveNote Reporter, Certified Realtime Reporter,
16    and Notary Public in and for the District of
17    Columbia.
18
19
20
21
22
23
24
```

## Page 4

```
1              APPEARANCES CONTINUED
2
3     For Premier Utility Services LLC:
4         JURA C. ZIBAS, ESQUIRE
5         WILSON ELSER MOSKOWITZ EDELMAN & DICKER, L.L.P.
6         150 East 42nd Street
7         New York, New York  10017
8         212-490-3000
9         jura.zibas@wilsonelser.com
10
11
12    ALSO PRESENT:
13        Michael Gay, CLVS
14
15
16
17
18
19
20
21
22
23
24
```

## Page 3

### APPEARANCES

```
1
2
3     For Plaintiff:
4         MARK FOX EVENS, ESQUIRE
5         MICHAEL B. RAY, ESQUIRE
6         NIRAV N. DESAI, ESQUIRE
7         STERNE KESSLER GOLDSTEIN FOX
8         1100 New York Avenue, Northwest
9         Washington, D.C.  20005
10        202-371-2600
11        mevens@skgf.com
12        mray@skgf.com
13        ndesai@skgf.com
14
15    For Defendant Narda:
16        DANIEL J. GOETTLE, ESQUIRE
17        BAKERHOSTETLER
18        2929 Arch Street
19        Cira Centre, 12th Floor
20        Philadelphia, Pennsylvania  19104
21        215-568-3100
22        dgoettle@bakerlaw.com
23
24
```

## Page 5

### CONTENTS

```
1
2
3     EXAMINATION BY                    PAGE
4     Mr. Goettle                8
5     Ms. Zibas                  229
6
7                  EXHIBITS
8     KALOKITIS
9     EXHIBIT NO.  DESCRIPTION          PAGE
10       1      Declaration of D. Kalokitis  49
11              in support of motion for
12              Preliminary injunction
13       2      Dr. Fugate's Declaration,   106
14              Pages 1-10
15       3      Provisional Patent          113
16              Application Serial Number
17              60/639054
18       4      Provisional Patent          124
19              Application Serial Number
20              60/641470
21       5      Provisional Patent          125
22              Application Serial Number
23              60/728168, Stray Voltage
24              Detector with Video GUI
```

2 (Pages 2 to 5)

David Kalokitis

Page 6

1           EXHIBITS (Continued)
2    KALOKITIS
3    EXHIBIT NO. DESCRIPTION          PAGE
4    6      U.S. Patent 7,248,054,     132
5           Apparatus and Method For
6           Detecting an Electric Field
7    7      U.S. Patent 8,598,864      134
8           Apparatus and Method For
9           Monitoring and Controlling
10          Detection of Stray Voltage
11          Anomalies
12   8      U.S. Patent 8,577,631      141
13          Method and Apparatus For
14          Discrimination of Sources
15          in Stray Voltage Detection
16   9      U.S. Patent 8,482,274      177
17   10     IEEE Standard 644, Standard 213
18          Procedure For Measurement of
19          Power Frequency Electric and
20          Magnetic Fields From AC Power
21          Lines
22
23
24

Page 7

PROCEEDINGS
1
2        THE VIDEOGRAPHER: We are on the
3    record. The time now is 9:32. This marks
4    the beginning of Disk Number 1 for the
5    videotaped deposition testimony of David
6    Kalokitis, in the matter of Power Survey,
7    LLC, versus Premier Utility Services, LLC,
8    et al. This deposition is being conducted at
9    1100 New York Avenue Northwest, Washington,
10   D.C.
11       Will all attorneys present please
12   identify themselves and who they represent.
13       MR. GOETTLE: Dan Goettle of
14   BakerHostetler for the defendant Narda.
15       MR. EVENS: Mark Evens for
16   defendant, ah, yeah, for plaintiff, Power
17   Survey and with me is Michael Ray and Nirav
18   Desai.
19       VIDEOGRAPHER: My name is Michael
20   Gay. I am with Golkow Technologies. Our
21   court reporter today is Lori Goodin, also
22   with Golkow Technologies and will now swear
23   in our witness.
24       DAVID KALOKITIS,

Page 8

1    a witness called for examination, having been
2    first duly sworn, was examined and testified as
3    follows:
4        EXAMINATION BY COUNSEL FOR DEFENDANT NARDA
5    BY MR. GOETTLE:
6        Q.   Morning Mr. Kalokitis.
7        A.   Good morning.
8        Q.   How are you?
9        A.   Good.
10       Q.   Have you been deposed before?
11       A.   I have not.
12       Q.   Okay. So, you probably are aware,
13   but I'm going to ask you some questions, and I
14   would ask you to answer them, unless your
15   attorneys instruct you not to.
16       A.   Okay.
17       Q.   If you don't understand my question,
18   please just ask me to clarify. I'm happy to do
19   that. I want to get a really clear record and I
20   want to make sure that you and I have a meeting
21   of the minds in terms of what I am asking, and
22   what you are answering, is that okay?
23       A.   Okay.
24       Q.   Would it be safe to assume that if you

Page 9

1    don't ask me to clarify my question that you
2    understand the question as I have asked it?
3        A.   Yes.
4        Q.   Any reason today you can't testify
5    truthfully?
6        A.   No.
7        Q.   Any reason today that you can't
8    testify completely?
9        A.   No.
10       Q.   Okay. So, as I go through today if
11   you want to take a break for any reason at all
12   you can just give me the sign and we can take a
13   break, okay?
14       A.   Okay.
15       Q.   The only caveat to that is I would
16   ask that if I have a question pending that you
17   answer the question before we take the break.
18   Okay?
19       A.   Okay.
20       Q.   And today, so, I have, just
21   so you know what I'm doing, on my screen here I
22   have my outline just so I can keep my thoughts
23   clear which will help us get through this a
24   little bit quicker, okay?

3 (Pages 6 to 9)

David Kalokitis

Page 10

1      A.   Okay.
2      Q.   And then I have a box of documents
3  back here, I have never used my entire box of
4  documents in any deposition, so I don't
5  anticipate we will be flipping through every one
6  of those documents, okay?
7      A.   Okay.
8      Q.   And then I'm going to be giving you
9  documents as we go today.  If you want to take
10  your time and review them before I start asking
11  you questions, you just start reviewing and I
12  will take from your body language that you want
13  to review and I will wait.  Okay?
14      A.   Okay.
15      Q.   In terms of the road maps so you can
16  kind of see how we are progressing today, I will
17  give you kind of a general understanding of where
18  I'm going, okay?
19      A.   Okay.
20      Q.   First I'm going to do some
21  introductory stuff which is what I'm almost done.
22          I want to then get into your
23  background, your educational and professional
24  experience.

Page 11

1      A.   Okay.
2      Q.   And then I'm going to talk to you
3  about the inventions of the asserted patents,
4  okay?
5      A.   Yes.
6      Q.   And I want to get the story behind
7  those inventions, where they came from that kind
8  of thing.
9          And then I want to talk to you about
10  the inventors and their role in the inventions of
11  the patent.
12      A.   Okay.
13      Q.   And then I want to talk to you about
14  what some of the patent claims mean in terms of
15  how they are, how they are implemented in Power
16  Survey's system, in your system, okay?
17      A.   Okay.
18      Q.   And then we will talk about Narda's
19  system.  And then I would like to talk a little
20  bit about some prior art issues, although I don't
21  think we are going to get into prior art today.
22      A.   Okay.
23      Q.   We might, but I don't know.
24      A.   Okay.

Page 12

1      Q.   So that is kind of like the
2  overarching theme for today.
3          The last before we get into the fun
4  stuff, your background.  Today I'm not
5  anticipating in getting into any Power Survey
6  confidential information.  Okay?
7      A.   Okay.
8      Q.   And my, it might be that we end up
9  there, so be it, but my goal would be to not
10  elicit a response from you that is going to
11  divulge confidential information.  Okay?
12      A.   Okay.
13      Q.   So, I understand it might be hard to
14  remember while we are going and I get it, but, if
15  to the extent that you can remember, and tell me
16  before you answer, that, the answer you are about
17  to give is Power Survey confidential information,
18  would you let me know?
19      A.   Yes.
20      Q.   Okay.  Thank you.  Okay.  So let's
21  start with your education.  Can you describe your
22  educational path post high school?
23      A.   Yes.  Four-year degree, Bachelor of
24  Science in Electrical Engineering from Trenton

Page 13

1  State College in 1983.
2          I started working at Sarnoff
3  Corporation in 1983.  While attending Sarnoff, I
4  went to Monmouth University and got a Master of
5  Science in Electrical Engineering, graduated in
6  1990.
7      Q.   So, in your time getting your B.S.
8  of Electrical Engineering, did you take computer
9  courses?
10      A.   Yes.
11      Q.   What were they?
12      A.   Computer languages.
13      Q.   Sure.  That would be great.
14      A.   Courses in FORTRAN, courses in
15  assembler languages, and computer, some computer
16  architecture, computer networks.
17      Q.   In 1983, what did you learn about
18  computer networks?
19      A.   The computer networks courses were
20  part of my master's degree.
21      Q.   Okay.  So that was more closer than
22  the 1990 time frame?
23      A.   In the, yes, in that zone.
24      Q.   Okay.  So, as an undergrad you had a

David Kalokitis

## Page 14

1  little bit in FORTRAN, assembler and a little bit
2  of computer architecture; is that right?
3      A.  In school, yes.
4      Q.  And then getting your master's you
5  dived a little more into computer networking?
6      A.  A little bit.
7      Q.  Did you learn how to perform
8  programming, computer programming?
9      A.  Yes.
10      Q.  In FORTRAN?
11      A.  Yes.
12      Q.  And in assembler languages?
13      A.  Yes.
14      Q.  Did you do any object oriented
15  programming?
16      A.  Not at that time.
17      Q.  Not at that time.  How about with
18  the master's, object oriented programming?
19      A.  Not at that time.
20      Q.  Okay.  So you have done that in
21  terms of your work at Sarnoff or at Power Survey?
22      A.  I had some experience with that at
23  Sarnoff.
24      Q.  I see.  Can you read computer code?

## Page 15

1      A.  Somewhat.  I am not a computer
2  expert.
3      Q.  Uh-huh.  But somewhat you can read
4  it?
5      A.  Somewhat.
6      Q.  Did you do any of the programming on
7  Power Survey's system?
8      A.  No.
9      Q.  So, you got your degree at Monmouth
10  while working at Sarnoff?
11      A.  Yes.
12      Q.  So, you went and did that at night?
13      A.  Yes.
14      Q.  How long did that take you?
15      A.  Four years.
16      Q.  Four years.  Was that fun going to
17  work all day and then going to school at night?
18      A.  Yes.
19      Q.  That is good.  Okay.  So let's talk
20  about your work at Sarnoff.  I take it, then,
21  your, in terms of your professional employer
22  progression, you started at Sarnoff and left
23  Sarnoff to go to Power Survey?
24      A.  Yes.

## Page 16

1      Q.  And no breaks in between?  You were
2  at Sarnoff that entire 24, 25-year period?
3      A.  Yes.
4      Q.  So, when you started at Sarnoff in
5  1984 --
6      A.  '83.
7      Q.  '83.  What were your job
8  responsibilities?
9      A.  I was a senior technical associate
10  and I worked in the microwave group, designing,
11  building, testing microwave antennas, circuits
12  and the like.
13      Q.  Did that work in the microwave group
14  involve any digital signal processing?
15      A.  At what time?
16      Q.  In the 1983 time frame when you
17  started as a senior technical associate in the
18  microwave group, did your work involve digital
19  signal processing?
20      A.  No.
21      Q.  And how long were you, do I have the
22  term right, senior technical associate?
23      A.  Yes.
24      Q.  How long were you a senior technical

## Page 17

1  associate in the microwave group?
2      A.  A few years.
3      Q.  And during that time you worked
4  primarily on antennas and circuits as they relate
5  to microwave technology?
6      A.  Yes.
7      Q.  Okay.
8      So, after those few years, what did
9  you do next at Sarnoff?
10      A.  I continued in the microwave group;
11  I worked on, continued to work in those areas.  I
12  worked on automated testing equipment, setting up
13  automated equipment that was computer-controlled
14  to perform measurements on microwave circuits.
15      Q.  And I take it at some point after
16  you were a senior technical associate you got a
17  promotion in the microwave group?
18      A.  Yes.
19      Q.  What was your title with the first
20  promotion?
21      A.  Associate member of the technical
22  staff.
23      Q.  Associate member of the technical
24  staff?

David Kalokitis

| Page 18 | |
|---|---|
| 1 | A.  Technical staff. |
| 2 | Q.  And that was a few years later so |
| 3 | that was probably '86, '87 time frame? |
| 4 | A.  I don't recall exactly. |
| 5 | Q.  Okay.  How many employees were in |
| 6 | the microwave group when you joined there in '83? |
| 7 | A.  Approximately 100. |
| 8 | Q.  Wow.  So, we are not talking about |
| 9 | microwave ovens I take it? |
| 10 | A.  No. |
| 11 | Q.  And then when you got promoted to |
| 12 | associate member of the technical staff, how many |
| 13 | folks were in the microwave group? |
| 14 | A.  Approximately 100.  Same. |
| 15 | Q.  These microwave circuits that you |
| 16 | helped develop automated testing of, what are |
| 17 | they used in?  What were they used in? |
| 18 | A.  Microwave communications systems. |
| 19 | Q.  Can you give me an example? |
| 20 | A.  Satellite communications.  Radar. |
| 21 | Q.  And I take it that Sarnoff had |
| 22 | customers for the automated testing equipment? |
| 23 | A.  No. |
| 24 | Q.  No.  What did Sarnoff do with the |

Page 19

1  equipment that it was developing?
2      A.  We weren't developing equipment for
3  customers, we weren't developing test equipment
4  for customers.
5      Q.  I see.  What was Sarnoff using the
6  test equipment for?
7      A.  To test the microwave circuits that
8  we were developing for customers.
9      Q.  I see.  So you developed microwave
10  circuits for customers and when while you were
11  the associate member of the technical staff, you
12  worked on developing automated testing equipment
13  for the microwave circuits?
14      A.  Yes.
15      Q.  I see.  And then Sarnoff sold the
16  microwave circuits to customers?
17      A.  It was an R&D facility, so the
18  contracts varied in what their deliverables were.
19  It is hard to say exactly what, you know, we were
20  not selling microwave circuits out of a
21  catalogue.
22      Q.  I see.  So, the, Sarnoff was hired
23  for want of a better word to develop the
24  microwave circuits?

Page 20

1      A.  Yes.
2      Q.  And whether they sold the circuits
3  or not they probably at least gave the technology
4  on how to design these circuits to the customers
5  or contractors?
6      A.  Deliverables varied, but technology
7  development was a big component of Sarnoff's
8  business.
9      Q.  Okay.  At that time when you were an
10  associate member of the technical staff, did you
11  do digital signal processing then?
12      A.  No.
13      Q.  So, how long did you do that work as
14  an associate member of the technical staff in the
15  microwave group?
16      A.  A few years.
17      Q.  A few years.  And then what was
18  next?
19      A.  I was eventually promoted to member
20  of the technical staff.
21      Q.  Do you recall when that was?
22      A.  Approximately 1993.
23      Q.  And with that promotion in 1993, did
24  your job duties change?

Page 21

1      A.  Not specifically.  It was an R&D
2  facility, so it was a lot of matrix to, you know,
3  to people's responsibilities.  You would work on
4  projects as needed and it wasn't, it wasn't a
5  silo, you know, of work.
6      Q.  I understand.  So, at that time were
7  you still working on developing the automated
8  testing equipment, or did, was there a shift in
9  focus?
10      A.  I worked on many different things.
11  I worked on GPS denied navigation.
12      Q.  I missed that?
13      A.  GPS denied navigation.
14      Q.  What does the "denied" mean in the
15  GPS denied navigation?
16      A.  Do you know how to navigate with
17  GPS?
18      Q.  I do.
19      A.  Do you know how to navigate without
20  it?
21      Q.  I do.
22      A.  You do?  Electronically?
23      Q.  I was in the Coast Guard and GPS was
24  not a big thing that we used.  We used a lot of

David Kalokitis

Page 22

1  LORAN-C.
2      A.  Okay.  So, if you want to navigate
3  inside a building, and you can't see a satellite,
4  that would be an application, a GPS denied
5  navigation.
6      Q.  So, I see.  So denied means you are
7  not using GPS?
8      A.  Yes.
9      Q.  So, what technique would you use if
10 you didn't have GPS?
11     A.  We would use various microwave
12 signal propagation, signal processing, techniques
13 to recognize where a person, you know, who is
14 carrying some equipment, to recognize their
15 location.
16     Q.  I see.
17     A.  Transponders.
18     Q.  I see.  And what was your role in
19 that project?
20     A.  I was a lead engineer on some of
21 those projects.
22     Q.  So, you kind of hinted that there
23 was, there were items you were working on at the
24 time other than GPS denied navigation.  What were

Page 23

1  they?
2      A.  Microwave superconductivity.
3      Q.  Anything else?
4      A.  I don't think so.
5      Q.  Did the work on GPS, by the way is
6  microwave superconductivity different than GPS
7  denied navigation?
8      A.  Yes.
9      Q.  Okay.  Did your work on GPS denied
10 navigation involve digital signal processing?
11     A.  Yes.
12     Q.  And were you involved in the digital
13 signal processing?
14     A.  In what way?
15     Q.  In any way with respect to the GPS
16 denied navigation?
17     A.  Yes.
18     Q.  You personally?
19     A.  Yes.
20     Q.  Okay.  How about with the microwave
21 superconductivity?
22     A.  No.
23     Q.  By the way when I use the term
24 digital signal processing, what does that mean to

Page 24

1  you?
2          MR. EVENS:  I'm going to object to
3  the form of the question.  But go on and
4  answer.
5          THE WITNESS:  Digital signal
6  processing is when you take a signal from the
7  analog domain and you digitize it and perform
8  some manipulations on it.
9  BY MR. GOETTLE:
10     Q.  You digitize it.  I didn't hear the
11 last part?
12     A.  You digitize it and perform some
13 manipulations in the digital data.
14     Q.  And how is the analog signal
15 digitized using digital signal processing?
16     A.  In what application?
17     Q.  In, like, what are all, I just want
18 to know, like what are all of the ways, different
19 ways, no matter the application of digitizing an
20 analog signal?
21     A.  An analog to digital converter is a
22 routine component for that application.
23     Q.  So that is a device or a chip that
24 performs the digitizing?

Page 25

1      A.  Yes.
2      Q.  How do those chips perform the
3  digitizing?
4      A.  I'm not an analog to digital
5  converter designer.
6      Q.  I see.  But I mean you are aware
7  that one way to digitize an analog signal is to
8  sample it as a matter of time, right?
9      A.  Yes.
10     Q.  Okay.  Is there any other way to
11 digitize an analog signal?
12     A.  I don't know.
13     Q.  So, digitizing by sampling as a
14 matter of time is the only way that you know of
15 to digitize an analog signal?
16     A.  I've heard other terminology in the
17 area of signal capture.  But, I don't have
18 specifics.
19     Q.  Okay.  So, can you tell me what
20 microwave superconductivity is?
21     A.  There was a class of materials
22 developed in the, maybe, early '90s, that were
23 called high temperature superconductors.  And I
24 designed circuits and evaluated the performance

7  (Pages 22 to 25)

David Kalokitis

Page 26

1    of those materials at microwave frequencies.
2        Q.   Okay.  We're up to you being a
3    member of the technical staff.
4        A.   Yes.
5        Q.   Promoted to that position in 1993.
6        A.   Yes.
7        Q.   What was next?
8        A.   I worked on radar.
9        Q.   When did that work start?
10       A.   Late '90s.
11       Q.   Late '90s.  In between 1993 and the
12   late '90s, was that seven-year or so time period,
13   during that seven-year or so time period, you
14   were still a member of the technical staff?
15       A.   Yes.
16       Q.   And that was still within the
17   microwave group?
18       A.   Yes.
19       Q.   Okay.  And then when the work in the
20   late '90s began on the radar was that still in
21   the microwave group?
22       A.   Yes.
23       Q.   And were you, at that point still a
24   member of the technical staff?

Page 27

1        A.   Yes.
2        Q.   And what did your work on radar
3    entail?
4        A.   In what regard?
5        Q.   In any regard.  What was your
6    involvement with radar?
7        A.   I worked on Doppler speed sensors.
8        Q.   And that would be a piece of a
9    radar, Doppler speed sensor?
10       A.   That is a sensor system that
11   measures speed.
12       Q.   It would be measuring the speed of
13   something that is out there that has been
14   detected using the radar?
15       A.   That is an application.
16       Q.   There are other applications?
17       A.   There are many.
18       Q.   What are, can you just give me some,
19   so I can get a better understanding?
20       A.   Measure the speed of a pitch.
21       Q.   Speed of a pitch?
22       A.   Ball game, baseball.
23       Q.   Cool.  Speed of a car?
24       A.   Speed of a car.

Page 28

1        Q.   How long, after the late 1990s did
2    you continue working on radar?
3        A.   It was a few year span of the radar
4    work.
5        Q.   You don't recall when?
6        A.   I don't recall.
7        Q.   Okay.  So what came after radar?
8        A.   I worked on direct broadcast
9    satellite.
10       Q.   This is after your work on radar?
11       A.   Similar time frames.  I don't recall
12   the time frames.  It was a long career.
13       Q.   So, what is direct broadcast
14   satellite?
15       A.   Dish Network, DirecTV.
16       Q.   I still use cable.  So, what did
17   your work on direct broadcast satellite entail?
18       A.   Designing microwave circuits.
19       Q.   So this is all still part of the
20   microwave group?
21       A.   Yes.
22       Q.   And at that time this time are you
23   still a member of technical staff?
24       A.   Yes.

Page 29

1        Q.   Okay.  And when did that, how long
2    did you do that work for, direct broadcast
3    satellite work?
4        A.   A few years.
5        Q.   So, we are into the early 2000s at
6    this point.
7        A.   Okay.
8        Q.   Is that right?
9        A.   Sounds right.
10       Q.   Okay.  Still, about 100 members in
11   the microwave group?
12       A.   Probably smaller at that point.
13       Q.   80?  Too hard to say?
14       A.   Too hard to say.
15       Q.   Okay.  So, at that time when you
16   were doing the work on the direct broadcast
17   satellite in the microwave group, how many other
18   groups were at Sarnoff?
19       A.   I don't recall.
20       Q.   Under ten?
21       A.   Probably more.
22       Q.   More than ten.  Okay.  You think
23   there would be more than 15?
24       A.   Define group.

David Kalokitis

Page 30

1    Q.   Well, you used the term microwave
2    group.  So, I don't know how to define it except
3    that there was a group of microwave folks.
4         A.   It would be an exercise to explain
5    the matrix.
6         Q.   Is that right?
7         A.   The matrix and the structure as it
8    evolved over the years at Sarnoff.
9         Q.   Okay.  Do you have a sense at that
10   time when you were the working on direct
11   broadcast satellite how many employees,
12   approximately, how big Sarnoff was?
13        A.   I would say under 1,000.
14        Q.   Under 1,000.  And geographically
15   where would those 1,000 people have come to work?
16   All in New Jersey?
17        A.   No.
18        Q.   Where would they work?
19        A.   There were other offices Sarnoff
20   had.  I don't recall the locations.  But there
21   were outposts.
22        Q.   Was New Jersey the place where most,
23   where the most Sarnoff employees were?
24        A.   Yes.

Page 31

1         Q.   Okay.  So, after direct broadcast
2    satellite work, what was next?
3         A.   My work was project oriented, not
4    necessarily in a silo.  So, an example project
5    would be synchronizing substations, electric
6    company substations, synchronizing substations.
7         Q.   And whether you were doing that work
8    you were still part of the microwave group?
9         A.   Yes.
10        Q.   Okay.  And do you recall when that
11   work was?
12        A.   Early 2000s.
13        Q.   Okay.  So, I guess maybe to bring it
14   to a head, in between that work or your work on
15   the direct broadcast satellite and your work that
16   led to the inventions in the patent, what did you
17   do in that time period?
18        A.   Repeat that question.
19        Q.   So, from your Declaration I
20   understand that the, your work on stray voltage
21   detection began somewhere in 2004/2005 time
22   frame.
23        A.   Yes.
24        Q.   Okay.  So, taking that as the end

Page 32

1    point, and taking direct broadcast satellite work
2    as the beginning, in between, what other work did
3    you do aside from the work on synchronizing
4    electric company substations?
5         A.   I did work on communications,
6    digital communications for utility, utility
7    network equipment.  Electric network equipment.
8         Q.   Okay.  Could you pretend I'm like a
9    10th grader and explain what that means?
10        A.   A utility has control systems to
11   control the electric flows, right.  And monitor
12   the flow of electricity.
13        Q.   Okay.
14        A.   And adjust the flow of electricity.
15   And that equipment is and can be controlled
16   remotely, and it can be and is sometimes
17   controlled using cellular communications.  So I
18   worked on some of that technology.
19        Q.   I see.  Anything else you can recall
20   in that time period?
21        A.   Nothing, nothing jumps out at me.
22        Q.   Okay.  And then we get in, and then
23   we evolve into the work that led to the patents
24   in suit, right?

Page 33

1         A.   Yes.
2         Q.   When you got in, got to that point
3    at Sarnoff and working on that project of stray
4    voltage detection, did you continue to do other
5    things at Sarnoff?
6         A.   It depends on the time frame.  As a
7    project engineer you try and handle whatever
8    projects are, you know, that you have proposed or
9    want or whatever.  So it is hard to say
10   specifically on any day or month or band of
11   months, what I was working on.
12        Q.   So, you weren't exclusively working
13   on the stray voltage detection project?
14        A.   Depends on the time frame.
15        Q.   Well, at any time were you working
16   on things, at the general time frame that you are
17   still developing and working on the prototyping
18   for the stray voltage system or developing the
19   trailer based system, during that time frame,
20   did, is it, do you think you had other projects
21   going on outside of that technology?
22        A.   My main focus was stray voltage
23   technology, when I got started in stray voltage
24   technology.

David Kalokitis

Page 34

1    Q.   I see.  Are you an author on any
2    publications?
3        A.   Yes.
4        Q.   All within the field of microwave
5    technology?
6        A.   Yes.
7        Q.   By the way would you place, is this,
8    was the stray voltage work, was that within the
9    microwave group as well?
10       A.   Yes, yes.  Yes.
11       Q.   So, everybody that, everybody that
12   worked on that project would have been within
13   your microwave group?
14       A.   No.
15       Q.   Who wouldn't be in that?
16       A.   We had a matrix, an engineering
17   matrix, so, we had a model shop.
18       Q.   I see.
19       A.   For those things.
20       Q.   Yes.
21       A.   And an array of resources.
22       Q.   What did the model shop do?
23       A.   That is where all of the machinists
24   build all of the parts.

Page 35

1        Q.   Okay.  What, you have mentioned it
2    before.  What is an engineering matrix?
3        A.   So, in a silo, right, everybody, if
4    your microwave group was your silo, you would
5    need your own, you wanted to build something, you
6    would need the entire team to be on your silo,
7    right.
8            So, in a matrix you have a
9    mechanical designer section, and maybe you have
10   vision, a vision group that works with image
11   processing.  Just, groups that are, are, have
12   expertise in certain design skills.
13       Q.   And would those groups, they could
14   be outside the microwave group?
15       A.   Yes.
16       Q.   I see.  Okay.  I think I just asked
17   you this, but I can't recall the answer.  So have
18   you authored articles in your work at Sarnoff?
19       A.   Yes.
20       Q.   In what fields?
21       A.   In my work at Sarnoff?
22       Q.   Yes, sir.
23       A.   Microwave circuits.
24       Q.   All within microwave circuits?

Page 36

1        A.   Are you referring published papers?
2        Q.   Yes.
3        A.   And only published papers?
4        Q.   Yes.  For now, let's assume that.
5    Published papers.
6        A.   I might have some things outside of
7    that arena.  Actually I do.  I published an
8    article on synchronizing power substations.
9        Q.   Can we, okay if we go off the
10   record?
11           MR. EVENS:  Let's go off the record.
12           THE VIDEOGRAPHER:  The time now is
13   10:08, we are going off the record.
14           (Recess taken -- 10:08 a.m.)
15           (After recess -- 10:21 a.m.)
16           THE VIDEOGRAPHER:  The time now is
17   10:21, we are back on the record.
18   BY MR. GOETTLE:
19       Q.   Okay.  I think when we broke you
20   were just telling me that you had written a
21   published article on synchronizing power
22   substations.  Is that right?
23       A.   Yes.
24       Q.   Okay.  And you had, you have written

Page 37

1    published articles on microwave circuits.
2        A.   I want to correct the published
3    article on synchronizing substations.
4            There was an article about that.
5    But, it was published, but I can't remember if I
6    wrote it.
7        Q.   I see.
8        A.   It may have been a trade journal
9    interview.  I don't recall.
10       Q.   I think I actually read it.  I think
11   that is right, I think it was an interview.
12       A.   Okay.
13       Q.   By the way when we took the break
14   did you discuss any of your testimony that you
15   already gave with your counsel?
16       A.   No.
17       Q.   Did you discuss any testimony that
18   you might give later on today with your counsel?
19       A.   No.
20           MR. EVENS:  Dan, just so we are
21   clear, we are not going to have any
22   discussions.  We know the local rules and we
23   are not going to have any discussions with
24   the witness.

David Kalokitis

Page 38

1          MR. GOETTLE:  Okay.  Thank you.
2    BY MR. GOETTLE:
3          Q.   Okay.  So, and I guess I'm really,
4    right now we are still in the Sarnoff time frame
5    for your entire period at Sarnoff and talking
6    about your published articles.
7          A.   Yes.
8          Q.   Aside from those two categories,
9    microwave circuits and maybe synchronizing power
10   substations, maybe not, any other published
11   articles?
12         A.   You know, I have a list somewhere of
13   publications.  But, to tell you what is on it is
14   this point in time, I really don't recall.
15         Q.   Prior to the 2004 work on the stray
16   voltage project, did you publish any articles on
17   stray voltage?
18         A.   No.
19         Q.   Now let's talk about you.  Let's
20   talk about unpublished articles.  Have you
21   written unpublished articles?
22         A.   I have given many talks at symposia
23   and conferences.  And the associated documents
24   that go with that.

Page 39

1          Q.   So it could have conference papers,
2    that kind of thing?
3          A.   Yes.
4          Q.   Are those types of papers, are they
5    kept at Sarnoff's library?
6          A.   Not likely.
7          Q.   How about the published articles,
8    does Sarnoff's library carry those?
9          A.   I don't know what is in Sarnoff's
10   library these days.
11         Q.   Well, how about back then?
12         A.   I don't recall an effort to archive
13   Sarnoff authors in their library.
14         Q.   Okay.  So, you left Sarnoff in 2006?
15         A.   Seven.
16         Q.   2007.  And that is when you started
17   co-founded Power Survey?
18         A.   Yes.
19         Q.   And --
20         A.   No.  I guess it is a little more
21   complicated than that.  So, Power Survey was a
22   division, initially a division of Sarnoff.
23         Q.   Okay.  I see.  And, that division
24   was created in 2007?

Page 40

1          A.   Six.
2          Q.   2006.  And so this would have, and
3    so, and then you went and worked for that
4    division?
5          A.   That is complicated, too.  So,
6    business entities and subsidiaries and employment
7    and paychecks, you know, where they come from is
8    not, there is, it is not straightforward.
9          Q.   Fair enough.  Let me put it this
10   way.  Were you still in the microwave group when
11   you started, when Sarnoff, when Power Survey was
12   created?
13         A.   I was in, I was in the, whatever the
14   current name of the microwave group was in 2006.
15         Q.   I see.
16         A.   Yes, I was in that group.
17         Q.   Okay.  So, the microwave group that,
18   the name of the group changed?
19         A.   It had --
20         Q.   Or may have?
21         A.   It may have changed.
22         Q.   Okay.  So, Power Survey was created
23   as a subsidiary of Sarnoff in 2006.
24         A.   Yes.

Page 41

1          Q.   And in some form or another you
2    started to work within that subsidiary?
3          A.   Yes.
4          Q.   Okay.  And then in 2007 Power Survey
5    was, Sarnoff sold this subsidiary?
6          A.   Correct.
7          Q.   And did Sarnoff retain any ownership
8    right in Power Survey?
9          A.   At that time frame?
10         Q.   At that time frame.
11         A.   It is not clear.
12         Q.   Not clear.  And again, I go back to
13   my concern about keeping this record
14   nonconfidential.
15         A.   Uh-huh.
16         Q.   But, does Sarnoff, so with that in
17   mind, does Sarnoff have any interest in Power
18   Survey today?
19         A.   Today, no.
20         Q.   To your knowledge does Sarnoff have
21   any financial interest in the outcome of this
22   litigation?
23         A.   No.
24         Q.   Did Sarnoff at any time have an

11  (Pages 38 to 41)

David Kalokitis

Page 42

```
1    ownership interest after it was, after Sarnoff
2    sold Power Survey, I understand from your
3    testimony, that Sarnoff did not have an ownership
4    interest at that time?  Or no, you said it was
5    unclear.
6         A.   It was unclear.
7         Q.   Let me strike that because it was,
8    yes, you said it was unclear.  Did it ever become
9    clear that Sarnoff did have an ownership interest
10   in Power Survey?
11        A.   Did it ever become clear that
12   Sarnoff did have --
13             The, the, the acquisition of Power
14   Survey was, had some business aspects to it that,
15   you know, as the technical guy I probably don't
16   have clarity on what they were.
17        Q.   I see.
18        A.   The question about whether there is
19   ownership today, there is not.
20        Q.   Okay.
21        A.   But the transition period is unclear
22   to me what particular things may have gone on,
23   you know, in the early aspects of that.
24        Q.   Okay.  The, I will submit to you and
```

Page 43

```
1    I can show you if you want.  But the first patent
2    in suit issued in July of 2013?
3         A.   Okay.
4         Q.   Since that time frame has Sarnoff
5    had an ownership interest in Power Survey.
6         A.   Since 2013.  No.
7         Q.   Okay.  So, you are, now you are the
8    chief technology officer of Power Survey, right?
9         A.   Yes.
10        Q.   Have you always been the chief
11   technology officer?
12        A.   Yes.
13        Q.   Okay.  And have you held any other
14   positions at Power Survey?
15        A.   No.
16        Q.   And in your role as a chief
17   technology officer, what is your job functions?
18   What are your job functions at Power Survey?
19        A.   To develop our technology.  To
20   educate the public, the industry, and government
21   about the hazards of contact and stray voltage.
22             And to handle any technical
23   processes, technical field processes, you know,
24   what our technicians do in the field, their work
```

Page 44

```
1    process.
2         Q.   Uh-huh.
3         A.   Their techniques.  Participate in
4    industry professional, you know, IEEE functions.
5    And to provide technical resources to our
6    customers and potential customers.
7         Q.   Are you involved at all in, maybe
8    this is what is under the, under the umbrella of
9    technical processes, but are you involved in
10   training Power Survey employees?
11        A.   Yes.
12        Q.   And are all of the folks out in the
13   trucks with the Power Survey device, are they all
14   employees of Power Survey?
15        A.   Define employee.
16        Q.   Well, as opposed to an independent
17   contractor.
18        A.   Some of our folks are independent
19   contractors.
20        Q.   I see.  Do you have a sense of how
21   many folks of those folks that do that work are
22   employees versus independent contractors?
23        A.   It varies.
24        Q.   How so?
```

Page 45

```
1         A.   It varies depending upon how many
2    jobs we are doing concurrently.
3         Q.   I see.  So you will have employees
4    and then as the jobs, volume may increase then
5    you would bring in independent contractors?
6         A.   Yes.
7         Q.   Okay.  Do you have a sense of how
8    many employees right now do that job function of
9    driving around in the trucks to detect stray
10   voltage?
11        A.   I don't have an exact number.
12        Q.   Do you have a rough number?
13        A.   Are you asking about field
14   technicians?
15        Q.   Yes, the field technicians being the
16   people that drive around in the trucks to detect
17   the stray voltage.
18        A.   Approximately 20.
19        Q.   20, okay.  Do you have a financial
20   interest in the outcome of this case?
21        A.   How, how do I interpret that?
22        Q.   Well, do you stand financial gain if
23   Power Survey wins this case, and financial loss
24   if Power Survey loses this case?
```

12 (Pages 42 to 45)

David Kalokitis

Page 46

1    A.   I would have to understand the -- do
2  I -- I'm trying to think of how that, how that
3  translates into my role with the company.  My --
4       Ask it another way.  I'm not
5  quite -- do I personally have financial gain or
6  loss if the company wins or loses the case.
7       I have, I guess it depends what the
8  outcome, what the ramifications of the win or
9  loss is.
10    Q.   Fair enough.  So let me try it a
11  different way.  Let's say, for example, if the
12  Power Survey wins this case and in part because
13  of that win their profit margin increases.
14       Will you stand to gain financially
15  because Power Survey is making more profit?
16    A.   Yes.
17    Q.   How so?
18    A.   My, I guess the company's valuation
19  would be higher.
20    Q.   And how does that translate to you
21  personally?
22    A.   I have some small, small percentage
23  of ownership.
24    Q.   What percentage?

Page 47

1    A.   A few percent.
2    Q.   Who else has ownership of Power
3  Survey?
4       MR. EVENS:  I'm not sure if that is
5  business confidential.  It might be.
6       MR. GOETTLE:  So --
7       MR. EVENS:  He is a 30(b)(6).  I
8  mean this witness is here as an individual.
9  So I'm not sure what, how this would even be
10  relevant to the issues.
11       MR. GOETTLE:  Well, I don't, putting
12  aside -- just to be clear, I do want to keep
13  the transcript nonconfidential, if that is,
14  if that is the nature of your warning.
15       MR. EVENS:  I understand.
16       MR. GOETTLE:  Then I understand.
17  But if you are instructing him not to answer
18  for some other reason, I would like to know.
19       MR. EVENS:  Well, I am concerned
20  about the relevance of the issue, but
21  particularly from this witness, can you
22  explain why it would be relevant, who else is
23  an owner in the company?  I'm not sure if it
24  is public information.  Is it public?

Page 48

1       Dave, do you know if the ownership
2  is public at this time?
3       THE WITNESS:  It is a privately held
4  company and there is no public disclosure of
5  ownership.
6       MR. GOETTLE:  So it is confidential
7  information?
8       THE WITNESS:  Yes.
9  BY MR. GOETTLE:
10    Q.   Thank you.  Okay.
11       I would like to zero in to 2002 and
12  I would like to get an understanding to the best
13  you can recollect what you were doing in 2002 at
14  Sarnoff.
15    A.   To tell you what I was doing in any
16  given year, I, I cannot.  I'm not good at putting
17  things in a time frame.  I have a reasonable
18  sequence in my mind of the projects I have worked
19  on, but it would not be uncharacteristic for me
20  to have put one in front of the other incorrectly.
21       And to give you a, a spot on a
22  calendar on what I did in a year would not be
23  within my recollection.
24    Q.   Did you work at all on stray voltage

Page 49

1  detection in 2002?
2    A.   In 2002, stray voltage detection is
3  unlikely.
4    Q.   How about 2003?  Did you work on
5  stray voltage detection in 2003?
6    A.   I did not have a stray voltage
7  project in 2003.  To my knowledge.
8       Again, you are talking 11 years ago.
9    Q.   Uh-huh.  Right.  That is a long
10  time?
11    A.   That is a long time.
12    Q.   Yes.  Okay.  Well, let me do this.
13  I'm going to hand you what the court reporter has
14  already marked as Kalokitis Numero Uno.
15       MR. EVENS:  I was thinking of some
16  way to help you out there, Dan, on the table.
17  Exhibit 1.
18       (Kalokitis Exhibit Number 1
19        marked for identification.)
20  BY MR. GOETTLE:
21    Q.   You have Kalokitis Number 1 in front
22  of you?
23    A.   I do.
24    Q.   What is it?

13 (Pages 46 to 49)

David Kalokitis

Page 50

1      A.   What is it?  It says Declaration of
2  David Kalokitis In Support of Motion For
3  Preliminary Injunction on the cover.
4      Q.   Do you recognize it?
5      A.   I do.
6      Q.   And, this is your Declaration,
7  correct?
8      A.   It is my Declaration.
9      Q.   And that is your signature on
10 Page 7?
11     A.   Yes, it is.
12     Q.   Okay.  When was the last time you
13 saw this Declaration?
14     A.   I looked at it yesterday.
15     Q.   You did.  Did you see anything in it
16 that you think warrants correction?
17     A.   I don't recall anything that needs
18 correction.
19     Q.   Okay.  You just didn't see any
20 mistakes in it?
21     A.   I don't recall any mistakes in it.
22     Q.   Okay.  So I put this in front of
23 you.  You feel free to refer to it if you would
24 like to while I am asking you questions.

Page 51

1          What I would like to get into, now,
2  is sort of the background for the invention.
3      A.   Okay.
4      Q.   And when I say the invention I'm
5  referring to the inventions claimed in the three
6  asserted patents.
7      A.   Okay.
8      Q.   Okay.  If the you need the patents
9  I'm happy to give them to you.  If you need
10 anything I am happy, I have a whole box of
11 documents.
12     A.   Okay.
13     Q.   Hopefully, I thought I have and
14 brought whatever you might want to look at.
15     A.   Okay.
16     Q.   So, tell me about how, I, my
17 understanding is, and correct me if I'm wrong, my
18 understanding is that Sarnoff began development
19 of the stray voltage detection after being
20 contacted by Con Ed.
21     A.   Yes.
22     Q.   Can you tell me about how that
23 contact happened?
24     A.   In 2004, Jody Lane was killed in

Page 52

1  Manhattan by coming in contact with an energized
2  service box.
3          Following that event Con Edison, who
4  had a longstanding R&D relationship, used Sarnoff
5  as an R&D research entity.  Resource.
6          Con Ed came to Sarnoff and said we
7  have a problem with stray voltage in our system.
8  We don't know how big it is.  We don't know how
9  to find it, and we don't know how to solve it.
10 And we need your help.
11     Q.   Were you involved in that initial
12 meeting between Con Ed and Sarnoff?
13     A.   I was involved in the early meetings
14 with Con Edison.
15     Q.   Who was at those meetings?
16     A.   I don't recall.  It would be, it
17 would be normal for the representatives of
18 Con Ed's R&D department.
19     Q.   You don't recall any names?
20     A.   No.
21     Q.   Okay.  How about from, so, you don't
22 recall any names of any of the Con Ed folks that
23 were at the meeting.
24     A.   Right.

Page 53

1      Q.   Do you recall any of the names of
2  the Sarnoff folks that were at the meeting?
3      A.   I don't recall any of the names that
4  were at the meeting.
5      Q.   I know, I have a feeling it is going
6  to be hard to remember when that meeting occurred
7  but maybe in relationship to when Jody Lane was
8  electrocuted, do you have a recollection of weeks
9  or months afterwards?
10     A.   I don't have a recollection of
11 dates, but I know there was an urgency and a
12 timeliness associated with that event.
13     Q.   Okay.  So what happened after the
14 initial meetings between Sarnoff and Con Ed?
15     A.   We, we discussed a proposal with
16 Con Edison for R&D services to develop a solution
17 for them being able to find stray voltage in
18 their system.
19     Q.   Do you have that proposal?
20     A.   I don't.
21     Q.   I don't mean with you today, but
22 does Power Survey have that proposal?
23     A.   I don't think so.  I, I would
24 imagine that was a Sarnoff, that Sarnoff would,

14  (Pages 50 to 53)

David Kalokitis

Page 54

1    it would have been kept with Sarnoff. But, I
2    don't think we have it.
3        Q.   Prior to Jody Lane's electrocution,
4    had Con Ed ever come to Sarnoff and asked for
5    help addressing stray voltage?
6        A.   Yes.
7        Q.   When was that?
8        A.   I would say in the, somewhere
9    between the two years before when Jody Lane was
10   killed and when Jody Lane was killed. But I
11   don't know exactly when.
12       Q.   And do you know anything about that
13   initial contact?
14       A.   The, the problem of stray voltage
15   was described, to some of the engineers, some of
16   us engineers at Sarnoff. And a, we did some
17   early proof of concept work for Con Ed prior to
18   Jody Lane being killed.
19       Q.   Were you involved in that work?
20       A.   Not directly.
21       Q.   Okay. But indirectly?
22       A.   Yes.
23       Q.   So, earlier when I asked you if you
24   had done any stray voltage work prior to 2004 --

Page 55

1        A.   Well, by indirectly, by indirectly
2    it was done by, remember I said we were a
3    research resource for Con Ed, so I was working on
4    some microwave antennas for Con Ed, and the
5    fellows that were in my group were working on a
6    handheld stray voltage system.
7             So, I was not part of that project.
8    But, I, I saw briefings on progress within that.
9        Q.   You saw briefings on the earlier
10   project, prior to Jody Lane being electrocuted,
11   right?
12       A.   Yes.
13       Q.   And you saw those briefings as part
14   of your supervisory role over folks in your
15   group?
16       A.   Are you asking if I supervised the
17   people that worked on that project?
18       Q.   Well, let me step back. I thought
19   before you told me you weren't involved in any
20   stray voltage work before Jody Lane being
21   electrocuted, and now I'm trying to understand
22   whether that statement is an overstatement or --
23       A.   Okay.
24       Q.   It seems like we need to clarify it

Page 56

1    a little bit.
2        A.   Okay.
3        Q.   So, I'm trying to get the clarity
4    that I want on this record.
5        A.   Okay.
6        Q.   So, what was your involvement with
7    the work to detect stray voltage before Jody Lane
8    was electrocuted?
9        A.   I was not working on stray voltage
10   before Jody Lane was electrocuted.
11       Q.   Okay. Were you involved at all --
12       A.   Maybe the statement indirect was too
13   strong.
14       Q.   Okay. Meaning it was even less than
15   indirect?
16       A.   Yes.
17       Q.   Okay. I got you. Do you recall who
18   from Sarnoff was involved in that early work?
19   And by early work I mean before Jody Lane was
20   electrocuted?
21       A.   What was that guy's name? It was an
22   older engineer that retired. I am at a loss for
23   his name right now. I can picture him, but I
24   can't think of his name.

Page 57

1        Q.   Okay. You can't recall anybody's
2    name?
3        A.   I'm not recalling the names of the
4    guys that worked on that.
5        Q.   Do you recall, do you recall the
6    names of anybody from Con Ed involved at that
7    time before Jody Lane had been electrocuted?
8        A.   No.
9        Q.   So, what is your understanding of
10   the work that Sarnoff did at that time before
11   Jody Lane was electrocuted?
12       A.   They built a handheld sensor to, to
13   try and understand what types of signals or,
14   would come off of a structure that is energized
15   with stray voltage.
16       Q.   Did you see the handheld sensor?
17       A.   Yes.
18       Q.   Did you see the handheld sensor in
19   operation?
20       A.   Once, yes.
21       Q.   Can you tell me about that?
22       A.   It was a, a probe connected to an
23   electronics box and it gave some, some alarm when
24   you pointed it at something that was energized.

David Kalokitis

Page 58

1    Q.   So, you saw a demonstration of the
2  testing of this handheld device?
3    A.   I saw it used, yes, I saw it
4  demonstrated, yes.
5    Q.   Were you inside or outside?
6    A.   Outside.
7    Q.   Was there a test track that Sarnoff
8  was using?
9    A.   At that point in time I remember a
10  streetlight that was being, was the target on the
11  Sarnoff grounds.
12        But, I don't know the details of how
13  that streetlight became a target.
14    Q.   Do you know how the handheld sensor
15  was able to detect an energized streetlight?
16    A.   It was a, it was an analog circuit
17  and it looked at the electric field gradient.
18  Electric field, electric field.
19    Q.   So it sensed the electric field that
20  was associated with the voltage on the
21  streetlight?
22    A.   Yes.
23    Q.   Okay.  Now was it detecting the
24  streetlight because the light was on?  Or because

Page 59

1  the streetlight pole was energized?  Do you
2  recall?
3    A.   I don't recall if the streetlight
4  was on or off.  But it was daytime.
5    Q.   So, I take it, then, that the pole
6  was energized?
7    A.   I would expect that was the goal of
8  the demonstration.
9    Q.   Do you have an understanding of how
10  long before Jody Lane was electrocuted that you
11  saw this demonstration?
12    A.   I don't have a sense of that.
13    Q.   You also mentioned that you had saw
14  briefings with respect to that early project
15  prior to Jody Lane being electrocuted; is that
16  right?
17    A.   There were, there were meetings when
18  the Sarnoff people and the Con Edison people came
19  in various groups, reviewed their work for the
20  customer.
21    Q.   And you were a part of those
22  meetings?
23    A.   I don't have specific recollections.
24  It was a group of projects all going on in

Page 60

1  parallel and I don't have a lot of clarity as to
2  what I may or may not have sat through in the
3  course of sometimes all-day meetings.
4    Q.   And, if you had been there, it would
5  have been because you were doing different work
6  for Con Ed at the time?
7    A.   Yes, yes.
8    Q.   I see.  So, you don't recall whether
9  you sat through any briefings specific to this,
10  this project?
11    A.   I don't recall specifically sitting
12  through a briefing on that project.
13    Q.   And do you recall, I think I asked
14  you this already, but do you recall anybody from
15  Sarnoff that was working on the stray voltage
16  project before Jody Lane had been electrocuted?
17    A.   The older fellow that I mentioned
18  before.
19    Q.   Whose idea was it with that earlier
20  project prior to Jody Lane being electrocuted,
21  whose idea was it to measure an electric field
22  associated with an energized object?
23        MR. EVENS:  Objection, assumes a
24  fact not in evidence.  Lack of foundation.

Page 61

1        That is just a lawyer objection.  If
2  you can, if you have personal knowledge and
3  can answer, answer.
4        THE WITNESS:  Personal knowledge of
5  whose idea it was to measure electric field
6  on a stray voltage structure.  I don't recall
7  the origin of that, of that work.
8  BY MR. GOETTLE:
9    Q.   You don't know whether it was Con Ed
10  that had the idea that maybe we could measure
11  electric fields to detect stray voltage?
12    A.   I don't, I don't believe it was
13  Con Ed.
14    Q.   Why not?
15    A.   The, the, I don't believe they had
16  any, I don't think they had any resources or
17  expertise in that.
18    Q.   So it is your understanding that
19  that idea would have come from someone from
20  Sarnoff?
21        MR. EVENS:  Objection.  Misstates
22  his testimony.
23        THE WITNESS:  The idea of using
24  electric field to, is that your question,

16 (Pages 58 to 61)

David Kalokitis

Page 62

1    whose -- is someone at Sarnoff likely to have
2    generated that idea, is that your question?
3        I think it is likely that -- I think
4    it is within the body of knowledge of, you
5    know, a, I think it is within the body of
6    knowledge of an engineer who is working in,
7    that has experience with electric fields.
8        So, I don't know, I don't know where
9    that, you know, initially would come from.
10   BY MR. GOETTLE:
11       Q.   It could have been that --
12       A.   It seems rather obvious to someone
13   who, who, you know, that electric field is, is
14   associated with electricity.
15       So, the obviousness is that electric
16   field is associated with electricity.
17       Q.   Okay.  I see.  So, back in this time
18   frame prior to Jody Lane being electrocuted, and
19   being confronted with this problem of trying to
20   detect which object along a street might
21   energized by stray voltage, it would have been
22   obvious to the skilled artisan to detect the
23   electric fields to find those stray voltages?
24       A.   No.

Page 63

1        Q.   No, okay.  I misunderstood your last
2    answer then.
3        MR. EVENS:  Right now there is no
4    question pending.
5        THE WITNESS:  Okay.
6    BY MR. GOETTLE:
7        Q.   Do you understand why I don't
8    understand your last answer?
9        A.   No.
10       Q.   Okay.  Let's start over then just to
11   get the record clear and make sure I'm being very
12   clear with my questioning.
13       A.   Okay.
14       Q.   I had asked you whether it was,
15   whether you thought it was Con Ed's idea to
16   detect stray voltages by looking for electric
17   fields.  Do you recall that?
18       A.   I recall that.
19       Q.   Yes.  And I think your testimony was
20   you didn't think they had the technical ability
21   to come up with that idea.
22       A.   I, I, yes, I said they did not have
23   the, I don't think it was in their technical
24   prowess, or, you know, to put that concept

Page 64

1    forward.
2        Q.   Okay.  So, would it have been
3    someone from Sarnoff that would have come up with
4    the idea of detecting electric fields to find the
5    source of stray voltage?
6        A.   I think since I wasn't in that
7    genesis part, it would be hard for me to say who
8    exactly put that concept together and said, you
9    know, this is what we should do.
10       Q.   Okay.  You don't know whether that
11   idea came from Sarnoff?
12       A.   I wasn't there.  I wasn't in that
13   room.
14       Q.   Okay.  So you don't know whether
15   Sarnoff came up with that idea either --
16       A.   I don't know.
17       Q.   -- because you weren't there.  Okay.
18       What was your understanding of, when
19   you, either when you saw the handheld sensor, or
20   just because you were semi-cognizant of the
21   project, what was your understanding of what the
22   handheld sensor was going to be used for?
23       MR. EVENS:  Objection.  Assumes a
24   fact not in evidence.  Lack of foundation.

Page 65

1    To the extent you can answer, you can answer.
2        THE WITNESS:  So, ask it again,
3    please.
4    BY MR. GOETTLE:
5        Q.   You were cognizant of this project
6    going on, right?
7        A.   Yes.
8        Q.   Before Jody Lane was electrocuted.
9        A.   Yes.
10       Q.   And, you even saw a demonstration of
11   the handheld sensor, right?
12       A.   Yes.
13       Q.   What was your understanding of what
14   the use of that handheld sensor would be?
15       A.   So, I saw it pointed at a
16   streetlight, and the concept was that there was
17   potentially voltage on that streetlight and this
18   was a sensing method to look at that.
19       Q.   And the purpose of that was to see
20   if it would work?
21       A.   Yes.
22       Q.   To see if it could detect an
23   electric field associated with an energized light
24   pole?

17  (Pages 62 to 65)

David Kalokitis

Page 66

1  A. Yes.
2  Q. And, did you have an understanding
3  of whether an idea would have been to put that
4  handheld sensor on a vehicle and use it by
5  driving up and down the street, rather than
6  holding it in your hand?
7  A. That was not, that was not part of
8  my thinking at the time.
9  Q. You gave it thought and that part
10  never occurred to you?
11  MR. EVENS: Objection. Lacks
12  foundation. Assumes facts not in evidence.
13  And to the extent it relies on testimony, it
14  would misstate his prior testimony, Dan.
15  THE WITNESS: Can I hear the
16  question again?
17  BY MR. GOETTLE:
18  Q. Yes, I lost the question, too.
19  So, at the time of this development,
20  Sarnoff's development of a handheld sensor prior
21  to Jody Lane being electrocuted, it never
22  occurred to you one way or the other whether that
23  would be used on a vehicle?
24  A. No.

Page 67

1  MR. EVENS: Object to the form of
2  the question.
3  BY MR. GOETTLE:
4  Q. I think you testified that when you
5  saw the demonstration, the reason that you knew
6  that it worked to detect the voltage on the light
7  pole was because it had an indicator, or an alarm
8  go off. Is that right?
9  A. I saw a sensor, a handheld sensor,
10  with a control box and when it was pointed at the
11  streetlight there was an alarm --
12  Q. Was there --
13  A. -- that sounded.
14  Q. I'm sorry.
15  A. There was an alarm that sounded.
16  Q. Was there any other indication of an
17  electric field associated with that light pole?
18  A. I don't recall.
19  Q. You don't recall one way or the
20  other whether there was some sort of output
21  display on maybe a computer screen?
22  A. I don't recall seeing one.
23  Q. Is it your understanding that that
24  handheld sensor was an entirely analog device and

Page 68

1  had no digitizing at all?
2  A. It wasn't my design.
3  Q. So, you don't know one way or the
4  other?
5  A. I don't know the, I don't know the
6  circuit design within that box.
7  Q. So it could just been digitizing,
8  you just don't know.
9  MR. EVENS: Object to the form of
10  the question. Lacks foundation. Beyond the
11  scope of his knowledge.
12  THE WITNESS: I can't comment on
13  what is inside of that box. I didn't
14  design it.
15  BY MR. GOETTLE:
16  Q. Okay. All I want to get to is the
17  reason you can't comment is because you don't
18  know.
19  A. Yes, I don't know what was in that
20  box I saw on that day that was pointed at that
21  streetlight.
22  Q. Okay. Did you see any other, any
23  further development of that handheld sensor?
24  A. No.

Page 69

1  MR. EVENS: Objection, assumes facts
2  not in evidence.
3  BY MR. GOETTLE:
4  Q. Do you know what happened with that
5  project, the stray voltage project prior to Jody
6  Lane being electrocuted?
7  A. Do I know what happened with it? I
8  don't quite understand the question.
9  Q. Did that project progress?
10  A. Did it progress beyond what was
11  demonstrated, is that your question?
12  Q. Yes.
13  A. I don't believe it did.
14  Q. Do you know why?
15  A. I don't believe there was funding.
16  But I don't, I don't, I don't know all of the
17  contracts and all of the details of everything,
18  you know.
19  Q. Is it fair to say then at some point
20  that that project ended before Jody Lane was
21  electrocuted?
22  MR. EVENS: Objection. It calls for
23  speculation.
24  THE WITNESS: I believe that project

18 (Pages 66 to 69)

David Kalokitis

| Page 70 |
|---|

1    had concluded at some level.
2    BY MR. GOETTLE:
3        Q.   Okay.  Before Jody Lane was
4    electrocuted?
5        A.   Yes.
6        Q.   Okay.  And I take it there was no
7    other stray voltage project that you are aware of
8    that occurred at the conclusion of that project
9    and prior to Con Ed coming to you after Jody Lane
10   was electrocuted?
11       MR. EVENS:  Object to the form of
12   the question.
13       THE WITNESS:  So --
14   BY MR. GOETTLE:
15       Q.   Let me rephrase it.  It was a
16   terribly worded question.  Even I was confused
17   while I was saying it.
18       A.   Okay.
19       Q.   Con Ed came to you in 2004 after
20   Jody Lane was electrocuted.  Right?
21       MR. EVENS:  Object to the form of
22   the question.  Misstates the evidence.
23       THE WITNESS:  Con Ed came to Sarnoff
24   in 2004 after Jody Lane was electrocuted and

| Page 71 |
|---|

1    asked for help.
2    BY MR. GOETTLE:
3        Q.   By the way, just to step back,
4    before we leave the earlier, the pre-Jody Lane
5    project for stray voltage, was, did Sarnoff
6    document that project in any way --
7        MR. EVENS:  Objection.
8    BY MR. GOETTLE:
9        Q.   -- that you are aware?
10       A.   I, I document my projects.  I can't
11   speak for what level of documentation went on,
12   you know, under someone else's leadership.
13       Q.   You didn't see any documentation?
14       A.   At that time, in 2003, I was not, I
15   was not reading.  No, I didn't see any.  To my
16   recollection, I didn't see any documentation at
17   that time.
18       Q.   And you said 2003, is that when
19   this --
20       A.   I'm using 2003, because that is a
21   date I know to be prior to Jody Lane dying.
22       Q.   I see.  Okay.
23       A.   But I, to put an exact date and say
24   that that happened in 2003, it is not a, it is,

| Page 72 |
|---|

1    I'm not associating the calendar with this.
2        I'm just saying that there was some
3    effort prior to Jody Lane.  She died in early
4    '04.
5        Q.   Right.
6        A.   The thing before early '04 is '03.
7        Q.   Got you.  So, at that time prior to
8    Jody Lane dying, you hadn't seen any
9    documentation on that early stray voltage
10   project?
11       A.   I had, prior to Jody Lane dying, I
12   had not read any Sarnoff reports on stray voltage
13   projects.
14       Q.   After Con Ed came to Sarnoff to talk
15   about, to study stray voltage again, apparently
16   again, did you at that point going forward ever
17   see any documentation of the early stray voltage
18   project?
19       A.   So, in 2000, you are asking in 2004,
20   did I see any documentation of the earlier work
21   that was done at Sarnoff on stray voltage.
22       I believe the schematics of the
23   equipment were available in the early '04, or in
24   the post-Jody Lane's death time frame.

| Page 73 |
|---|

1        Q.   So, you may have seen a schematic
2    diagram of that handheld probe we talked about
3    earlier?
4        A.   I believe they were available.  I
5    don't have specific recollection of reviewing
6    them or whatever.
7        Q.   How would you have received them?
8    Or how would you have obtained them?
9        MR. EVENS:  Objection, lack of
10   foundation.  And to the extent it is based on
11   his testimony, it misstates the testimony.
12   "It" being the question, sorry.
13       THE WITNESS:  I'm sorry.  Ask it
14   again and I will see what I can --
15   BY MR. GOETTLE:
16       Q.   Let me step back.
17       So Con Ed comes to Sarnoff after
18   Jody Lane is electrocuted, right?
19       A.   Yes.
20       Q.   And Con Ed is coming to ask for help
21   on a problem that they had already come to
22   Sarnoff about a few years earlier, right?
23       A.   At some time earlier.
24       Q.   Some time earlier.  And I would

19 (Pages 70 to 73)

David Kalokitis

Page 74

1    assume that Sarnoff engineers working on the
2    project after Jody Lane is electrocuted wouldn't
3    start from scratch, right?
4         A.   It is not typical to start from
5    scratch on a project with, when you have history
6    in it.
7         Q.   So it seems like the engineers who
8    would be working on it after Jody Lane was
9    electrocuted would be interested to see what
10   Sarnoff work had already been done, right?
11        A.   Yes.
12        Q.   So, how would you go about finding
13   that early work?
14        A.   You would talk to the people that
15   did the early work.
16        Q.   And, you or -- let me step back.
17             Now, let's just talk about how the
18   engineer team was set up at Sarnoff to work on
19   the project after Jody Lane was electrocuted.
20   You led that team; is that right?
21        A.   To do the, the development work, I
22   led a team to develop a contact voltage testing
23   solution for Con Edison after Jody Lane was
24   electrocuted.

Page 75

1         Q.   Okay.  Who was on your team?
2         A.   There was quite a few people on the
3    team.  At that point in time, that initial
4    project, there would have been technicians, I
5    think there were two, two engineers that I worked
6    with.  Peter Zalud comes to mind.
7         Q.   What was his role?
8         A.   Peter was a, had a lot of experience
9    with mathematical analysis.
10        Q.   So, how did he use that experience
11   with mathematical analysis to help you on the
12   project?
13        A.   He would, he would take sensor data
14   and use mathematical models to, you know, to help
15   turn that into, you know, signal, signal data.
16        Q.   Okay.  We have to stop so he can
17   change out the tape.
18             THE VIDEOGRAPHER:  The time now is
19   11:13, we are going off the record.  This is
20   the end of Disk Number 1.
21             (Recess taken -- 11:13 a.m.)
22             (After recess -- 11:26 a.m.)
23             THE VIDEOGRAPHER:  The time now is
24   11:26, we are back on the record.  This is

Page 76

1    the beginning of Disk Number 2.
2    BY MR. GOETTLE:
3         Q.   I'm going to come back to the
4    Sarnoff work we were just talking about, but I
5    realized I left a couple of things hanging that I
6    meant to circle around earlier.
7         A.   Okay.
8         Q.   When we were talking about your job
9    functions as chief technology officer at Power
10   Survey.
11        A.   Yes.
12        Q.   One of the things that you mentioned
13   that you do is you educate the public and the
14   industry on the dangers of stray voltage.
15        A.   Yes.
16        Q.   What does that work entail?
17        A.   I have given a number of talks at
18   technical symposia.  I spoke in front of the
19   National Safety Council; I may not have that
20   right, in NCS, NSC, I don't -- but it was a,
21   something like that.
22        Q.   Uh-huh.
23        A.   And I have spoken in front of
24   regulatory bodies and legislative bodies.  And at

Page 77

1    conferences for regulators.
2         Q.   And you say you spoke in front of
3    legislative bodies and regulatory bodies?
4         A.   Uh-huh.
5         Q.   And what is the purpose of speaking
6    in front of those bodies?
7         A.   To educate them on the concerns for
8    contact voltage, the dangers and hazards.  Public
9    safety risks.
10        Q.   And is that work, is the goal of
11   that work to get legislation and regulations
12   adopted to regulate --
13        A.   There are times when, when my talks
14   are oriented towards, you know, persuading
15   regulators and legislators to make stray voltage
16   a topic of their regulations or their laws.
17        Q.   And why do you do that?
18        A.   The contact voltage is a serious
19   safety hazard, and to the extent that I can
20   educate these folks and they can do their job to
21   provide the public safety, you know, associated
22   with power distribution, then that is a big part
23   of my goal.
24        Q.   Any other reason that you did that?

20 (Pages 74 to 77)

David Kalokitis

| Page 78 |
| --- |

```
 1        A.   You know, at the end of the day,
 2   contact voltage is a serious safety concern.  I
 3   will give you an example.
 4        So, in spring, in the spring of 2013
 5   a young girl named Jayden Hicks was shocked; she
 6   was, this was in Salina, Kansas.  And she was
 7   playing in the rain.  And she stepped in a puddle
 8   that was near a junction box for a street
 9   lighting circuit and Jayden was ten years old and
10   she was electrocuted.  So she fell down on that
11   street and when people tried to help her they
12   couldn't because when they touched her they got
13   shocked.
14        Q.   Uh-huh.
15        A.   So, they called the fire department
16   and a few minutes later the fire department got a
17   fiberglass pole and they pulled Jayden off of
18   that structure.
19        Q.   Uh-huh.
20        A.   And they sent her to the hospital
21   and Jayden was in a coma.  So, with contact
22   voltage, you know, being my issue and my concern
23   for contact voltage, I thought, you know, how can
24   I help?
```

| Page 79 |
| --- |

```
 1        There was a website on Facebook
 2   called Prayers For Jayden and I thought how could
 3   I help with my expertise.
 4        So, I took a team and I took one of
 5   our trucks to Salina, and I didn't, you know, I
 6   didn't approach anyone for a contract or any
 7   funding or anything.  And I scanned the entire
 8   town of Salina.  And I found a number of things
 9   that were energized and at some point I got to
10   the ball field.  You know, they had a big
11   complex, a lot of baseball fields, and I thought
12   of Deanna Green and I actually took my truck and
13   checked all of the fences and the lighting in the
14   ball field.  And I gave that information to the
15   city officials and they fixed whatever was wrong
16   there.  And I thought if that was my piece that
17   could help that town heal because of what
18   happened to Jayden, then that is, you know, that
19   is important to me.
20        December 31st, 2013, Jayden passed
21   away from her injuries and, and, that is why I
22   have to educate everyone about finding every last
23   contact voltage hazard so that my kids and your
24   kids are kept safe from, safe from contact
```

| Page 80 |
| --- |

```
 1   voltage.
 2        Q.   I appreciate that.
 3        A.   That is, that is what I do.
 4        Q.   So, when was the last time that you,
 5   that you presented to any regulators or
 6   legislators?
 7        A.   It was a few years ago.  I would say
 8   2011, 2012, I believe that was the last
 9   conference I did for that effort.
10        Q.   Are you the only employee of Power
11   Survey or any person at Power Survey that does
12   those types of presentations to legislators or
13   regulators?
14        A.   No one is doing that right now.
15        Q.   Nobody is doing that right now?
16        A.   Yes, we, we are not currently
17   pursuing regulations at this moment.
18        Q.   Okay.  But when Power Survey is
19   pursuing regulations or legislations, are you the
20   only one that goes around and presents?
21        A.   When we are or when we were?
22        Q.   When you were.  When Power Survey
23   was.
24        A.   When we were pursuing regulations
```

| Page 81 |
| --- |

```
 1   and legislation, we had a regulatory affairs
 2   person who really spearheaded that.
 3        Q.   So, that regulatory person aside
 4   from you in 2011 or 2012, that regulatory person
 5   is the only Power Survey person going around and
 6   presenting to legislators and regulators?
 7        A.   No, no, no.
 8        MR. EVENS:  Objection, lack of
 9   foundation, misstates testimony.  With that
10   you can answer.
11        THE WITNESS:  We had a regulatory
12   affairs VP and she arranged, she would talk,
13   she would meet with regulators, she would
14   meet with officials, and occasionally I would
15   accompany her and provide sort of the
16   technical speech or, you know, the speech
17   on the hazards of contact voltage and why it
18   is important to, you know, do it.
19   BY MR. GOETTLE:
20        Q.   What is her name?
21        A.   Connie Hughes.
22        Q.   So, Connie, either alone or with you
23   is the only person at Power Survey that would go
24   around and meet with regulators or legislators
```

David Kalokitis

Page 82

1    about contact voltage?
2         A.   Is the only person -- I believe at
3    times Tom Catanese may have been involved in
4    those meetings.
5         Q.   Anybody else?
6         A.   I don't believe other Power Survey
7    employees were attending those meetings.
8         Q.   When was the last time, to your
9    understanding, anybody at Power Survey met with
10   regulators or legislators, or presented to
11   regulators or legislators about contact voltage?
12        A.   It was quite some time ago.  It had
13   to be in the '11, '12, time frames, somewhere
14   back then.
15        Q.   2011?
16        A.   Yes.
17        Q.   Or 2012?
18        A.   Somewhere in those time frames, yes.
19        Q.   So I take it from that answer that
20   it would either be late 2011 or early 2012 would
21   have been the last time?
22        MR. EVENS:  Objection.
23        THE WITNESS:  That is far too
24   specific for me to recall.

Page 83

1    BY MR. GOETTLE:
2         Q.   It could have been anywhere in 2012.
3    You really can't recall?
4         A.   I, without a calendar and looking at
5    my travel history it would be hard for me to pin
6    a date as to exactly when this stuff happened.
7         Q.   Are you involved at all in
8    responding to requests for proposals regarding
9    contact voltage?
10        A.   Yes.
11        Q.   What do you do in that work?
12        A.   The program description that is
13   within the proposal, technical, the technical
14   elements of it are my responsibility.
15        Q.   And so you write, you write that
16   part of your response?
17        A.   I write the technical components.
18        Q.   When was the last time that you did
19   that?
20        A.   Well, our proposal efforts are
21   as-needed.  I would say a few months ago was the
22   last proposal.  Last proposal that went out.
23        Q.   In 2014?  Today is, by the way today
24   is April 18th.  I had to check.

Page 84

1         A.   Yes.  I am not intimately involved
2    in -- I'm not the source of every proposal.  So,
3    I can't speak as to exactly what proposals have
4    gone out.
5              Sometimes proposals are just
6    boilerplate, you know, with updated client
7    information and pricing.  And I don't get
8    involved in that.
9         Q.   Okay.  So, the last one that you
10   were involved with was within the last few
11   months; is that right?
12        A.   I may have had some cursory
13   involvement but I haven't done any, you know,
14   serious, you know, heavy duty editing of
15   technical content in the last few months.
16             I'm not saying that proposals
17   haven't gone out with my content, but once you
18   have a template, then, those proposals will flow
19   based on that.
20        Q.   I see.  So, since the filing of this
21   lawsuit in September of 2013, you think that you
22   have been involved in writing a portion of a
23   response to an RFP?
24        A.   Yes.

Page 85

1         Q.   How many?
2         A.   Small numbers.
3         Q.   Less than five?
4         A.   Likely.
5         Q.   Could actually be more than five,
6    though?
7         A.   You know, I don't track that.
8         Q.   Right.
9         A.   It would be hard for me to put a
10   number on it.
11        Q.   And even aside from the ones you
12   know about, there could be others that you might
13   not even be aware of?
14        A.   Yes.
15        Q.   Okay.  Now, aside from, I don't
16   really understand the business all that well.
17   So, aside from responding to RFPs, does Power
18   Survey also bid to perform stray voltage
19   detection?  Or is that, is bidding the same thing
20   as responding to go an RFP?
21        A.   A large utility will supply a RFP,
22   and the response from Power Survey will be a, if
23   it is a large utility it will be, our response
24   will be a bid package.

David Kalokitis

Page 86

1  Q.  I see.
2  A.  So the bid is an answer to an RFP.
3  A bid contains a proposal.
4  Q.  And is that, is the process
5  different for smaller utilities?
6  A.  The process is dictated by the
7  customer and it can vary.
8  Q.  I see.  So, when you are not
9  responding to a bid, because it is a smaller
10  customer, what, how do you request the work?  How
11  does Power Survey, I should say, how does Power
12  Survey find out about the work and make a request
13  or submit a proposal?
14  MR. EVENS:  Objection, lack of
15  foundation.  And may be beyond the witness'
16  competence.
17  THE WITNESS:  We are sometimes
18  contacted by customers, you know, saying they
19  have a problem.  Or sometimes we will reach
20  out to the various utilities and suggest that
21  we meet and perform demonstrations.
22  BY MR. GOETTLE:
23  Q.  Has that activity been going on
24  since the filing of this lawsuit in September,

Page 87

1  2013?
2  A.  Yes.
3  Q.  And you have personally been
4  involved in that type of activity?
5  A.  Yes.
6  Q.  How many times would you estimate?
7  A.  A few.  A few trips here or there.
8  Q.  Less than five?
9  A.  Maybe around four or five.
10  Q.  Okay.  Do you have an understanding
11  of whether Premier has also been doing the same
12  types of things with the same customers in this
13  time period after the filing of the complaint in
14  September of 2013?
15  A.  Myself, I don't have a great sense
16  of Premier's activity with, in association with
17  my recent visits to customers.
18  Q.  Would it surprise you if you learned
19  that Premier was also contacting those same
20  customers?
21  A.  It would not surprise me if Premier
22  contacted customers soliciting business in stray
23  voltage testing.
24  Q.  Okay.  All right.  Back to the fun

Page 88

1  stuff.
2  We just talked briefly about Peter
3  Zalud --
4  A.  Yes.
5  Q.  -- as Peter being involved with the
6  stray voltage study after Jody Lane was
7  electrocuted.
8  MR. EVENS:  Object to the extent it
9  mischaracterizes the testimony.
10  THE WITNESS:  Peter Zalud was an
11  engineer that worked with me on my, on my
12  early efforts in mobile stray voltage
13  detection.
14  BY MR. GOETTLE:
15  Q.  And he devised a way to take sensor
16  data and use math models to help turn that data
17  into signal data; is that right?
18  A.  I don't, I don't believe, I don't
19  believe that wording is exactly right.
20  So, Peter Zalud would take data that
21  I was capturing with the sensor system and run it
22  through mathematical models at my request to find
23  the components of the signal I was interested in.
24  Q.  Okay.  So the sensor would sense an

Page 89

1  electric field.
2  A.  Yes.
3  Q.  Okay.  And from that would generate
4  a signal; is that right?
5  A.  Our sensor system sensed an electric
6  field.  Our sensor system captured that electric
7  field, and through our, through our analysis and
8  system we would find an indication that there was
9  electric field present there which was in our
10  case associated with an energized structure or
11  service.
12  Q.  And that process at least in part
13  was figured out by Peter Zalud?
14  A.  I can't say that Peter Zalud figured
15  out the process.  The process was part of a, you
16  know, an engineering sequence that I, you know,
17  it was an engineering task along the way of
18  getting from an energized structure to a user,
19  usable indication output.
20  Q.  And it, the part of the process
21  involved finding components of the signal that
22  could correspond to an energized structure?
23  A.  So, Peter's work was to take the
24  signal information that we captured and digitized

23 (Pages 86 to 89)

David Kalokitis

Page 90

1    off of the sensor and to generate data plots of
2    the various amplitudes, frequencies, that were
3    coming from the energized structure.
4        Q.   So his role was devising a way to
5    have these plots generated, the plots of
6    amplitudes and frequencies.
7            MR. EVENS:  Objection, asked and
8    answered.
9            THE WITNESS:  I, I am not sure I
10   agree with the term devising.  I think I
11   explained what Peter did.
12   BY MR. GOETTLE:
13       Q.   Okay.  Look I'm not trying to try to
14   paint you in the a corner or anything.  I'm
15   really trying to understand what Peter Zalud's, I
16   keep writing down, I've written down three of
17   your answers I think verbatim, and I'm trying to
18   make sure I have internalized it and I'm trying
19   to use the words back to you and I'm not getting
20   it right.  So let me try it again?
21       A.   Okay.
22           MR. EVENS:  Dan, with that, if he
23   has answered it and you wrote it down then
24   there is no further question to then restate

Page 91

1    what it is that Peter Zalud has done.
2            MR. GOETTLE:  Mark, I don't
3    understand what you are doing right now.
4            MR. EVENS:  I am objecting to you
5    ask the same question four or five times.
6            MR. GOETTLE:  Object and state the
7    reason and let me continue.
8            MR. EVENS:  You have given a reason
9    and it makes no sense within justifying
10   continuing to ask the same question over and
11   over.
12   BY MR. GOETTLE:
13       Q.   So, was Peter Zalud's participation
14   on your team, his role was to figure out how to
15   generate plots of the amplitudes and frequencies
16   of the detected signals.
17           MR. EVENS:  Same objection, asked
18   and answered.  And it may be a
19   mischaracterization of the testimony.
20           With that you can answer.
21           THE WITNESS:  So, Peter would take
22   the sensor data that I captured off of the
23   prototype sensor system, and he would use
24   mathematical models to separate that signal

Page 92

1    into frequency and amplitude components.
2    BY MR. GOETTLE:
3        Q.   Okay.  Would that process of
4    separating into frequency at an amplitude
5    components involve using filters?
6        A.   There are many components that make
7    up the system and I think the term filter needs
8    better definition in this paradigm.
9            Within the mathematical model there
10   are mathematical models of filters.
11           So to the extent that one could or
12   may employ a mathematical model of a filter to
13   change the mathematical computation that one is
14   working with, one could use a mathematical filter
15   as part of that process.
16       Q.   Did that process involve using fast
17   Fourier transform?
18       A.   I don't recall the exact tools that
19   Peter used in that tool box.
20       Q.   Do you recall whether it would
21   involve using an amplifier?
22       A.   In a mathematical model, an
23   amplifier is just a math function.
24           So, to the extent that math

Page 93

1    functions like that exist, it is hard to say
2    whether they were used or not.  But in that
3    paradigm, it is just a multiply.
4        Q.   Okay.  And then in developing this
5    system as part of your, the engineering work that
6    you supervised, how did you use the mathematical
7    models that Peter came up with?
8        A.   The understanding of the signals
9    that were coming from the energized structures
10   forms the basis for how we program digital signal
11   processors to then implement our intended
12   functionality.
13       Q.   You used the mathematical models
14   that Peter Zalud came up with in order to figure
15   out how to perform the digital signal processing
16   in the device?
17           MR. EVENS:  Objection,
18   mischaracterizes the testimony.
19   BY MR. GOETTLE:
20       Q.   Is that right?
21       A.   There is a design process when you
22   are, when you are trying to build an instrument
23   that has, that uses those techniques and skills
24   in an iterative process.

Golkow Technologies, Inc. - 1.877.370.DEPS

David Kalokitis

### Page 94

1  So, so you use, you use what you,
2  you start with your data. You mathematically
3  model some computations you would eventually like
4  to do in a DSP. And when you are happy with the
5  results, you try it in your DSP.
6  Q.  Okay. And if it doesn't work in the
7  DSP then you would go back and adjust the
8  mathematical models in this iterative process
9  that you have referenced?
10  A.  You often use the mathematical
11  simulation because it gives you the flexibility
12  to take one set of data and experiment with it.
13  Q.  Okay. So, aside from Peter Zalud,
14  who else worked on the project after Jody Lane
15  was electrocuted?
16  A.  I had guys that designed circuit
17  boards. I had guys that, technicians that put
18  together hardware. Names, that initial effort
19  was reasonably small.
20  I remember Larry Mackey put together
21  a lot of hardware.
22  Q.  M A --
23  A.  M-A-C-K-E-Y, or M-A-C-K-E-Y,
24  perhaps. There was another engineer, too, that

### Page 95

1  programmed stuff. He programmed, I'm trying to
2  think of his name. It will come to me, but it is
3  not coming to me right now.
4  Q.  Okay. Fair enough. How far into
5  the project were you before you decided that you
6  were going to use electric field detection to
7  find these stray voltages?
8  MR. EVENS:  Objection, lack of
9  foundation.
10  THE WITNESS:  That was --
11  MR. EVENS:  Go ahead, you can
12  answer.
13  THE WITNESS:  Electric field was,
14  when I got involved, the electric field was
15  my first priority or, you know, first
16  thought, the first concept that I thought
17  would be useful based on what I knew and
18  based on the prior work that showed that that
19  streetlight had an electric field signature.
20  BY MR. GOETTLE:
21  Q.  Did you ever consider using any
22  electric field meters that were already, or --
23  let me step back in terminologies.
24  Is electric field meter the right

### Page 96

1  way to refer to the sensor probe? Like, how do
2  you refer to that device?
3  A.  I refer to it as a sensor probe.
4  Q.  Okay. So, did it ever, did you ever
5  consider using a already commercially available
6  sensor probe rather than designing your own?
7  A.  My experience with some commercial
8  equipment led me to believe that the
9  sensitivities of those products and the
10  specifications that came with them, that they
11  were not sensitive enough for this, for this
12  application.
13  Q.  Do you recall any of the probes that
14  you were already familiar with at that time?
15  A.  I remember something that said --
16  what was the name of that company. We had a lot
17  of test equipment at Sarnoff. And, I know there
18  were electric and magnetic field probes that I
19  had used.
20  I know, I know, what is that stuff.
21  I remember a big suitcase.
22  Q.  Fair enough.
23  A.  Yeah, I --
24  Q.  It was a while ago?

### Page 97

1  A.  Yes, yes.
2  Q.  Did you ever consider using Narda's
3  EFA-300?
4  A.  No.
5  Q.  How come?
6  A.  I had to do fundamental development
7  work. So, I needed to see, I needed to see the
8  whole signal. I needed control over all of the
9  circuitry.
10  My background in antennas and
11  circuit design, and my early prototyping, you
12  know, told me that I needed a, that I would get
13  the best performance from a specifically purposed
14  design.
15  Q.  Were you aware of the EFA-300 at
16  that time?
17  A.  No.
18  Q.  I may have already asked you this,
19  but, do you recall who it was from Con Ed that
20  came to Sarnoff?
21  A.  I don't.
22  Q.  At that time had you heard of the
23  company called Wandel & Goltermann?
24  A.  No.

25 (Pages 94 to 97)

David Kalokitis

## Page 98

1  Q.  Okay.  So, can you, now we are going
2  to go along in the timeline.  Can you talk to me
3  and describe to me how you went about developing,
4  I guess, I think you have referred to it as a
5  prototype, maybe, your first system, how did that
6  development take place?  How did it progress?
7  A.  So Con Ed had made the general
8  request that they needed help finding stray and
9  contact voltage in their system.  After Jody Lane
10  was killed there was an urgency to have a system
11  that would work rapidly, accurately and cover a
12  lot of ground.
13  So, we said we would work, we
14  proposed to do a mobile system, something that
15  could be, that could move quickly.  And we
16  proposed that we would use electric field
17  detection to effect that means.  And we started
18  out with early sensors that had basically signal
19  capture capabilities, some amplification, some
20  signal capture capabilities, and we operated
21  those on some test sites that we had built.
22  We characterized the signals that
23  were coming from those and we worked on, we
24  worked on hardware designs and software designs

## Page 99

1  to effect that means.
2  Q.  And do you recall who did the
3  software design?
4  A.  I laid out a lot of the parameters
5  to what, you know, what was important, you know,
6  to find what signals were important to find and
7  what were interesting.
8  There was another fellow that did
9  the programming, I mentioned earlier, I still
10  haven't come up with his name, but he programmed
11  a lot of the DSP stuff.
12  So we started out with a prototype
13  board, a DSP board and we programmed it, tried
14  programs on it, and, iteratively worked on that
15  as part of the effort.
16  Q.  Do you recall who had worked on the
17  hardware design?
18  A.  Dennis, Dennis -- there was a guy
19  named Dennis that worked on it.  He did circuit
20  board layouts.
21  Q.  Somebody with the first name of
22  Dennis?
23  A.  Yes.
24  Q.  Okay.  How was the work documented?

## Page 100

1  A.  So, depending upon, on our
2  documentation Sarnoff was R&D style.
3  So; whoever was working on a
4  particular project had it on their computer.  And
5  hopefully, hopefully, you maintain that stuff if
6  that project was of interest to you, because it
7  is not uncharacteristic for generation loss,
8  let's call it.
9  Q.  Uh-huh.
10  A.  Every time somebody gets a new PC.
11  Q.  Did any of that R&D style
12  documentation come over with you to Power Survey?
13  A.  I don't think the early, the early
14  stuff lasted through that.  And if it had, and it
15  was on paper, then we lost it in 2012 when Sandy
16  flooded our facility.
17  Q.  No kidding.
18  A.  I had five feet of water in our
19  facility.  So, I had, you know, I had no office
20  for six months after that.
21  Q.  Brutal.  If I could get you to turn
22  to, let's go to Paragraph 7, on Page 3 of your
23  Declaration, Kalokitis 1.
24  A.  Yes.

## Page 101

1  Q.  Just a couple of terminology things.
2  We have talked a lot today about contact voltage
3  and stray voltage.  At least those are terms I
4  have been using.
5  A.  Yes.
6  Q.  And, I wanted to make sure that I
7  have a good understanding of what stray voltage
8  means in this context.
9  And I think I found a way to short
10  circuit this discussion on the train ride down.
11  Do you agree with, I'm not sure of
12  the expert's, how to pronounce it, it is either
13  Fugate or Fugate.  You have talked to your
14  technical expert that was hired in this case?
15  A.  I have spoken to Fugate.
16  Q.  Fugate.  In his, and I can pull it
17  out and show it to you if you want, but I just
18  want to see if you agree.
19  In his Declaration he says that
20  stray voltage is un -- quote, "Undesired voltages
21  on conducting objects resulting from leakage of
22  electric power from the lines."
23  A.  Could I see that document.
24  Q.  Absolutely.

David Kalokitis

Page 102

1       MR. EVENS:  I was just about to note
2  an objection unless you show the witness a
3  document.
4  BY MR. GOETTLE:
5       Q.  Well, you know what, I'm going to
6  show you the document.  I have no problem doing
7  that.  I just, but my question is just, I mean,
8  do you think that this is a reasonable --
9       MR. EVENS:  I'm going to instruct
10  him not to answer unless he sees the quote.
11      MR. GOETTLE:  You are instructing a
12  witness not to answer a question that is not
13  privileged?  Really?  Really?
14      MR. EVENS:  Here, let me state, my
15  objection is this:  I want to ensure that
16  what you are reading is complete.  So we
17  would like to see the document.
18  BY MR. GOETTLE:
19      Q.  I'm going to show you the document.
20  I'm going to show you the document.  Do you
21  agree, though, before I do, that stray voltage is
22  undesired voltages on conducting objects
23  resulting from leakage of electric power from the
24  lines?

Page 103

1       A.  I would say that the definition of
2  stray and contact voltage varies with the
3  audience and the time that you are using the
4  term.
5       And a lot of confusion surrounds
6  those terms to this day, and I may, depending on
7  the audience, use one or the other and depending
8  on the time one or the other has been used.
9       So, it is very difficult to nail
10  that one down.
11      Q.  So, stray voltage can have different
12  meanings in different contexts?
13      A.  Yes.
14      Q.  What would be the context, what
15  would be the meaning of stray voltage in the
16  context of your patents?
17      MR. EVENS:  To the extent you can
18  answer without looking specifically at the
19  patents, for context.
20      MR. GOETTLE:  Mark, you are
21  coaching, please stop.
22      THE WITNESS:  What would be the
23  context, I'm sorry, say the question again.
24  BY MR. GOETTLE:

Page 104

1       Q.  I just want to know you have used
2  the term stray voltage in your patents, right?
3       A.  I use the term stray voltage in the
4  patents, I believe that is correct.
5       Q.  And I just want to know what does it
6  mean, what does stray voltage mean in that
7  context?
8       A.  Stray voltage in the context --
9  stray voltage is the broader term.  At the time
10  that was written, it was the common term and
11  maybe the only term in common use, for a voltage
12  on something whose source was unknown or at least
13  unknown to the observer at the moment.
14      So, if you found an object, we
15  talked about streetlights earlier, if the you
16  found an object with, if you found a streetlight
17  with 20 volts on the outside of it in 2004, you
18  would say it had stray voltage on it in 2004.
19      Q.  Assuming that, let's assume that the
20  light is off.  I actually get a little confused
21  if the light is on, because I don't know.
22      A.  The light being on or off is
23  irrelevant.
24      Q.  It is?

Page 105

1       A.  Yes.
2       Q.  But there is voltage at the bulb,
3  right?
4       A.  If the light is on?
5       Q.  Yes.
6       A.  Generally there is voltage at the
7  bulb, yes.  There would be voltage at the bulb if
8  the light was on.
9       Q.  But you would not call that stray
10  voltage?
11      A.  No, you would not.
12      Q.  So, your example, you mean the light
13  pole?
14      A.  Correct.
15      Q.  Would it be correct to think about
16  stray voltage as a voltage that is, like you
17  wouldn't expect to be there or shouldn't be
18  there?
19      A.  You would, you would characterize,
20  again, you know, the use of the term stray or
21  contact voltage has a temporal component, it has
22  an audience component, and, I can use it a number
23  of different ways depending upon the time and the
24  place in the audience.

27 (Pages 102 to 105)

David Kalokitis

Page 106

```
 1            And, it is, it is something that the
 2    industry struggles with today.  They struggle to
 3    put a proper definition on it, not only the
 4    industry but the public, the regulators and the
 5    media all have this same struggle.
 6            So, I, I don't like to pin the term
 7    unless I know the audience and the time it is
 8    being used.  Because it changes.
 9        Q.   Okay.  But I'm only talking about in
10    the context of your patents, in your invention.
11            In your invention would stray
12    voltage, would that phrase stray voltage indicate
13    a voltage that would be unexpected?  Is that a
14    way of thinking about it?
15        A.   My patents are for, the invention in
16    the system is for a system that finds voltage at
17    a distance.  Noncontact voltage at a distance on
18    objects.
19            MR. GOETTLE:  Would you mind marking
20    that one as Kalokitis 2.
21              (Kalokitis Exhibit Number 2
22            marked for identification.)
23            THE WITNESS:  Sure.
24            MR. EVENS:  Dan, this is really your
```

Page 107

```
 1    issue not ours.  But there are parts of the
 2    Fugate Declaration that I think are
 3    confidential to your client.  So you may --
 4            MR. GOETTLE:  Let me think about
 5    this.
 6            MR. EVENS:  You may want to handle
 7    this in a way that what you want to
 8    specifically refer to we pull out or when the
 9    reporter takes custody, we have the pieces
10    that are confidential handled in a way that
11    doesn't affect your client.
12            THE WITNESS:  I was just going to
13    get up and get a bottle of water if you don't
14    mind.
15            MR. EVENS:  You know what, I'm going
16    to give you.
17            MR. GOETTLE:  Do you need a break?
18            THE WITNESS:  No, I'm good.
19            MR. EVENS:  Dan, lunch is ready if
20    you want a break.
21            MR. GOETTLE:  Actually this is your
22    deposition not mine, so, whenever you want to
23    break for lunch, you guys just tell us.
24            THE WITNESS:  I could keep going for
```

Page 108

```
 1    a little bit, unless somebody else's stomach
 2    is growling.
 3    BY MR. GOETTLE:
 4        Q.   I mean, when you are having this
 5    much fun, you know.  Let's do this.  The exhibit
 6    has been marked.  I'm going to direct your
 7    attention because I actually don't even have a
 8    question for you from this, but I promised you I
 9    would give this to you and I felt like it would
10    look bad if I didn't.
11        A.   Okay.
12        Q.   I'm going to direct your attention
13    to the paragraph that I read from.
14        A.   Okay.
15        Q.   About what Dr. Fugate says stray
16    voltage means.
17        A.   Okay.
18        Q.   And then I'm going to, with your
19    permission, we will just pull out the charts that
20    are in the back and not include those as part of
21    the exhibit.
22        A.   Okay.
23        Q.   Okay.  So, if you go to Paragraph
24    25, and I will give you, it is a short one, so,
```

Page 109

```
 1    if you want to just read it.
 2        A.   Okay.  Okay.  I read it.
 3        Q.   Do you agree with Paragraph 25?
 4        A.   I will say that, that the term stray
 5    voltage -- so, one of the things that stray
 6    voltage refers to, but not the only thing that
 7    stray voltage refers to, is, was undesired
 8    voltage on conducting objects resulting from
 9    leakage of power systems at that time.
10            Is that clear?
11        Q.   Okay.  So --
12        A.   One of the things stray voltage
13    refers to, among other things that it refers to
14    at that point in time, is undesirable voltage on
15    conducting objects.
16        Q.   Okay.  I think where my train of
17    thought got sidetracked is where we were talking
18    about the R&D style documentation.
19            Aside from the R&D style
20    documentation, would there have been any other
21    documentation of the system that you were
22    developing for Con Ed back in the 2004 time
23    frame?
24        A.   There would have been likely a
```

David Kalokitis

Page 110

1    report to the customer.
2        Q.   So, in your Declaration, at
3    Paragraph 9 on Page 4, of Kalokitis 1.
4        A.   Yes.
5        Q.   Was the first device that was built.
6    this prototype that you describe in the first
7    sentence, the trailer-mounted system?
8        A.   Was the first device we built a
9    trailer-mounted system, is that your question?
10       Q.   Yes.
11       A.   Was the first device we built a
12   trailer-mounted system?
13            So, the first, the first device that
14   I gave to Con Ed to test, for them to test, was a
15   trailer-mounted system.
16       Q.   And that is the prototype that is
17   discussed there in Paragraph 9?
18       A.   Yes.
19       Q.   Okay.  So but there was a device
20   before that, or multiple devices before that?
21       A.   There was various bits of hardware
22   that were duct taped together and used as
23   development bits; I think that is a bad way to
24   characterize our professional work.

Page 111

1            But, R&D, you know, you find a way
2    to make things work.
3        Q.   When the prototype was delivered to
4    Con Ed around 2005, would there have been a
5    report prior to that, delivered to Con Ed?
6        A.   Our typical format was a final
7    report associated with the conclusion of a
8    project.
9            So my expectation is that we wrote a
10   final report associated with that.  And we, yes,
11   I mean that would be our normal process.
12       Q.   But would the final report have been
13   delivered then with the prototype?
14       A.   On or about?
15       Q.   Okay.  Do you have that report or
16   does Power Survey have that report?
17       A.   I don't know.
18       Q.   You might have it; you just don't
19   know?
20       A.   I might have it.  I don't know.
21       Q.   I'm sorry to do this.  I drank my
22   Coke way too fast and I need the break, would
23   that be okay?
24            MR. EVENS:  Why don't we break for

Page 112

1    lunch.  That might be a good time.
2            THE VIDEOGRAPHER:  The time now is
3    12:22, we are going off the record.
4            (Recess taken -- 12:22 p.m.)
5            (After recess -- 12:58 p.m.)
6            THE VIDEOGRAPHER:  The time now is
7    12:58, we are back on the record.
8    BY MR. GOETTLE:
9        Q.   Okay.  So, just for the record,
10   housekeeping, what I would like to do is put in
11   Kalokitis 2, which is, which will be a portion of
12   the Declaration of David Fugate.  The Pages 1
13   through 10, the first 10 pages of that will be
14   Kalokitis 2.
15           MR. EVENS:  That is fine.  And as we
16   talked earlier, subject, you know, given that
17   it is an incomplete document, but, I think
18   for our purposes, that is fine.
19   BY MR. GOETTLE:
20       Q.   Hello, so going back to your
21   Declaration, Page 4, Paragraph 9.
22       A.   Page 4, Paragraph 9, yes.
23       Q.   So, that refers to a prototype that
24   you built and delivered to Con Ed in 2005?

Page 113

1        A.   Around 2005 we delivered a
2    trailer-mounted prototype.
3        Q.   You agree with that?  That timing?
4        A.   I believe it was around 2005; I
5    agree it was around 2005.
6        Q.   Okay.  I'm going to hand you -- you
7    want that one?
8            MR. EVENS:  No, no you need to keep
9    that one.
10           MR. GOETTLE:  You get that one.
11           MR. EVENS:  I get that one.  You get
12   the pretty yellow sticker.
13   BY MR. GOETTLE:
14       Q.   The court reporter has just handed
15   you what has been marked as Kalokitis 3.
16       A.   Right.
17           (Kalokitis Exhibit Number 3
18           marked for identification.)
19   BY MR. GOETTLE:
20       Q.   This is a provisional patent
21   application numbered, and if you want to verify
22   it I will point to where I am reading from right
23   there.  So Serial Number 60/639054.
24       A.   Yes.

29  (Pages 110 to 113)

David Kalokitis

Page 114

1      Q.   Do you recognize this patent
2  application?
3      A.   It looks familiar.  Yes.
4      Q.   This is the first patent
5  application, this is a provisional patent
6  application, but this was the first patent
7  application that was filed with respect to your
8  work on stray voltage for Con Ed, right?
9      A.   Yes.  Yes.
10     Q.   Okay.  And then referring to your
11 Declaration at Paragraph 10.
12     A.   Yes.
13     Q.   This is the, Paragraph 10 refers to
14 a patent application filed starting in December,
15 2004.
16     A.   I see that.
17     Q.   And that, is that a reference to
18 Kalokitis 3?
19     A.   Yes.
20     Q.   Okay.  So, this Kalokitis 3, the
21 provisional patent application was filed
22 December 23, 2004.  Right?
23     A.   This document says December 23,
24 2004.

Page 115

1      Q.   Okay.  And, if you, if you want to
2  review it please feel free, but this is a
3  documentation of the system that you developed
4  for Con Ed, right?
5      A.   Yes.  Yes.
6      Q.   So, what I would like to do is turn
7  to the front of the document and look at the
8  inventors that are listed there.
9      A.   Okay.
10     Q.   I just want to walk through these
11 inventors and find out if you have a recollection
12 of their contribution to the invention and where
13 they are now.
14     A.   Okay.
15     Q.   So, you are the first named
16 inventor, right?
17     A.   Correct.
18     Q.   And then next is David Berends.
19     A.   David Berends, yes.
20     Q.   Who is David Berends?
21     A.   David Berends did the DSP
22 processing.
23     Q.   Was he the elderly gentleman that
24 you couldn't remember the name of?

Page 116

1      A.   No, that is Frank Lang.
2      Q.   Also an inventor listed here?
3      A.   Yes.
4      Q.   Okay.  So let's focus on
5  Mr. Berends.  He did the DSP processing for the
6  prototype system?
7      A.   He programmed the DSP, yes.
8      Q.   So, could you pretend again I'm a
9  10th grader and tell me what is that David
10 brought to your prototype system?
11     A.   David knew DSP programming and
12 signal processing.  So, he was, they were some of
13 his talents.
14     Q.   And why did you need his talents for
15 this Con Ed system?
16     MR. EVENS:  Object to the form of
17 the question.  Lack of foundation.
18     THE WITNESS:  I had a broad, I had a
19 big team at Sarnoff; we always worked in
20 teams whenever we could.  And, you know, you
21 select some team members, and more work than
22 one person can handle.
23 BY MR. GOETTLE:
24     Q.   Okay.  It was an ill-formed

Page 117

1  question.
2      A.   Okay.
3      Q.   What was, what DSP programming did
4  he do for the prototype?
5      A.   He programmed the DSP system,
6  whatever it was, back in the day.  He programmed,
7  he wrote the code for the DSP.
8      Q.   So, if you look in the provisional
9  patent application, the '054 application to
10 Figure 2.
11     A.   Yes.
12     Q.   Would there be one or more boxes to
13 Figure 2 that would roughly correspond to the
14 work that David Berends did?
15     A.   You know, that is a complicated
16 question.  We typically sat down with a patent
17 attorney and described what we did and, you know,
18 things were associated from there.
19     Q.   So, looking at Figure 2, you can't
20 tell me whether the digital signal processing is
21 performed?
22     MR. EVENS:  Objection, misstates his
23 answer.
24     THE WITNESS:  Figure 2 does not

Golkow Technologies, Inc. - 1.877.370.DEPS

David Kalokitis

---

Page 118

1    contain a digital signal processor. So, you,
2    there is no DSP code to put anywhere in
3    Figure 2.
4    BY MR. GOETTLE:
5        Q.   But, the digital signal processing,
6    would that be performed within the PC that is
7    shown in the lower right-hand corner?
8        A.   I don't know that, without studying
9    this document, I don't know the context of this
10   block diagram. I don't know what it is
11   describing.
12       Q.   Okay.
13       A.   And I don't know its purpose in the
14   text.
15            So, I can't comment without studying
16   it as to what this document is supposed to mean.
17   It has been ten plus years.
18       Q.   So, you don't, do you recall where
19   Figure 2 in this '054 patent application came
20   from?
21       A.   Do I recall where it came from. I
22   don't recall where it came from.
23       Q.   Okay. How about Figure 3?
24       A.   And honestly my previous comment, I

---

Page 119

1    didn't see where the signal processing goes
2    frankly because I missed the little PC in the
3    corner.
4            So, a PC is certainly capable of
5    being programmed to do signal processing, but I
6    didn't see it when I first looked at the diagram.
7        Q.   No, no problem. And I am really
8    guessing, I didn't know if it was going on in
9    there or not. I'm just curious, do you think
10   that is where digital signal processing was
11   happening?
12       A.   I would be speculating.
13       Q.   How about in Figure 3, would you
14   know where it might be happening with respect to
15   Figure 3?
16       A.   Yes.
17       Q.   Where?
18       A.   In the block that starts with
19   TITMS 320.
20       Q.   Okay. Do you know if Mr. Berends is
21   at Sarnoff now?
22       A.   I do not know where Mr. Berends is
23   right now.
24       Q.   Was he at Sarnoff when you left

---

Page 120

1    Sarnoff?
2        A.   He was.
3        Q.   Do you recall how long he, roughly
4    he has been at Sarnoff?
5        A.   Prior to my exit? I, I don't recall
6    when he started. I don't know how long he was at
7    Sarnoff.
8        Q.   Would he have been in the microwave
9    group?
10       A.   That is a good question. Was Dave
11   Berends in the microwave group? I believe he
12   was.
13       Q.   Okay. How about, well, we have
14   already talked about Peter Zalud, right?
15       A.   Uh-luh, yes.
16       Q.   How about Frank Lang? What was
17   Frank's contribution to this invention in the
18   '054 patent application?
19       A.   You know, the specifics about that
20   again was something that we went over with the
21   patent attorneys to associate who belonged where
22   on these applications.
23            I can say that Frank was a, was a,
24   an analog signal, an analog circuits guy. And

---

Page 121

1    that is probably what I remember most about
2    Frank.
3        Q.   But, specifically to this project,
4    for detecting stray voltage, you can't recall
5    exactly what Frank Lang's contribution was?
6        A.   Frank's, I can't remember the
7    specific contribution.
8        Q.   Was, do you know if Mr. Lang is
9    still employed by Sarnoff?
10       A.   I believe Mr. Lang is retired.
11       Q.   Do you know where he is now?
12       A.   I do not.
13       Q.   You don't know.
14       A.   I do not know where he is.
15       Q.   How about Frederick Vannozzi?
16       A.   Frederick Vannozzi, yes.
17       Q.   What did he do with respect to this?
18       A.   He was also an analog, but more of a
19   general purpose jack-of-all-trades.
20       Q.   Can you describe any specific
21   contribution he made to the invention in the '054
22   application?
23       A.   I would have to go through the
24   application and study what is in there to be able

---

31 (Pages 118 to 121)

David Kalokitis

**Page 122**

1  to think of, you know, what he, what he worked
2  on.
3        My expectation is, as he is an
4  analog guy, it would have been something in the
5  analog portions of the circuits.
6        Q.   Do you happen to know if
7  Mr. Vannozzi is still at Sarnoff?
8        A.   I do not know.
9        Q.   Do you know how long he had been at
10 Sarnoff by the time you left?
11       A.   I believe he was there quite long.
12       Q.   Longer than you?
13       A.   I don't know.
14       Q.   Have you spoken to any of the other
15 inventors listed on the '054 application since
16 you have left Sarnoff?
17       A.   Have I spoken to any of the
18 applicants since I left Sarnoff?  Yes.
19       Q.   Who?
20       A.   Dave Berends.
21       Q.   Why did you speak to Mr. Berends
22 after you left Sarnoff?
23       A.   I went to see -- he is also a
24 concert pianist.  I went to see him play at a

**Page 123**

1  small venue.
2        Q.   Did you see him or talk to him on
3  any other occasions?
4        A.   It is possible.  We don't stay in
5  touch.  But, there may have been an e-mail or two
6  over the time.
7        Q.   Do you believe any of your
8  conversations would have involved detecting stray
9  voltages or Power Survey's products?
10       A.   I don't know, it has been quite some
11 time since I spoke to him.
12       Q.   Okay.  Are you aware of any other
13 documentation of the system that you developed
14 for Con Ed regarding stray voltage that would
15 predate the '054 application?
16       A.   Documentation that would -- like I
17 said before I expect there is a proposal for the
18 work.  And that is probably the, my one
19 expectation of what is out there.
20       Q.   The proposal would be before the
21 work actually commenced?
22       A.   Correct.
23       Q.   Anything else that you can think of?
24       A.   I can't think of anything that may

**Page 124**

1  still exist.
2        Q.   And I don't remember if we talked
3  about the proposal.  Would that be something that
4  would be in Power Survey's possession now?
5        A.   I don't know.  I don't know.  I
6  don't imagine I have a need for it, so it doesn't
7  stick in my mind as something that I had to have.
8        MR. EVENS:  Let me interrupt.
9  Before you go to the next question, Dan, I've
10 got to leave, I think it is 1:15,
11 unfortunately.  I will pass the baton.
12       MR. GOETTLE:  All right, have a safe
13 flight.
14       MR. EVENS:  Thank you.
15       (Kalokitis Exhibit Number 4
16        marked for identification.)
17 BY MR. GOETTLE:
18       Q.   I have just handed you what the
19 court reporter has marked as Kalokitis 4.  It is
20 a U.S. provisional patent application, Serial
21 Number 60/641470.
22       A.   Yes.
23       Q.   And this one names you as an
24 inventor along with Mr. Lang and Mr. Berends,

**Page 125**

1  right?
2        A.   Yes.
3        Q.   Okay.  Do you recall, and take your
4  time to flip through it, but, do you recall this
5  patent application?
6        A.   It looks familiar, yes.
7        Q.   Is this a patent application related
8  to the work that you were doing for Con Ed
9  regarding stray voltage?
10       A.   Yes.
11       Q.   And do you recall the thinking
12 behind filing this patent application in addition
13 to the '054 application that we looked at a
14 minute ago?
15       A.   No.
16       Q.   Do you recall whether this patent
17 application was divulging a further invention in
18 addition to what is disclosed in the '054
19 application?
20       A.   I don't know what the key
21 differences are or what the intentions were.  No,
22 I don't recall.
23       (Kalokitis Exhibit Number 5
24        marked for identification.)

32 (Pages 122 to 125)

David Kalokitis

Page 126

1   BY MR. GOETTLE:
2        Q.   The court reporter has just handed
3   you what has been marked as Kalokitis 5.
4        A.   Okay.  Yes.
5        Q.   It is a U.S. provisional patent
6   application Serial Number 60/728168.
7        A.   Yes.
8        Q.   This one is titled Stray Voltage
9   Detector With Video GUI.
10       A.   Yes.
11       Q.   And it names you, Mr. Polyzois.
12       A.   Polyzois.
13       Q.   And Mr. Schultz as inventors?
14       A.   Yes.
15       Q.   I take it at least one difference
16  between this and the earlier patent applications
17  is adding in a video GUI?
18       A.   This, this adds a video graphical
19  user interface to our system.
20       Q.   And by video can you explain what
21  that means?
22       A.   A, the typical, well that is a good
23  question.  In today's terminology or then well,
24  the essence of this was that there was a computer

Page 127

1   interface on a computer screen that was your
2   graphical user interface.  To the extent that a
3   computer screen, I guess, is a video, I guess we
4   called them video display terminals when I
5   started.  I guess that is the combination of
6   terms.
7        So, the video GUI was a reference to
8   the computer display?
9        A.   I think the system goes beyond that.
10  The system -- let me see.  Yes, the system has a
11  video camera associated with these displays, I
12  see here.
13       So, perhaps video responds, mentions
14  that.  Or perhaps it is the display terminal
15  itself.  I can't be sure as to what each word
16  traces out to.
17       Q.   Can I get you to turn to Figure 1A,
18  which is only like three or four pages from the
19  back?
20       A.   1A, yes.
21       Q.   And you see there it has got the
22  sensor probes.
23       A.   I see that.
24       Q.   Single access, and the other one I

Page 128

1   think you referred to as a triaxial?
2        A.   I don't know what I referred to it
3   as.
4        Q.   Okay.  And in the claims which is
5   another four or five or so pages back, it is
6   actually Page 44 of 63.
7        A.   Yes.
8        Q.   And you see Claim 1 there?
9        A.   44 of 63 of Claim 1, yes.
10       Q.   The claim, at least in the beginning
11  recites, "A sensor probe."
12       And below that it says that "The
13  sensor probe includes a first pair of
14  electrically conductive electrodes."
15       Do you see that?
16       A.   I see that.
17       Q.   And then it recites a second and
18  third pair of electrically conductive electrodes.
19  Do you see that?
20       A.   I see that.
21       Q.   And that corresponds to the
22  Figure 1B that we were just looking at towards,
23  on actually it was on Page 54 of 63.
24       MR. DESAI:  Was that a question?

Page 129

1        THE WITNESS:  So, you are asking if
2   this Claim 1 references Figure 1B?
3   BY MR. GOETTLE:
4        Q.   Or, if the, I guess, yes, I guess
5   that is the way of referring to it, yes.  At
6   least Figure 1B is showing one example of the
7   sensor probe recited in Claim 1.
8        A.   Well, Claim 1 is a long, long list
9   of text.  And I guess 1B is related to, to
10  Figure 1, to Claim 1.
11       Q.   Because it is a sensor probe that
12  has three pairs of electrically conductive
13  electrodes?
14       A.   That appears to be what it is.
15       Q.   Okay.  And it also recites an analog
16  to digital converter.
17       A.   Yes, it does.
18       Q.   And a processor for digitizing.
19       A.   Yes.  A processor, wait, a
20  processor.  A processor coupled to analog digital
21  converter and it says analog to digital converter
22  for digitizing.
23       Q.   Fair enough.  And that probe, or the
24  probe that is shown in Figure 1B is also shown in

David Kalokitis

Page 130

1    the other two provisionals, Kalokitis 3 and 4 and
2    I can direct you to the page if you would like.
3        A.    Okay.
4        Q.    Which one are you looking at, four?
5        A.    Exhibit 4.
6        Q.    That is on Page 10?
7        A.    Page 10 has a similar diagram.
8        Q.    And in the other, in the,
9    Kalokitis 3, it is on the pages are not numbered,
10   it is the third page from the back.
11       A.    Yes, I see.
12       Q.    Do you see that?
13       A.    I see the similar --
14       Q.    Similar.
15       A.    Image.
16       Q.    And you recognize that image from
17   your patents that are in suit, right?
18       A.    Yes. Well, I don't have them in
19   front of me, so I can't say I recognize them from
20   my patents in suit.
21       Q.    You don't recall?
22       A.    Well, I'm not saying I don't recall.
23   I'm saying you are asking me what is on the paper
24   and I don't have the paper in front of me.

Page 131

1        Q.    Okay, okay.  At least in
2    Kalokitis 4, I think it is in 3 as well, but
3    Kalokitis 4 also talks about signal processing.
4    In fact there is a lot of real estate in here on
5    signal processing, right?
6        A.    In which application?
7        Q.    Kalokitis 4.  Which is the '470.
8        A.    Let me see here.  Yes, there is,
9    there is documentation here about signal
10   processing.
11       Q.    And same for Kalokitis 3?
12       A.    No, I don't believe the, that they
13   are the same treatment.
14       Q.    So, you are saying, what we talked
15   about earlier, that, I believe it was Mr. Berends
16   was involved in the digital signal processing of
17   Kalokitis 3, and we looked at Figure 3 in there
18   and saw the digital signal processing board.
19           MR. DESAI:  Objection,
20       mischaracterizes his testimony.  Is there a
21       question pending?
22   BY MR. GOETTLE:
23       Q.    So, is Kalokitis 3 disclosing
24   digital signal processing?

Page 132

1        A.    Kalokitis 3 has documentation about
2    digital signal processing in it.
3        Q.    Okay.
4            (Kalokitis Exhibit Number 6
5             marked for identification.)
6    BY MR. GOETTLE:
7        Q.    The court reporter has just handed
8    you what has been marked as Kalokitis 6.
9        A.    Yes.
10       Q.    That is a U.S. Patent Number
11   7,248,054.
12       A.    Yes.
13       Q.    And it is entitled Apparatus and
14   Method For Detecting an Electric Field.
15       A.    I see that.
16       Q.    Okay.  And you are the first named
17   inventor on this patent?
18       A.    Yes.
19       Q.    Right.  And, the patent lists five
20   other inventors, correct?
21       A.    Yes.
22       Q.    And, those five other inventors are
23   inventors that we saw on the Kalokitis 3 through
24   5, correct?

Page 133

1        A.    3, 4, 5. So, David Kalokitis
2    appears on all three. Peter Zalud is in the
3    group, David Berends is in the group, Kristos
4    Polyzois is in the group. Frederick Vannozzi is
5    in the group and Frank Lang is in the group.
6        Q.    And if I did my math right, there is
7    no inventor listed on the three provisional
8    patent applications that aren't listed on the
9    '054 patent, right?
10       A.    Unique appearances of -- 3, 4, 5, 6,
11   7, is the grand total 7?  3, 4, 5, 6, 7, I
12   believe that is the case.
13       Q.    And that would make sense since they
14   were all involved in developing the system for
15   Con Ed that they would be listed on the '054
16   patent, right?
17       A.    It makes sense that those gentlemen
18   were, since they were inventors that they would
19   be on this patent.
20       Q.    Yes, they were inventors of the
21   system that is described in the '054 patent?
22       A.    Yes.
23       Q.    Okay.  And by the way the '054
24   patent is not a patent that Power Survey is

David Kalokitis

Page 134

1   asserting against Narda, right?  Or Premier for
2   that matter?
3       A.  I do not believe the '054 patent is
4   asserted.
5           (Kalokitis Exhibit Number 7
6           marked for identification.)
7   BY MR. GOETTLE:
8       Q.  The court reporter has handed you
9   what has been marked as Kalokitis 7.
10          It is U.S. Patent Number 8,598,864
11  entitled Apparatus and Method For Monitoring and
12  Controlling Detection of Stray Voltage Anomalies.
13      A.  Yes, I see that.
14      Q.  And this is one of your patents,
15  right?
16      A.  Yes, it is.
17      Q.  You are the first named inventor
18  again?
19      A.  Yes.
20      Q.  And this is one of the patents that
21  is being asserted against Narda and Premier,
22  right?
23      A.  Yes.
24      Q.  Okay.  And how does the inventorship

Page 135

1   on this patent compare with the '054 patent?
2       A.  There is less names on the '864
3   patent than the '054.
4       Q.  Actually, I just realized on the
5   '054 there is one inventor missing that is on the
6   provisional, and maybe you said this, and that
7   was Mr. Schultz.
8       A.  Okay.
9       Q.  Correct?
10      A.  I don't recall what I said.
11      Q.  Oh, actually, ignoring whatever you
12  said because I don't remember, either.  But,
13  Mr. Schultz is listed on one of the provisional
14  patent applications, Kalokitis 5, and he is not
15  listed on the '054.
16      A.  That is correct.
17      Q.  But he is listed on the '864 which
18  is Kalokitis 7.  Right?
19      A.  Yes, he is.
20      Q.  And, but Mr. Zalud is not listed on
21  the '864 patent, right?
22      A.  He is not listed on the '864 patent,
23  that is correct.
24      Q.  Or Mr. Berends?

Page 136

1       A.  That is correct.
2       Q.  Or Mr. Lang?
3       A.  That is correct.
4       Q.  So, do you know why those inventors
5   on the '054 and various provisionals are not
6   listed on the '864?
7       A.  I do not.
8       Q.  Do you know where Mr. Polyzois is
9   now?
10      A.  I do not.
11      Q.  You don't know whether he is
12  employed at Sarnoff?
13      A.  I do not believe he is employed at
14  Sarnoff.
15      Q.  Did you ever have any understanding
16  of where he may have been employed after Sarnoff?
17      A.  At one point I knew the name of the
18  company, but I cannot think of it now.
19      Q.  Have you spoken or seen Mr. Polyzois
20  since you have left Sarnoff?
21      A.  I haven't seen him since I left
22  Sarnoff.
23      Q.  How about Mr. Schultz?  Do you know
24  if Mr. Schultz is still at Sarnoff?

Page 137

1       A.  I don't believe Mr. Schultz is at
2   Sarnoff.
3       Q.  Do you happen to know where he went
4   since he has left Sarnoff?
5       A.  I have not seen Mr. Schultz since he
6   left Sarnoff.
7       Q.  Have you seen Mr. Schultz since you
8   left Sarnoff?
9       A.  No, I have not.
10      Q.  Now, who is Mr. Paragano?
11      A.  Mr. Paragano is a software, software
12  type.  Software type guy.
13      Q.  Was he at Sarnoff with you?
14      A.  Yes, he was.
15      Q.  Is he still at Sarnoff?
16      A.  I don't believe he is still at
17  Sarnoff.
18      Q.  Do you know where he went after
19  Sarnoff?
20      A.  I do not know.
21      Q.  Have you seen or spoken to
22  Mr. Paragano since, or Paragano since?
23      A.  I have seen him.
24      Q.  You have seen him?

35 (Pages 134 to 137)

David Kalokitis

Page 138

```
 1        A.  I have seen him.
 2        Q.  What were the circumstances of that?
 3        A.  We, um, we spoke about some other
 4   work that we might consider, we might consider
 5   proposing together.
 6        Q.  Can I, is the nature of that work
 7   confidential?
 8        A.  It is.
 9        Q.  How long ago was that?
10        A.  Within the last 12 months.
11        Q.  Can you disclose whether that work
12   involved stray voltage?
13        A.  It did not.
14        Q.  And would your participation in that
15   work be as a employee of Power Survey, or is this
16   something on your own?
17        A.  The work would be a Power Survey; it
18   would be a Power Survey effort.
19        Q.  How many times have you spoken to
20   Mr. Paragano about this?
21        A.  Once.
22        Q.  Is that effort still ongoing?
23        A.  Not really.
24        Q.  Would Mr. Paragano, we have a
```

Page 139

```
 1   partner at my firm called Paravano and that is
 2   why I keep messing this up.
 3        A.  Okay.
 4        Q.  Could it be that Mr. Paragano is
 5   working on the effort?
 6        A.  I don't know what Mr. Paragano is
 7   working on.
 8        Q.  Does anybody else at Power Survey --
 9   was anybody else at Power Survey ever aware of
10   this conversation you had with Mr. Paragano?
11        A.  Yes.
12        Q.  Who would that be?
13        A.  Tom Catanese.
14        Q.  Okay.  Would Mr. Catanese be as
15   aware of the effort as you?
16        A.  I believe so.  There is not an
17   effort, right, it was a potential effort.  So --
18        Q.  I understand.  Okay.
19            Do you happen to know or have an
20   understanding about whether any of the inventors
21   on the various patent applications that we have
22   talked about today were involved in that initial
23   project for Con Ed in the 2002-2003 time frame?
24        A.  Would I know if any of the, which
```

Page 140

```
 1   inventors are we speaking about, anybody on the
 2   table here?
 3        Q.  If it is easier, I will just run
 4   through the names.
 5        A.  No, I think I understand your
 6   question.  If I can put it in my own terms, then
 7   I know I understand it.
 8            So you are asking if the people on
 9   these applications were involved in the work that
10   predated Jody Lane?
11        Q.  For stray voltage, yes.
12        A.  For stray voltage.  Yes.
13        Q.  Who?
14        A.  Frank Lang and Fred Vannozzi.
15        Q.  Would that be at least one reason
16   that they would have been on your team, because
17   they already had that background when Con Ed
18   approached Sarnoff in 2004?
19        A.  I think there are some assumptions
20   in there.  The, my team, when I led the
21   development work I did, had people come in the
22   and out of the matrix and I don't remember
23   specifically in the early days who came in and
24   out, you know, as we got started.
```

Page 141

```
 1            The team reached about 70 members at
 2   conclusion.
 3        Q.  70?
 4        A.  If you counted everybody who, you
 5   know, everybody who, you know, turned a, you
 6   know, turned in a time card, let's put it, from
 7   accounting through purchasing, through what have
 8   you, probably would hit that kind of number.
 9        Q.  And Mr. Vannozzi and Mr. Lang were
10   involved in the early part?
11        A.  Prior to Jody Lane.  They were
12   involved prior to Jody Lane.
13        Q.  And they were also involved early on
14   in the initial stages of the work for Con Ed
15   after Jody Lane?
16        A.  I don't remember their exact
17   involvement or what their roles were at that
18   point in time.
19            (Kalokitis Exhibit Number 8
20            marked for identification.)
21   BY MR. GOETTLE:
22        Q.  The court reporter has just handed
23   you what has been marked as Kalokitis 8.
24        A.  Uh-huh.
```

36 (Pages 138 to 141)

David Kalokitis

Page 142

1      Q.   It is U.S. Patent Number 8,577,631
2  and it is titled Method and Apparatus For
3  Discrimination of Sources in Stray Voltage
4  Detection.
5      A.   Yes.
6      Q.   And this names you as the sole
7  inventor.
8      A.   Yes.
9      Q.   And you recognize this patent?
10     A.   I do.
11     Q.   Okay.  Now, could you describe to me
12 in general terms what the invention is in this
13 patent?
14     A.   Okay.  So, when you are driving by
15 sources of electric field, it would be helpful to
16 differentiate those sources if you have any
17 techniques to do that.
18          So this technique is able to look at
19 a source of electric field, and look at the
20 frequency components of that source of electric
21 field.  And allow one to, and the system will,
22 you know, graphically show you those components
23 such that you can potentially determine the
24 source, you know, what is the, what is the object

Page 143

1  that is giving you these electric fields.
2      Q.   And on that Column 1, around
3  Line 44?
4      A.   Column 1, okay.  The lines aren't
5  numbered so.
6      Q.   Do you see, running down the middle
7  is --
8      A.   Oh, I'm sorry, I'm sorry.
9      Q.   That is okay.  There is a paragraph
10 that starts "During"?
11     A.   "During the remote detection of
12 stray voltages a false positive may occur when an
13 object emits an electric field."
14          Yes, I see the sentence.
15     Q.   Okay.  And, so, so the invention is
16 trying to discern between an object that should
17 have an electric field, you would expect to have
18 an electric field, versus one that does not?
19          MR. DESAI:  Objection,
20 mischaracterizes the testimony.
21          THE WITNESS:  The invention is to be
22 able to use the signal components to gain an
23 understanding of what may be the source of
24 those signals.

Page 144

1  BY MR. GOETTLE:
2      Q.   But by reference to a false positive
3  in that sentence that you started to read --
4      A.   Yes.
5      Q.   That means like a false positive
6  that the electric field is being caused by, the
7  electric field is associated with an object that
8  is energized that you normally would not think is
9  energized, versus one that you would think would
10 be energized.  How is that for an unclear --
11     A.   Well, false positive again,
12 depending upon its usage and time and place,
13 means different things.
14     Q.   I just want to know what it means
15 here.
16     A.   No, I understand your question.
17          So, if you, if you look at the
18 diagram here of what we are, you know, what we
19 are showing we have accomplished is that an
20 example of a Don't Walk sign which emits electric
21 field at both the 60 hertz frequency, the
22 120 hertz frequency, the 180 hertz frequency and
23 for all I know it may have made it at other
24 frequencies, too; if you are able to, if you are

Page 145

1  able to judge that the primary or the greatest or
2  that there is significant amounts of 120 Hertz
3  energy coming from a streetlight and you look out
4  the window of your detection system and you see
5  there is a streetlight, right, there is a
6  reasonable conclusion that the thing that is
7  causing the signal to display on your machine is
8  the Don't Walk sign.
9      Q.   Because that, if it is displayed on
10 your screen, that could be what you referred to
11 as a false positive for a stray voltage when, in
12 fact, it is not a stray voltage.
13     A.   A false positive in the paradigm of
14 stray voltage testing in the street is a
15 signal -- a false positive is when you see
16 something, when you see a signal coming from an
17 object and you interpret it as a potential stray
18 voltage hazard and after final review you learn
19 that it is not a stray voltage hazard.
20     Q.   Well let's take this example that
21 you have in Figure 1.  I think this is what you
22 were referring to.
23          THE WITNESS:  Figure 1.
24 BY MR. GOETTLE:

37 (Pages 142 to 145)

David Kalokitis

Page 146

1    Q.   And I don't know how long it has
2    been since you have seen this patent, so I can
3    direct to you the description in the patent
4    for it.
5        A.   Okay.
6        Q.   But am I right that what the figure
7    is getting across is when you are inside 104, the
8    truck.
9        A.   Yes.
10       Q.   And your system has detected an
11   electric field.
12       A.   Yes.
13       Q.   It, the goal is that you would be
14   able to tell without getting out of the truck
15   that what has been electrified is the manhole
16   cover or what has been, what has electric field
17   is the crosswalk.  Right?
18       A.   The Don't Walk sign and the manhole
19   cover are the two potential targets in the
20   diagram.
21       Q.   Okay.
22       A.   And by looking at the, the
23   individual components of the signal, you, you
24   will get a better sense as to what it is that is

Page 147

1    providing the electric field.
2        So in the case of the manhole cover,
3    which is purely energized by a stray or contact
4    voltage, you would see one signature.  And when
5    you drive by the streetlight, I'm sorry, the
6    Don't Walk sign, you would see another signature
7    and you could potentially discriminate using that
8    information.
9        Q.   I see.  And so that way, if you are,
10   let's take Figure 1, but change it a little bit
11   and say the manhole cover is not energized, okay?
12       A.   If the manhole cover is not
13   energized, okay.
14       Q.   And your system in your truck shows
15   you there is an electric field, indicative of a
16   voltage somewhere.  Using the system that you
17   have disclosed in the patent you may be able to
18   discern that electric field would logically
19   correspond to the crosswalk sign.
20       A.   So I'm not sure I follow your exact
21   logic, because you mentioned a manhole cover that
22   has no voltage on it.
23       Q.   Uh-huh.
24       A.   So you have to kind of put your hand

Page 148

1    over the manhole cover, that is no longer part of
2    the thought process.
3        Q.   Exactly.
4        A.   And so now you are saying I am
5    driving by the streetlight, I'm sorry, the Don't
6    Walk sign, and I get a signature that my
7    experience, or the system, the system is
8    processing, the system's processing can show us,
9    is greater in the 120 hertz realm, which is our
10   expectation of a Don't Walk sign that uses
11   whatever type of lighting that, you know, that
12   produces that, that you can then discern that
13   using that technique.
14       Q.   And, if the manhole cover is there
15   and not energized under the circumstance you have
16   just said, the person that, in the truck would
17   have a good indication that even though I see a
18   manhole cover there, odds are this signal that
19   I'm seeing on my computer is being generated from
20   the crosswalk sign.  That would be the goal.
21       A.   I don't know that the operator is
22   cognizant of the manhole cover at all in that
23   paradigm.
24       Q.   Well, isn't somebody in the truck

Page 149

1    trying to figure out where stray voltages are?
2        A.   The operator in the truck is looking
3    for energized structures.
4        Q.   Well?
5        A.   So the manhole cover does not
6    provide any signature to the system at all.
7        So, therefore, the operator is not
8    cognizant of the manhole cover.
9        Q.   Not from the system.  From the
10   system --
11       A.   Oh, if he uses his eyeballs and he
12   can see a manhole cover.
13       Q.   That is what I'm saying?
14       A.   Then the operator can use his
15   eyeballs to see the manhole cover.
16       Q.   That is what I am saying, the alarm
17   goes off indicating there is an electric field,
18   okay?
19       A.   Yes.
20       Q.   And he sees the manhole cover and
21   maybe his first thought is boy, I wonder if it is
22   that manhole cover that is generating this
23   electric field, right?
24       A.   Yes.

Golkow Technologies, Inc. - 1.877.370.DEPS

David Kalokitis

Page 150

1    Q.   But from your invention he can look
2    at his computer screen, he can say you know this
3    signal looks more indicative of that crosswalk
4    signal there.
5        MR. DESAI:  Objection, lacks
6    foundation, form.
7        Go ahead.
8        THE WITNESS:  The operator sees the
9    display, and at the same time he sees the
10   Don't Walk sign with his eyeballs and he can
11   associate the two and say that I have signal
12   here, but I have enough detail now to tell me
13   that it is probably coming from the Don't
14   Walk sign.
15   BY MR. GOETTLE:
16   Q.   And not from the manhole cover that
17   I also see?
18   A.   I think it is a stretch to pull the
19   manhole cover into that.
20   Q.   Really?
21   A.   I do.
22   Q.   Isn't that the point of this
23   invention is to distinguish between the two
24   different electric fields?  Isn't that why you

Page 151

1    have that in the figure?
2        MR. DESAI:  Objection,
3    mischaracterizes the testimony,
4    mischaracterizes the document.
5        THE WITNESS:  I think the
6    description here talks about two different
7    cases.  I think the case, I know the case
8    that I am most trying to discriminate is that
9    I have, as you see, this, this Don't Walk
10   sign mounted on a pole, okay.
11       And the question I'm asking is, is
12   that pole energized?  Or is it the Don't Walk
13   sign that is on the pole giving me a signal?
14   I don't care about the manhole
15   cover.
16   BY MR. GOETTLE:
17   Q.   Okay.  So, in your invention, in
18   this patent, the '631 patent, the operator in
19   that truck from the display in the system will be
20   able to discern that, oh, this electric field is
21   being caused by the crosswalk sign and not by the
22   pole, right?
23   A.   That's the --
24       MR. DESAI:  Objection,

Page 152

1    mischaracterizes the document,
2    mischaracterizes the testimony.
3        THE WITNESS:  So, I will restate it.
4    This, the purpose of this invention is that
5    when you drive by a streetlight which has the
6    opportunity to be energized with stray or
7    contact voltage and that same streetlight has
8    a Don't Walk sign mounted to it and I get a
9    signal in my system, I can look at the signal
10   and I can say that that street lighting
11   standard that I am driving by is likely
12   giving me a signal from the Don't Walk sign
13   and not from stray voltage being on that
14   pole.
15   BY MR. GOETTLE:
16   Q.   So, it is giving you, the system in
17   this patent is giving you an indication of
18   whether the electric field is associated with an
19   anomaly or is associated with the crosswalk sign?
20   A.   The system allows me to distinguish,
21   potentially distinguish the source of electric
22   field as to being a stray or contact voltage or a
23   signature I recognize as something else.  Like
24   the Don't Walk sign.

Page 153

1        There is potential for more than one
2    signature to come out of this work.  A Don't Walk
3    sign has a signal, a signature.  Another object
4    might have another signature.  And to the extent
5    that you can understand more than one signature,
6    you can impart more decision making.
7    Q.   Could you turn to Column 3?
8    A.   Yes.
9    Q.   At Line 22 there is a paragraph that
10   starts, "The SVD system."
11   A.   Yes.
12   Q.   Is this SVD system that is described
13   here, is this a Power Survey system?
14   A.   It says the SVD System 102.  So, it
15   is whatever is pictured in 102.  It is the stray
16   voltage detection system.
17   Q.   Okay.  But, Power Survey calls its
18   system that it sells SVD, right?  You have the
19   SVD 1000 and the SVD 2000, don't you?  At Power
20   Survey?
21   A.   We have the SVD 2000.  We use the
22   SVD 2000 currently at Power Survey.
23   Q.   Okay.  So I'm just asking you, it is
24   the same letters, SVD in the patent.  I'm just

David Kalokitis

---

Page 154

1  asking, is this, is this paragraph referring to
2  Power Survey's product?
3          A.   Are you asking --
4              MR. DESAI:  Objection, asked and
5  answered.
6              Go ahead.
7  BY MR. GOETTLE:
8          Q.   Or is it just coincidence that we
9  use the same three letters to denote the system
10 in the patent as Power Survey does for its
11 product?
12         A.   The implementation of this may or
13 may not be on Power Survey's product.
14         Q.   You don't know?
15         A.   It can or cannot be on Power
16 Survey's product.
17         Q.   Oh.  You have the technology; it is
18 just sometimes you use it sometimes you don't?
19             MR. DESAI:  Objection,
20 mischaracterizes testimony.
21             THE WITNESS:  I have an SVD 2000
22 system.  I have technology captured in this
23 patent that I can potentially use or not use
24 in the SVD 2000 as I need or don't need it.

---

Page 155

1  BY MR. GOETTLE:
2          Q.   Okay.  So some, some Power Survey
3  systems that are in trucks today getting driven
4  around streets, some of them are using the
5  invention you have disclosed in the '631 patent?
6          A.   I didn't say that.
7          Q.   I don't know what, I don't know what
8  it is about my question that is making this so
9  hard.
10             Is this invention, is the invention
11 in this patent to discriminate sources of stray
12 voltage being implemented by Power Survey?
13         A.   In what context do you mean
14 implemented?
15         Q.   In any context.
16         A.   I don't, I don't have a contract at
17 this moment with a customer that requires the use
18 of this, of this.
19         Q.   Is it being used in any Power Survey
20 system?
21         A.   Is it being used in any Power Survey
22 system?
23             MR. DESAI:  Objection, vague.
24             THE WITNESS:  It is not actively at

---

Page 156

1  this moment being used in a Power Survey
2  system.
3  BY MR. GOETTLE:
4          Q.   Are you testing the implementation
5  of this invention in a Power Survey system
6  potentially for future use?
7          A.   At this moment, I am not testing
8  that technology.
9          Q.   Have you tested it?
10         A.   I have tested the technology.
11         Q.   And what were the results of the
12 testing?
13         A.   The test results are captured in
14 this, in this patent, actually.  There is
15 photographs from the tests on Figure 5.
16         Q.   Do you anticipate, do you or Power
17 Survey anticipate using the invention in the '631
18 patent in the future?
19         A.   It is hard to say at this point.  It
20 is, it really depends upon, you know, many
21 factors in the marketplace.
22             You have air conditioning in your
23 car.  Do you intend on using it today?  It is a
24 capability, okay.  It is a feature.  It is a

---

Page 157

1  potential feature.  So, in some applications you
2  may want it, and some applications you may not
3  want it.
4          Q.   Have you shown the implementation of
5  your invention in a Power Survey product to any
6  customers or potential customers?
7          A.   I don't recall demonstrating that
8  capability to a customer or a potential customer.
9              MR. DESAI:  Time for a break?
10             THE WITNESS:  I could use five
11 minutes.
12             MR. GOETTLE:  Sure.
13             THE VIDEOGRAPHER:  The time now is
14 2:06.  We are going off the record.  This is
15 the end of Disk Number 2.
16             (Recess taken -- 2:06 p.m.)
17             (After recess -- 2:14 p.m.)
18             THE VIDEOGRAPHER:  The time now is
19 2:14, we are back on the record.  This is the
20 beginning of Disk Number 3.
21 BY MR. GOETTLE:
22         Q.   I think I forgot to ask you if you
23 knew where Mr. Zalud is nowadays?
24         A.   I believe he is at Sarnoff, but I

---

40 (Pages 154 to 157)

David Kalokitis

Page 158

```
 1   don't know for sure.
 2        Q.   Have you talked to Mr. Zalud since
 3   you have left Sarnoff?
 4        A.   I haven't seen Peter in years.
 5        Q.   ·Okay.  Now I'm referring to the '864
 6   patent which is one of the three that are
 7   asserted in the litigation.
 8        A.   Yes.
 9        Q.   I believe you already told me what
10   Mr. Schultz's contribution was.  But, maybe not.
11   I'm not sure actually.
12            Would you mind telling me what was
13   Mr. Schultz's contribution to the invention?
14        A.   I don't know, you know, the
15   specifics of contributions.  Mr. Schultz was a,
16   is a long time engineer and was part of our team
17   and we, and, you know, this was a group effort.
18   So, his, he is a systems level guy.
19            So he had a lot of systems
20   experience and participated in a lot of the
21   discussions and spent a lot of time on the
22   project.
23        Q.   And do you know where Mr. Schultz
24   is?
```

Page 159

```
 1        A.   I don't.
 2        Q.   Have you talked to him since you
 3   left?
 4        A.   I haven't seen Len Schultz since I
 5   left Sarnoff.
 6        Q.   Okay.  And what was, if you can
 7   recall, what was Mr. Polyzois' contribution?
 8        A.   Mr. Polyzois was a smart guy with a
 9   lot of education.
10            But his, he was very active in
11   defining a lot of the features, you know, that
12   one would need out there that appeared in some of
13   these display figures.
14            You know, helping productize the
15   design into something that would be attractive.
16        Q.   User friendly, that kind of thing?
17        A.   That kind of thing, yes.
18        Q.   And have you talked to Mr. Polyzois
19   since you have left?
20        A.   I haven't seen him since before I
21   left.
22        Q.   Did he leave Sarnoff before you?
23        A.   He did.
24        Q.   Do you know where he went?
```

Page 160

```
 1        A.   I don't know.
 2        Q.   It feels like we already talked
 3   about Mr. Paragano?
 4        A.   Yes.
 5        Q.   Software type.
 6        A.   Yes.
 7        Q.   Do you know if Mr. Paragano is still
 8   at Sarnoff?
 9        A.   I don't believe he is.
10        Q.   Do you know where he is?
11        A.   I don't know where he is working.
12        Q.   Do you know where he lives?
13        A.   I think it says on one of these
14   documents.  I don't know if it is his current
15   address.
16        Q.   I see.  Aside from what might be
17   written on the document?
18        A.   Aside from that, I have no
19   independent knowledge of where he is.
20        Q.   And actually keeping on the subject
21   of the '864 patent, which is one of the patents
22   asserted in the litigation, does, how does this
23   patent disclose discerning a stray voltage from
24   an electric field one would expect to be there?
```

Page 161

```
 1            In other words, we just talked about
 2   the crosswalk and how you would expect the
 3   crosswalk to have an electric field, versus the
 4   manhole cover which you wouldn't.  How does this
 5   patent discern between those two?
 6        A.   Let me try and understand that.  How
 7   does this patent discern between, without reading
 8   this in detail, I don't even know which of the
 9   patents in the group, you know, what this patent
10   produces.  That is a complicated question for me.
11        Q.   You have compared the claims of this
12   patent to Narda's system, right?
13            MR. DESAI:  Objection, lacks
14   foundation.
15            THE WITNESS:  I'm not a claims
16   expert in understanding, you know, the exact
17   application of these claims to Narda's
18   system.
19   BY MR. GOETTLE:
20        Q.   So, you don't have a belief one way
21   or the other whether Narda is infringing your
22   patent?
23        A.   I believe the 8950 equipment is, is
24   infringing on one or more of these patents.  One
```

41 (Pages 158 to 161)

David Kalokitis

Page 162

1    or more patents that I have.  I don't know that,
2    I don't have all of the patents in front of me,
3    so.
4        Q.   Well, if it helps you I can pull
5    them out.
6        A.   Well, I'm, I will say that since the
7    '864 is named in the suit, I believe that the
8    '864 is infringed by the 8950 system.
9        Q.   And how did you form that belief?
10           MR. DESAI:  And Mr. Kalokitis, to
11   the extent that answering requires you to
12   disclose communications with your attorneys
13   you should not do that.  To the extent you
14   can answer without doing that, go ahead.
15           THE WITNESS:  Okay.  My, I have some
16   observations of some of the equipment and
17   some of the claims around the equipment.
18   BY MR. GOETTLE:
19       Q.   So, did you look at the claims of
20   the, like Claim 1, for example, of the '864
21   patent and compare it to Narda's system?
22       A.   To which system are you referring?
23   The 8950?
24       Q.   The 89 -- well let's start with the

Page 163

1    8950/10.
2        A.   Yes, I have looked at Claim 1 and
3    tried to interpret it in the realm of the
4    8950/10.
5        Q.   Okay.  And, Claim 1 requires
6    generating a signal that corresponds to an
7    electric field, right?
8            MR. DESAI:  Objection,
9    mischaracterizes the document.
10           THE WITNESS:  Claim 1 is a long and
11   complicated claim and there is a sentence in
12   there that talks about generating an electric
13   field.  That much I can read.
14   BY MR. GOETTLE:
15       Q.   Okay.  Well, actually it requires
16   generating a signal corresponding to an electric
17   field, right?  At line --
18       A.   Yes, I read the words it says,
19   "Generates a signal corresponding to an electric
20   field."
21       Q.   And it is your belief that Narda's
22   system does that, the 8950/10, right?
23       A.   Uh-huh.
24       Q.   And then feel free to read --

Page 164

1        A.   Depending upon your definition of
2    signal.
3        Q.   So, it might not?
4        A.   No.  No.  I'm not saying that.  I'm
5    saying it generates a response or a signal, a
6    signal to an operator or a, you know, some
7    representation, some associated indicator or
8    representation corresponding to an electric
9    field.
10       Q.   Okay.  And the 8950/10 does that?
11       A.   I believe the 8950/10 gives a
12   representation of an electric field.
13       Q.   And did you just testify that you
14   find this claim kind of long and confusing?
15       A.   No, not confusing.  I said you
16   quoted a few words out of a very long paragraph.
17       Q.   I see.  Okay.  And feel free to read
18   the whole thing.  But somewhere in the claim,
19   right around Line 60, requires identifying a
20   voltage anomaly in the electric field.
21       A.   I see around Line 60 it says,
22   "Clarity of time domain samples produced as field
23   strengths of each of the at least one sensor
24   probes using the plurality of time domain samples

Page 165

1    and analyzes the field strengths to identify a
2    voltage anomaly in the electric field."
3        Q.   And it is your belief that the
4    8950/10 does that?
5        A.   Yes.
6        Q.   Okay.  So what I want to know is
7    where in the patent does it describe identifying
8    a voltage anomaly in the electric field.
9        A.   There is a lot here for me to read.
10   Let's see.  So, let me understand what you are
11   asking.  You are asking where in what, in the
12   figures, or where in the text?  I'm not sure I
13   know how to answer your question.
14       Q.   Anywhere in the patent.  I just want
15   to know where in the patent, anywhere, it
16   describes that step.
17       A.   I see it in the summary, on Line 38,
18   39.
19       Q.   Line 38 and 39 of the summary in
20   Column 2?
21       A.   Let me go back to that.  Column 2,
22   yes.  It is probably elsewhere in here.
23       Q.   Because it is referring to the
24   statement that says, "Analyzing the collected

42  (Pages 162 to 165)

David Kalokitis

Page 166

1   data to identify a voltage anomaly in the
2   electric field."
3        Is that what you were referring to?
4        A.  Yes.  At Line 38 and 39 in the
5   summary.
6        Q.  Okay.  And in your mind that is
7   explaining how you do it?
8        A.  No.
9        Q.  Oh, okay.
10       A.  That is where it is mentioned.  On
11  Column 12 around Line 30, there is some
12  references to the, "It provides the interface
13  operator with an opportunity to visually monitor
14  and analyze incoming data."
15       Q.  I apologize, Column 12 what line?
16       A.  30.
17       Q.  Okay.  So, it is the person that
18  would be identifying the voltage anomaly in the
19  electric field and not the, not the claimed
20  apparatus?
21       A.  Oh, no.  The system provides alarm
22  information, the system provides graphical
23  information, it provides a number of indications
24  that there is an anomaly, that there is an

Page 167

1   electric field anomaly.
2        Q.  So, in the example that we were
3   talking about earlier, with respect to your '631
4   patent, with the blinking crosswalk sign, will
5   the system disclosed in this '864 patent be able
6   to discern that that is not, that the electric
7   field associated with that crosswalk sign is not
8   a voltage anomaly?
9        MR. DESAI:  Objection, lacks
10  foundation.
11       THE WITNESS:  I'm, I'm, I don't
12  quite understand the question.  Are you
13  asking -- say it again.
14  BY MR. GOETTLE:
15       Q.  Let me start over.
16       A.  Okay.
17       Q.  I will set it up a little better.
18       Let's take the scenario from your
19  '631 patent where you are in the truck, but
20  instead of using that system, we are using the
21  system disclosed and described in the '864
22  patent, okay?
23       A.  Instead of the source discrimination
24  system, I am using the system described in the

Page 168

1   '864 patent.  So I'm relying on the specification
2   within the '864 patent.
3        Q.  Right.  Implementing the claimed
4   invention in the '864 patent.
5        A.  Okay.
6        Q.  And the only electric field near the
7   truck is the field created from the blinking
8   crosswalk sign.  Okay?  Are you with me?
9        A.  The only electric field in the
10  vicinity is the signal coming from the blinking
11  Do Not Walk sign.
12       Q.  Yes.
13       A.  Yes.
14       Q.  Okay.  Will this system be able to
15  discern that that electric field is not created
16  from stray voltage?
17       A.  Would this system be able to discern
18  that that electric field is not --
19       Would the system be able to discern
20  that the electric field is not created from stray
21  voltage.  Is not -- I'm trying to think of what
22  the depth of that is.  Will not discern, I mean,
23  the '631 patent describes discrimination of
24  sources.

Page 169

1        So, so, certainly in that case there
2   is an attempt in there to discern between the Do
3   Not Walk sign and the streetlight.
4        To the system described in the '864
5   patent, the Don't Walk sign and what an energized
6   streetlight, can it tell the difference between
7   those two?  Is that the question?
8        Q.  You really don't understand my
9   question?
10       A.  I'm not sure I do.  I mean, if that,
11  I understand that question but I'm not sure I
12  understand your question.
13       MR. DESAI:  And for the record I
14  don't understand the question, either.
15       MR. GOETTLE:  I don't even
16  understand why you are saying that.  You want
17  to object for form, you go ahead and object
18  for form.
19       MR. DESAI:  I will.
20  BY MR. GOETTLE:
21       Q.  You know what, let's step back.
22       Does Power Survey's system implement
23  the invention of the '864 patent?
24       A.  Yes.

43 (Pages 166 to 169)

David Kalokitis

---

Page 170

1   Q.   Okay.  When you are in the truck
2   with Power Survey's equipment --
3       A.   Yes.
4       Q.   -- and you drive under a streetlight
5   that is on, or you drive by a blinking crosswalk
6   sign, will the indicator associated with the
7   system indicate that there is an electric field?
8       A.   Yes.  It will indicate that there is
9   an electric field.
10      Q.   And will the driver of that system
11  or the user of that system be able to tell that
12  that electric field is not the result of stray
13  voltage?
14      A.   Be able to tell that it is not the
15  result of stray voltage.
16      MR. DESAI:  Objection, form.
17      THE WITNESS:  Something seems off
18  about that conclusion.
19      So, if the there is stray or contact
20  voltage on a structure, the system will
21  respond with a, with a, an indication and
22  will alert the user to the presence of that
23  electric field.
24      If there is a Do Not Walk sign that

---

Page 171

1   is illuminated and it is emitting like
2   electric field, then the system will indicate
3   that electric field.
4       So, There are instances when that Do
5   Not Walk sign will be interpreted by the
6   system as a similar, as a similar signal as
7   the stray or contact voltage anomaly might
8   provide.
9   BY MR. GOETTLE:
10      Q.   So, the system that implements the
11  invention of the '864 patent cannot discern
12  between a field that's associated with stray
13  voltage versus a field that's not associated with
14  stray voltage.
15      MR. DESAI:  Objection, lacks
16  foundation, form.
17      THE WITNESS:  Ask it again.  I'm
18  sorry.
19  BY MR. GOETTLE:
20      Q.   The system that implements the '864
21  invention --
22      A.   Yes.
23      Q.   Cannot discern between electric
24  fields created by stray voltage versus those that

---

Page 172

1   are not created by stray voltage.
2       MR. DESAI:  Same objections.
3       THE WITNESS:  The system provides an
4   alarm and indication when high electric field
5   or anomalies in electric field are sensed and
6   stray voltage is a source of that anomalous
7   electric field, and there are other sources
8   that can potentially give an indication.
9   BY MR. GOETTLE:
10      Q.   An indication of what?
11      A.   That can cause the system to
12  indicate, to alarm.
13      Q.   So, you are driving down the street
14  using the system that is claimed in the '864
15  patent.
16      A.   Uh-huh.
17      Q.   And the alarm goes off.  And the
18  user of that system doesn't know, without taking
19  in more information, whether the alarm is going
20  off because there is a stray voltage or a
21  crosswalk sign that is blinking?
22      A.   There are conditions where that can
23  happen.
24      Q.   And so there are other times when

---

Page 173

1   the operator of the system, without looking
2   around or taking in any other information, will
3   know that the alarm is going off because it is
4   caused by a stray voltage?
5       A.   The conditions where the operator is
6   driving by something and he gets an alarm, and
7   the alarm is not due to a stray or contact
8   voltage, and then what was the next piece?  I am
9   trying to put it all together.
10      The system indicates anomalous
11  electric field that is usually associated with
12  stray voltage or contact voltage.
13      Q.   But doesn't it also indicate
14  electric fields caused by the traffic light the
15  truck is going underneath, or the crosswalk sign
16  that is blinking or the streetlight?
17      A.   It, not necessarily streetlights.
18      Q.   But the traffic light?
19      A.   If the traffic light exhibits a
20  similar signature, then the operator does not get
21  a clear representation as to which of those
22  things is providing it.
23      Q.   Because the system doesn't know, it
24  doesn't know what the electric field, what is

---

44 (Pages 170 to 173)

David Kalokitis

Page 174

1    causing the electric field?  It just knows that
2    there is an electric field, right?
3         A.   It, the system provides an
4    indication that there is an electric field.  And
5    in the, in the arenas of where the system has
6    operated, much of those anomalies, much of those
7    anomalous electric fields are associated with
8    stray and contact voltage.
9         Q.   That is because the person using the
10   system or somebody else has to figure that out,
11   right?  You can't, he doesn't figure out whether
12   it is an anomalous voltage creating the electric
13   field?  He has got to look around and say, oh,
14   the alarm is going off, I wonder what is creating
15   that.  Is there anything around that that makes
16   sense to be creating that, right?
17        MR. DESAI:  Objection.
18   BY MR. GOETTLE:
19        Q.   You can't just look at the screen on
20   the computer and say oh, there is a stray
21   voltage.
22        MR. DESAI:  Objection, form.
23        THE WITNESS:  The indication on the
24   screen and the alarms are an indicator of the

Page 175

1    presence of a stray or contact voltage
2    anomaly which sometimes, which sometimes you
3    get an indication that you cannot find an
4    anomalous condition as a result of it.
5         You know, anomalous, anomalous is,
6    I'm not sure anomalous is -- so, an elevated
7    potential is a common cause of the electric
8    field.  And that is what the system is
9    sensing and alarming and reacting to.
10   BY MR. GOETTLE:
11        Q.   An elevated potential?
12        A.   Yes.  Stray or contact voltage which
13   is elevated potential.  There is a source, a
14   system alarms to that source.
15        Q.   The elevated potential is what is
16   creating voltage, right?
17        A.   The elevated potential.
18        Q.   Creates it?
19        A.   The potential is voltage, elevated
20   voltage creates the signal.
21        Q.   Okay.  And so your invention, if I
22   am hearing you right and at least the impression
23   I think you are trying to give me, your invention
24   can detect when an electric field is caused by

Page 176

1    stray voltage?
2         MR. DESAI:  Objection,
3    mischaracterizes the testimony.
4         THE WITNESS:  My invention can
5    detect anomalous fields that come from
6    energized stray or contact voltage energized
7    structures.
8    BY MR. GOETTLE:
9         Q.   Absolutely it can.  But it can't
10   discern when it is caused by an anomalous voltage
11   versus when it is caused by a voltage that you
12   would expect to be there.  It will detect
13   anomalous voltage because it is creating an
14   electric field, right?
15        A.   The anomalous voltage creates an
16   electric field, yes.
17        Q.   But it will also detect the electric
18   fields created by things that should create
19   electric fields, like blinking crosswalk signs,
20   right?
21        A.   Yes.
22        Q.   And it doesn't know which is which,
23   right?
24        A.   The, the system in the '864 patent

Page 177

1    does not discriminate between the two.
2         Q.   Are you familiar with fast Fourier
3    transforms?
4         A.   Yes.
5         (Kalokitis Exhibit Number 9
6    marked for identification.)
7    BY MR. GOETTLE:
8         Q.   The court reporter has just handed
9    you what has been marked Kalokitis 9.
10        A.   Yes.
11        Q.   U.S. Patent Number 8,482,274?
12        A.   Yes.
13        Q.   And naming you as the first inventor
14   along with other inventors, right?
15        A.   Yes.
16        Q.   In fact, the same inventors as
17   Kalokitis 8, or 7, excuse me.
18        A.   Seven.
19        Q.   This is one of the patents that
20   Power Survey is asserting against Narda and
21   Premier, right?
22        A.   I believe it is.
23        Q.   Okay.  I didn't realize the claim
24   limitation is different in the '864 so that is

45 (Pages 174 to 177)

David Kalokitis

Page 178

1  why I handed you this. Can you turn to
2  Column 26.
3        A.   Column 26.
4        Q.   In the middle of the claims.
5        A.   On 26, okay.
6        Q.   Claim 4.
7        A.   Claim 4. I am reading Claim 4.
8  Okay.
9        Q.   At the time of the invention, was it
10  well known to use a fast Fourier transform at a
11  rate that is a multiple of the expected frequency
12  of an electric field?
13        A.   I don't believe it was well known
14  but I, I really can't date back to the origins of
15  this and what was the status of signal
16  processing, you know, dos and don'ts.
17        Q.   So, I take it from that answer,
18  then, you or your co-inventors invented this idea
19  of sampling at that rate?
20        MR. DESAI:  Objection,
21  mischaracterizes testimony. You can answer.
22        THE WITNESS:  I, our specification
23  talks about applying a fast Fourier transform
24  at a rate that is the multiple of the

Page 179

1  expected frequency pertaining to electric
2  fields.
3        So, that was part of our, part of
4  our specification.
5  BY MR. GOETTLE:
6        Q.   Okay. Was it inventive?
7        A.   Was it inventive?
8        Q.   When you guys, when you started
9  doing that in the stray voltage detection system
10  that you developed for Con Ed?
11        MR. DESAI:  Objection, lacks
12  foundation.
13        THE WITNESS:  I think you are in a
14  legal realm that I'm not.
15  BY MR. GOETTLE:
16        Q.   Were you the first to do it? Were
17  you the first to think of it?
18        A.   I'm not sure how I would know that.
19        Q.   Well, do you know that if you were
20  the first to invent the mobile apparatus in
21  claimed in Claim 1?
22        A.   Yes, we were the first to invent the
23  mobile apparatus claimed in Claim 1.
24        Q.   So, I want to know if you have the

Page 180

1  same answer for Claim 4.
2        Were you the first to invent the
3  mobile apparatus that is claimed in Claim 4?
4        A.   The mobile apparatus applying that
5  feature in Claim 4, for sensing stray and contact
6  voltage anomalies, I think that is a yes.
7        Q.   Okay. Now, just looking at Claim 4,
8  were you the first to use a fast Fourier
9  transform at a rate that is a multiple of an
10  expected frequency of an electric field?
11        MR. DESAI:  Objection, lacks
12  foundation.
13        THE WITNESS:  First to use. Well, I
14  can say since we were the first ones to build
15  a mobile apparatus for detecting stray and
16  contact voltage, and that is a feature within
17  that, then we would be the first ones to use
18  that feature in a mobile apparatus for
19  detecting stray and contact voltage.
20        I'm concluding that from reading
21  this. I don't have an independent knowledge
22  of, I don't, I don't know how else to answer
23  that.
24  BY MR. GOETTLE:

Page 181

1        Q.   You don't know?
2        MR. DESAI:  Objection,
3  mischaracterizes testimony. Asked and
4  answered.
5        THE WITNESS:  I know that we use
6  that technique as part of the mobile
7  apparatus we developed for stray and contact
8  voltage.
9  BY MR. GOETTLE:
10        Q.   Okay. Do you have a belief one way
11  or the other on whether the 8950/10 device copied
12  Power Survey's device? Is a copy of Power
13  Survey's device?
14        A.   Do I believe the 8950/10 copies
15  Power Survey's device.
16        I believe the 8950/10 is well
17  described in the patents we have asserted.
18        Q.   Do you think Narda copied Power
19  Survey when it created the 8950/10?
20        A.   Do I personally think that there
21  was, there was -- I believe the similarities are
22  striking.
23        Q.   So, if we ever get in front of a
24  jury and you are asked this question about

46 (Pages 178 to 181)

David Kalokitis

## Page 182

1 copying, that is going to be your answer? I
2 think the similarities are striking?
3     A.   I don't know what my answer would
4 be. I would have to think about, I would have to
5 think about, you know, how one asserts, asserts
6 that, and under what conditions it is, it gets
7 asserted.
8     Q.   Do you know what the name of the
9 sensor probe Narda uses in the 8950/10? Do you
10 know what Narda calls it?
11     A.   The, the, the core sensor that is
12 within the, in the 8950, I believe, yes, I
13 believe it is an EFA sensor.
14     Q.   It's the EFA 300, that sound
15 familiar?
16     A.   It does.
17     Q.   Do you know how old the EFA 300 is?
18     A.   It is quite old.
19     Q.   And, do you have an understanding of
20 whether the EFA 300 has been modified in any way
21 when it was placed in the 8950/10-unit?
22     A.   I don't have knowledge of whether
23 the 89, the EFA 300 was modified when it was
24 placed inside the 8950/10.

## Page 183

1     Q.   And when you say that the EFA 300 is
2 old, is it older than Power Survey's system?
3     A.   I don't know.
4     Q.   You don't know?
5     A.   I don't know.
6     Q.   You don't know whether the EFA 300
7 was offered for sale and sold prior to 2004?
8     A.   I believe, I believe it was sold
9 prior to that.
10     Q.   How about prior to 2002?
11     A.   I don't know.
12     Q.   How about prior to 2000?
13     A.   I don't know.
14     Q.   How about 1998?
15     MR. DESAI:  Objection, asked and
16 answered.
17 BY MR. GOETTLE:
18     Q.   You don't know?
19     A.   If the I didn't know in 2002, I
20 wouldn't know in 1998.
21     Q.   If you learned that the EFA 300 had
22 been on sale for a number of years before Power
23 Survey's, before Con Ed even approached Sarnoff,
24 and it is not modified in any way when it is used

## Page 184

1 in the 8950/10, would that change your belief
2 about copying?
3     A.   I don't know that I, that I
4 specified a belief about copying.
5     Q.   Let's look at your Declaration.  You
6 might know better than me, oh, there it is.
7     You refer to a striking resemblance,
8 let me see if I can find it.  Paragraph 23?
9     A.   Yes.
10     Q.   And then at Exhibit H, you have
11 side-by-side, it says Exhibit H but I think that
12 might be a typo.  I think it is Exhibit F.  Do
13 you have the side-by-side picture?
14     A.   Yes.
15     Q.   And, maybe I read too much into
16 this.  But when I read what you wrote in
17 Paragraph 23, and look at the pictures, I think
18 you are, the implication there is a belief on
19 your part that Narda copied Power Survey.  Is
20 that the wrong implication from what you have
21 written here, what you are showing in Exhibit F?
22     A.   I think the words are pretty clear.
23 There is a photo there of two systems that there
24 is a striking resemblance.

## Page 185

1     Q.   But that is it?  That is all --
2     A.   Well, the, the, photo of the SVD
3 2000 and the design of that predates the 8950/10.
4     Q.   So, but you don't believe that Narda
5 copied even though there is a striking
6 resemblance?
7     A.   I'm not sure the use of my word copy
8 is relevant.  I don't know.
9     Q.   Well, here is why I think it might
10 be relevant.  Because all over Power Survey's
11 briefing for a preliminary injunction they refer
12 to Narda as a copycat throughout.
13     A.   Okay.
14     Q.   And so I think Power Survey is
15 making it relevant.  And, in support of those
16 statements about being a copycat, they refer to
17 your Declaration and this picture.
18     A.   Okay.
19     Q.   And so I think it would be fair for
20 us to be able to characterize your opinion for
21 the court on your belief on whether Narda copied.
22     So that is why I'm asking you if the
23 implication from Paragraph 23 and the picture you
24 show in Exhibit F is to be, in your belief, that

David Kalokitis

Page 186

1    Narda copied.
2        A.   This is the basis for what you are,
3    what you have said is in the PI, that it is our
4    interpretation that it is copied, that it is a
5    copy.
6        Q.   So, it is your belief, then, that
7    Narda copied?
8        A.   Yes.
9        Q.   Even though the EFA device has been
10   around for a long time prior to Power Survey's?
11       A.   EFA device is just a sensor head, no
12   more.
13       Q.   So, it is an insignificant part of
14   the system?
15           MR. DESAI:  Objection,
16   mischaracterizes the testimony.
17           THE WITNESS:  It is a piece, it is a
18   part.
19   BY MR. GOETTLE:
20       Q.   Is it a significant piece or an
21   insignificant piece, or how would you
22   characterize it?
23           MR. DESAI:  Objection, form.
24           THE WITNESS:  I would characterize

Page 187

1    it as a piece of the system.  A system
2    component.
3    BY MR. GOETTLE:
4        Q.   No more significant than the bolts
5    that hold the device onto the truck?
6        A.   It is more significant than the
7    bolts that hold the device on the truck.
8        Q.   Okay.  So what in the Power Survey
9    system, what would you characterize as the
10   significant pieces of the system?
11       A.   The significant pieces of the system
12   are the sensor head, the signal processing
13   equipment, user displays, system software,
14   computer, mounting system, mounting tripod,
15   mounting arrangement.  There may be more but that
16   is a reasonable assessment.
17       Q.   Okay.  So sensor head that in
18   Narda's system would be the EFA 300, right?
19       A.   In the 8950 the sensor head is the
20   EFA 300, yes.
21       Q.   In the 8950/10.
22       A.   Yes.
23       Q.   Okay.  Narda didn't copy that?
24       A.   Didn't copy what?

Page 188

1        Q.   The sensor head, didn't copy Power
2    Survey's sensor head.  I thought we had agreement
3    on that at least?
4        A.   Right.
5        Q.   We have agreement on that?
6        A.   The EFA 300 does, is not a copy of
7    the, of the sensor head.
8        Q.   Okay.  How about the DSP equipment?
9    Did Narda copy Power Survey's DSP equipment?
10       A.   No.
11       Q.   How about the user display system?
12   Did Narda copy -- I'm sorry, just to make sure my
13   question is clear for the record.
14       A.   There are striking resemblances
15   between the user display and our display.
16       Q.   Striking, I'm sorry?
17       A.   Copying, copied functionality.
18       Q.   Like what?
19       A.   An alarm.
20       Q.   We copied the fact that there is an
21   alarm?
22       A.   There is a whole, there is probably
23   a number of features, but off the top of my head
24   without looking at the documentation it would be

Page 189

1    hard to compare them.  But the user display has a
2    number of features that, you know, the
3    implementation is much like the SVD 2000.
4        Q.   So, the user display?
5        A.   The user display is one, is one
6    element.
7        Q.   Okay.  And the alarm is another one?
8        A.   And the alarm is another one.
9        Q.   Anything else that you can recall?
10       A.   In just that component?
11       Q.   Yes.  In the user display, what you
12   referred to as the user display system.
13       A.   The thresholds, off the top of my
14   head, you know, it would be hard to get them all,
15   but.
16       Q.   By a threshold you mean the
17   threshold at which the alarm would go off?
18       A.   Yes.
19       Q.   Narda copied Power Survey in setting
20   those thresholds?
21       A.   In putting that functionality into a
22   stray and contact voltage detector.
23       Q.   The functionality of having an alarm
24   go off when you reach a threshold?

Golkow Technologies, Inc. - 1.877.370.DEPS

David Kalokitis

Page 190

```
1        A.  In a stray and contact voltage
2   mobile detector, yes.
3        Q.  Narda copied that?  That is what you
4   are saying?
5        A.  Yes.
6        Q.  Mounting tripod I think I got that.
7   That is basically the picture that you have in
8   Figure 9.
9        A.  That is correct.
10       Q.  Mounting arrangement is that
11  different from the mounting tripod?
12       A.  Mounting it to a mobile platform.  A
13  motor vehicle is part of the mounting
14  arrangement.
15       Q.  Uh-huh.  Does Power Survey's
16  mounting tripod use the trailer hitch on the
17  truck?
18       A.  Yes.
19       Q.  Is the trailer hitch on trucks
20  usually in the front or the back?
21       A.  It is usually in the back.  But it
22  can be in the front.
23       Q.  You have, Power Survey has access to
24  an 8950/10 device, right?
```

Page 192

```
1   extent your conversations were work product
2   with your counsel present, you should not
3   answer the question.  If you can answer the
4   question without that, with that in mind, go
5   ahead.
6        MR. GOETTLE:  Are you claiming work
7   product on what is in Dr. Fugate's
8   Declaration?
9        MR. DESAI:  Not on what is in
10  Fugate's Declaration.
11       MR. GOETTLE:  Dr. Fugate stated that
12  his opinion is based in part on his
13  conversation with the witness.
14       MR. DESAI:  Feel free to ask
15  Dr. Fugate about his conversations.
16       MR. GOETTLE:  I'm going to ask
17  Mr. Kalokitis about the conversations.
18       MR. DESAI:  Mr. Kalokitis has a
19  privilege.
20  BY MR. GOETTLE:
21       Q.  So, just so I understand, you are
22  going to claim privilege even though Dr. Fugate
23  has said he relied on what Mr. Kalokitis told him
24  in forming his opinions.
```

Page 191

```
1        MR. DESAI:  Objection, lacks
2   foundation.  Go ahead.
3        THE WITNESS:  I have some of the
4   components.
5   BY MR. GOETTLE:
6        Q.  And so, when we talked about,
7   briefly about this earlier, but you have compared
8   the device to the claims of your patents, and
9   formed a belief of infringement, right?
10       A.  I have made some visual observations
11  on some of the components.  I don't have drawings
12  or designs.
13       Q.  Okay.  But you, I think we already
14  established this, but you looked at the 8950/10
15  in some form, whether on documentation or with
16  the device itself, compared it to your claims and
17  formed the belief of infringement, right?
18       A.  Yes.
19       Q.  Okay.  And then you discussed your
20  belief with Mr. Fugate, Dr. Fugate?
21       A.  Yes.
22       Q.  What did you and Dr. Fugate talk
23  about?
24       MR. DESAI:  Mr. Kalokitis, to the
```

Page 193

```
1        MR. DESAI:  I am not asserting
2   privilege over anything that Dr. Fugate is
3   going to talk about regarding his
4   conversations with Mr. Kalokitis.
5        I'm saying Mr. Kalokitis needs to
6   keep in mind that for the conversations that
7   he had with attorneys present, he should not
8   disclose those conversations.
9        MR. GOETTLE:  So let me narrow my
10  question.
11  BY MR. GOETTLE:
12       Q.  What did you and Dr. Fugate discuss
13  with respect to your belief that the 8950/10
14  device infringes your patents.
15       A.  My discussions had my attorneys
16  present at all times.  So my interpretation is
17  that I can't discuss that.
18       MR. GOETTLE:  Are you instructing
19  the witness not to answer my question.
20       MR. DESAI:  I am.
21       MR. GOETTLE:  Okay.  Well, because
22  I'm going to forget by the end of the day, we
23  are holding the deposition open, and we are
24  going to go to the court and we are going to
```

49 (Pages 190 to 193)

David Kalokitis

Page 194

1   get the court to instruct that the witness
2   answer these questions which are entirely
3   appropriate and not calling for any work
4   product or any privilege.
5           MR. DESAI: It is work product. How
6   is it not work product? Our attorneys
7   working with the client to develop
8   infringement positions. How is that not work
9   product?
10          MR. GOETTLE: So, I'm going to hold
11  the deposition open. I'm not going to get
12  into an argument with you. To me this is an
13  argument that should not happen, because
14  there is no way that this is protected. But
15  I'm not going to get into it. We are going
16  to hold the dep open and then we will see
17  what the court says.
18  BY MR. GOETTLE:
19      Q.  Do you have an understanding of
20  Dr. Fugate's areas of expertise?
21      A.  I do.
22      Q.  Does he have as much experience as
23  you in the field of stray voltage detection?
24      A.  I don't know.

Page 195

1       Q.  You didn't ask him?
2       A.  I, I don't know, if he has as much
3   experience as me. I, I don't believe he has as
4   much experience as I do in stray voltage
5   detection.
6       Q.  Did you describe to Dr. Fugate the
7   claims that your patents are infringed?
8           MR. DESAI: Again, I will just tell
9   you there was no conversations between
10  Mr. Kalokitis and Dr. Fugate without
11  attorneys present.
12          MR. GOETTLE: Whether attorneys are
13  present or not does not matter if Dr. Fugate
14  relied on the conversations in forming his
15  opinion. It does not matter.
16          MR. DESAI: You are not asking about
17  Dr. Fugate's opinions, you can ask Dr. Fugate
18  about his opinions.
19  BY MR. GOETTLE:
20      Q.  Can you turn in Kalokitis 2, which
21  is Dr. Fugate's Declaration?
22      A.  First 10 pages?
23      Q.  Yeah, Paragraph 23.
24      A.  Paragraph 23.

Page 196

1       Q.  Sorry?
2       A.  Yes, I see Paragraph 23.
3       Q.  If you wouldn't mind reading, I'm
4   going to ask you if you agree.
5       A.  After reviewing the patents in suit.
6           COURT REPORTER: I'm sorry, I have
7   to take down what you say.
8           THE WITNESS: I'm sorry, I'm just
9   reading, moving my lips.
10          So, I see his definition of ordinary
11  skill in the art would include a Bachelor of
12  Science in Electrical Engineering or related
13  field and one on two years of experience in
14  designing devices for measuring
15  electromagnetic phenomena such as those
16  associated with power systems. I see that is
17  his definition or belief of a person of
18  ordinary skill.
19      Q.  Do you agree?
20      A.  Yes.
21      Q.  Electromagnetic phenomena, do you
22  see that phrase?
23      A.  Yes.
24      Q.  What does that mean?

Page 197

1       A.  Electric fields.
2       Q.  Does it include a magnetic field?
3       A.  It says electromagnetic, so the
4   implication of that word electromagnetic is that
5   that magnetic may be included.
6       Q.  So, somebody could be a skilled
7   artisan in that of your patents if they
8   design devices for measuring magnetic phenomena,
9   or magnetic fields?
10      A.  It is possible, but not guaranteed.
11      Q.  Why do you say it is possible?
12      A.  Electromagnetics is a field of
13  science. And you could, you could, you could
14  have greater understandings in one direction of
15  electric field or magnetic field, or
16  electromagnetic field.
17          And, I think there is some
18  distinctions that may be within those realms that
19  may or may not be relevant to the task at hand.
20      Q.  Are the problems associated with
21  detecting electric fields similar to the problems
22  associated with detecting magnetic fields?
23      A.  They may or may not be. It depends
24  on the environment you are working in and the

David Kalokitis

Page 198

1  signals you are trying to detect and what is
2  around you.
3      Q.   So, they might be or they might not
4  be?
5      A.   They may or may not be similar.  It
6  depends on the arena you are, you are working in.
7          MR. DESAI:  Dan, we have been going
8  for about an hour.
9          MR. GOETTLE:  Do you want a break?
10         THE WITNESS:  Sure.
11         THE VIDEOGRAPHER:  The time is 3:15,
12 we are going off the record.
13         (Recess taken -- 3:15 p.m.)
14         (After recess -- 3:30 p.m.)
15         THE VIDEOGRAPHER:  The time now is
16 3:30, we are back on the record.
17 BY MR. GOETTLE:
18     Q.   Okay.  So, thinking about your, the
19 inventions in your patents, you have two of the
20 patents, I can give you the third if you want it.
21     A.   Okay.
22     Q.   But what I would like to know is,
23 were you and your team the first to invent an
24 electric field probe?

Page 199

1      A.   The first to invent an electric
2  field probe, no.
3      Q.   Were you the first to think of using
4  an electric field probe in a mobile environment?
5      A.   We were the first to think of using
6  a mobile electric field detection system for
7  finding stray and contact voltage.
8          So, depending upon what you mean by
9  mobile environment and what you are trying to do
10 with it, it could mean a number of things.
11     Q.   Well, but wasn't the Sarnoff, the
12 pre-Jody Lane-Sarnoff project, didn't that have a
13 portable which would mean mobile?
14     A.   No, portable and mobile are not the
15 same.
16     Q.   They are not the same.
17     A.   They are not the same.
18     Q.   What is the difference?
19     A.   So, portable means that it is easily
20 transported from one spot to another.  Portable
21 phone.  Well, that is a bad example.  But,
22 portable means you can carry it from one spot to
23 another.  Mobile means that it is designed to
24 operate in motion.

Page 200

1      Q.   I've got to write that down.  So,
2  the demonstration that you saw in the 2002, 2003
3  time frame, that involved a handheld device only?
4      A.   Yes.
5      Q.   Did you witness any demonstrations
6  that used a cart on which the device was mounted
7  that got pushed along a track?
8      A.   I had, in one of these documents
9  there is photos of us testing something on a
10 cart.  Is that what you are referring to?
11     Q.   I don't know.  I didn't know it was
12 in -- no, it wasn't what I was referring to.
13 But, maybe it would be worth, I was kind of
14 wishing I was referring to it.
15         But at least in terms of your
16 witnessing of the probe in the 2002, 2000 --
17     A.   I remember a handheld probe.  I
18 don't remember a mobile implementation of it.  I
19 remember something with a handle.
20     Q.   Would mounting a probe on a cart and
21 wheeling it to detect electric fields, would that
22 be a mobile application?
23         MR. DESAI:  Objection, lacks
24 foundation.

Page 201

1          THE WITNESS:  It is difficult to say
2  without looking at the whole system.
3          You know, if there is a system that
4  is designed to be mobile and it is moving and
5  that is the way it works, perhaps.  But, that
6  is, that is ambiguous.
7  BY MR. GOETTLE:
8      Q.   So, if the system is on a cart and
9  being pushed and while it is being pushed it is
10 able to detect electric fields, that might be
11 nearby, that would be a mobile application?
12     A.   I guess depending upon your
13 definition of mobility, it is one, it is one
14 possibility.
15     Q.   It is possible that in such an
16 arrangement it would be designed to operate in
17 motion, right?
18     A.   If someone designs a system to
19 operate while it is mounted to something that is
20 mobile, then I believe the definition, if they
21 have that design, is that they have a mobile
22 system.
23     Q.   Okay.  And did such mobile systems
24 to detect electric fields, no matter what the

David Kalokitis

---

**Page 202**

1  source, but did such mobile systems exist prior
2  to your invention?
3      A.   I don't know.
4      Q.   Have you ever seen an electric field
5  detectors that workers can wear on them to detect
6  electric fields?
7      A.   Yes.
8      Q.   Would you consider that a mobile
9  detector?
10      A.   No.
11      Q.   That would only be a portable
12  detector?
13      A.   Yes.
14      Q.   Were you the first to invent using a
15  electric field probe on a vehicle?
16      A.   We were the first to use an electric
17  field probe on a vehicle for the purpose of
18  finding stray and contact voltage anomalies.
19      Q.   But not the first to invent using an
20  electric field probe on a motor vehicle for other
21  purposes?
22          MR. DESAI:  Objection, lacks
23  foundation.
24          THE WITNESS:  I would expect that

---

**Page 203**

1      electric field probes have been around for a
2      long time, and they could appear in any
3      number of locations.
4  BY MR. GOETTLE:
5      Q.   Before you began your work when,
6  after Con Ed came to Sarnoff and asked for help
7  after Jody Lane, did you do any searching on what
8  was already out in the, in technology that you
9  might be able to use?
10      A.   We had an experienced group and we,
11  we relied on our resources to, to evaluate
12  approaches and, you know, this was our decision
13  was to go down this path.
14          So, specific literature searches or
15  whatever, I don't recall.  I don't recall what,
16  you know, ten years ago what was all of the
17  factors that went into picking an approach.
18      Q.   Do you know, did helicopters use
19  electric field sensors to detect power lines
20  prior to your invention?
21      A.   Did I know that prior to my
22  invention that helicopters used electric field
23  sensors to detect power lines?  I don't know if I
24  knew that then.

---

**Page 204**

1      Q.   Do you know it now?
2      A.   I do.
3      Q.   Do you know whether, prior to your
4  invention, cranes used electric field sensors to
5  detect power lines?
6      A.   I don't know if I knew that then.
7      Q.   Do you know it now?
8      A.   I do.
9      Q.   Do you know that airplanes use
10  electric field sensors to detect power lines
11  prior to your invention?
12      A.   I don't know if I knew that then.
13      Q.   Do you know it now?
14      A.   I don't, I don't have much
15  information about airplanes, of that application
16  regarding airplanes.
17          I know, I know the, I don't know
18  the, I don't know what is used on airplanes.
19      Q.   How about boats, are you aware that
20  boats, prior to your invention, used electric
21  field sensors?
22      A.   I know that there are many things
23  that use electric field sensors.
24          So, if we go down a list of

---

**Page 205**

1  everything that has ever used an electric field
2  sensor, my iPhone probably has one.
3      Q.   Well your iPhone is not prior art,
4  though, right?
5          MR. DESAI:  Objection, lacks
6  foundation.
7          THE WITNESS:  I'm, I'm not sure of
8  the implication of prior art in this
9  paradigm.  Everything is built out of
10  something.
11  BY MR. GOETTLE:
12      Q.   Were you the first to couple a
13  sensor probe to an electrically noninterfering
14  support frame mounted to a vehicle?
15      A.   We were the first to combine a
16  vehicle, noninterfering support frame on a
17  vehicle to sense electric fields associated with
18  stray and contact voltage.
19      Q.   But the rub there it is to sense
20  stray and contact voltage, right?  That is your
21  point.  You were the first to use a probe to
22  sense stray and contact voltage, and, therefore,
23  of course, adding in --
24          MR. DESAI:  Objection,

---

52 (Pages 202 to 205)

David Kalokitis

Page 206

1  mischaracterizes testimony.
2  BY MR. GOETTLE:
3      Q.  -- adding in an electrically
4  noninterfering support frame, of course you would
5  be the first to do that as well, right?
6          MR. DESAI:  Objection,
7      mischaracterizes testimony, mischaracterizes
8      the document.
9  BY MR. GOETTLE:
10     Q.  Your point is, you are the first to
11 use a sensor probe to detect stray and contact
12 voltage, right?
13         MR. DESAI:  Objection,
14     mischaracterizes testimony.  Mischaracterizes
15     the document.  You can answer.
16         THE WITNESS:  We are the first to
17     use a noninterfering mount on a mobile system
18     to detect stray and contact voltage.  It is a
19     combination of things.
20 BY MR. GOETTLE:
21     Q.  Okay.  I hear you it is a
22 combination of things.  I would like you just to
23 answer the question I'm asking?
24     A.  Break it down, okay.

Page 207

1      Q.  My question is are you the first to
2  couple a sensor probe to an electrically
3  noninterfering support frame mounted to a
4  vehicle?
5          MR. DESAI:  Objection, asked and
6      answered.  You can answer.
7          THE WITNESS:  The first to use, I'm
8      sorry.
9  BY MR. GOETTLE:
10     Q.  Are you the first to mount a sensor
11 probe on a vehicle using a nonelectrically --
12     A.  A sensor probe of any type, no, we
13 are not the first to mount a sensor probe on a
14 vehicle.
15     Q.  An electric field sensor probe?
16     A.  We are not the first to mount an
17 electric field sensor on a vehicle.
18     Q.  Using a nonelectrically interfering
19 support frame?
20     A.  Using a nonelectrically interfering
21 support frame.
22     Q.  Did you invent, are you the first to
23 invent a sensor probe that uses parallel
24 electrodes to sense electric fields?

Page 208

1      A.  No.
2      Q.  Are you the first to digitize
3  signals corresponding to electric fields?
4      A.  No.
5      Q.  Are you the first to use an
6  indicator to alert the presence of an electric
7  field using an electric -- let me start over I
8  lost my thought.
9          Are you the first to use an
10 indicator that alerts a user to the presence of
11 an electric field in conjunction with a electric
12 field sensor probe?
13     A.  We are the first to use an electric,
14 a mobile electric field sensor to indicate an
15 electric field associated with a stray or contact
16 voltage anomaly.
17     Q.  Okay.  But that is not my question.
18     A.  Yes, I'm --
19     Q.  My question is are you the first to
20 use an indicator that indicates the presence of
21 an electric field.
22     A.  I'm not the first to use an
23 indicator that indicates an electric field.
24     Q.  You are, I think the term is senior

Page 209

1  member of the IEEE?
2      A.  Yes.
3      Q.  And what does senior member mean?
4      A.  Senior member is a person which has
5  made significant contributions to the engineering
6  society.  And has experience in engineering
7  fields.
8      Q.  I should have probably started with
9  this.  What is the IEEE?
10     A.  The Institute of Electrical and
11 Electronics Engineers.
12     Q.  And what does the IEEE do?
13     A.  It is a professional society for
14 many matters of engineering.
15     Q.  How long have you been involved with
16 the IEEE?
17     A.  Since the early '80s, maybe even in
18 college.
19     Q.  Okay.  How long have you been a
20 senior member?
21     A.  Of the IEEE?  Quite a while.  I
22 don't recall.  A good while.
23     Q.  And is it, was there one significant
24 contribution that kind of puts you into the

53 (Pages 206 to 209)

David Kalokitis

Page 210

1    echelon?
2        A.  No.
3        Q.  What were the contributions?
4        A.  It is a, there is an application
5    process, a recommendation process, and a review
6    process within the IEEE organization, and then
7    there is the award of the grade.
8        Q.  Have you had other positions at the
9    IEEE aside from senior member?
10       A.  I wouldn't characterize it as a
11   position.  It is --
12       Q.  I didn't know what the word to use,
13   title?  Honor?
14       A.  Well, it is a membership grade.  It
15   is called a membership grade.
16       Q.  Okay.
17       A.  So you start out as a student
18   member, become a general member.  I am now a
19   senior member.
20       Q.  Okay.  Have you also done work on
21   behalf of the IEEE as part of a working group?
22       A.  I have participated in the working
23   group.  I don't believe that work is
24   characterized as being on behalf of the IEEE.

Page 211

1        Q.  I see.  But you participated in one
2    working group?
3        A.  I have participated in one working
4    group.
5        Q.  And what working group is that?
6        A.  The P1695 working group.
7        Q.  And, what is, what is the goal of
8    that working group?
9        A.  The goal of that working group is to
10   develop a trial use guide for assessing voltages
11   at publicly and privately accessible locations.
12   I am hoping I got all of those words correct.
13   Because it is a long title.
14       Q.  How long have you been working as
15   part of that working group?
16       A.  I would say since the '06 or '7 time
17   frame.
18       Q.  Seven or eight years?
19       A.  Yes.  Seven or eight years, yes.
20       Q.  And so you are a member of the
21   working group?
22       A.  I am.
23       Q.  And as part of that work or any
24   involvement with the IEEE have you become

Page 212

1    familiar with any of the IEEE standards?
2        A.  Yes.
3        Q.  What is an IEEE standard?
4        A.  A standard, typically, is a
5    specification on how a system works, or on how a
6    task may be carried out.
7        Q.  And how are standards promulgated?
8        A.  There is a standards association, a
9    standards body, within the IEEE that has a
10   process for that.
11       Q.  So, would, is the, the goal for your
12   working group to eventually be a standard?
13       A.  The goal of the working group is to
14   produce a trial use guide.
15       Q.  That would be different from a
16   standard?
17       A.  Yes.
18       Q.  What is the difference?
19       A.  A standard is very rigorous and
20   takes quite long to complete and that is it.
21       Q.  And the seven or eight years, that
22   sounds pretty rigorous to me.
23       A.  It is not done.
24       Q.  And when the standards, the IEEE

Page 213

1    standards are promulgated are they publically
2    accessible?
3        A.  IEEE Standards are publications of
4    the IEEE.  So, given that they are publications I
5    expect there is access to them.
6        Q.  Would, we talked earlier about what
7    a skilled artisan is in this field of your
8    inventions.  Do you recall that?
9        A.  Yes.
10       Q.  Would a skilled artisan be familiar
11   with the IEEE standards?
12       A.  In some cases.  Depends on their
13   work.  In some cases no, in some cases yes.
14       Q.  Depends on their work?
15       A.  Depends on their work.
16           (Kalokitis Exhibit Number 10
17           marked for identification.)
18   BY MR. GOETTLE:
19       Q.  The court reporter has just handed
20   you what has been marked as Kalokitis 10.
21       A.  Okay.
22       Q.  It is IEEE Standard 644 and it is
23   titled IEEE Standard Procedures For Measurement
24   of Power Frequency Electric and Magnetic Fields

54 (Pages 210 to 213)

David Kalokitis

Page 214

1    From AC Power Lines.
2         A.   Yes.
3         Q.   Have you ever seen this standard
4    before?
5         A.   I know its reference, but I don't
6    believe I have read it in detail.
7         Q.   I'm sorry, I missed the first part
8    of your answer?
9         A.   I know the reference.  I recognize
10   the 1994 reference.  But I don't know that I
11   have, I don't recall reading it in detail.
12        Q.   Do you recall if you had known of
13   the existence of this standard at the time of
14   your invention?
15        A.   I don't recall if I knew of the
16   existence of this standard.
17        Q.   You don't, I'm sorry, you don't
18   recall?
19        A.   I don't recall if in, at the time of
20   the invention, if I, if I knew much about this
21   standard.
22        Q.   And you see on the front page where
23   it says Approved, December 13th, 1994.
24        A.   I do.

Page 215

1         Q.   Well, let me step back.  These are
2    the types of IEEE standards that we have been
3    talking about, right?
4         A.   Well, not exactly.
5         Q.   Oh.
6         A.   We have been talking about two
7    things.  We have been talking about a trial use
8    guide and we have been talking about IEEE
9    Standards.
10        Q.   But the trial use guide I thought we
11   established was not going to be an IEEE Standard.
12        A.   I don't, I don't believe it is, it
13   is targeted as a standard.
14        Q.   Okay.  So just referring to IEEE
15   Standards.
16        A.   Yes.
17        Q.   This is a typical IEEE Standard,
18   correct?
19        A.   Yes.
20        Q.   Okay.  And, that Approved
21   December 13th, 1994, is an indication that this
22   was promulgated in 1994 or soon after, right?
23        A.   Yes.
24        Q.   And would have been available to

Page 216

1    skilled artisans as of about that time, right?
2         A.   Yes.
3         Q.   We talked earlier about the EFA 300,
4    Narda's sensor probe?
5         A.   Yes.
6         Q.   Have you, have you seen any user
7    manuals for the EFA 300?
8         A.   Yes.
9         Q.   Would you have seen any of those
10   user manuals prior to your invention?
11        A.   I don't believe I would have seen an
12   EFA 300 user manual prior to my invention.
13        Q.   It is kind of a stupid question
14   because I think you testified earlier that you
15   actually didn't know about the EFA 300 prior to
16   your invention; is that right?
17        A.   I did not know of the EFA 300
18   product prior to my invention.
19        Q.   Actually did you know of any EFA
20   product prior to your invention?
21        A.   Did I know of any Narda EFA series
22   products at the time of my invention, no.
23        Q.   Did you know of any Wandel
24   Goltermann products prior to your invention?

Page 217

1         A.   No.
2         Q.   Had you heard of Narda prior to --
3         A.   Yes.
4         Q.   Do you know why you had heard of
5    Narda?
6         A.   Narda makes a lot of microwave
7    components.
8         Q.   I see.  So it is part of your work
9    as, in the microwave group, you would have used
10   Narda components?
11        A.   I saw Narda components in the
12   microwave industry.
13        Q.   Okay.  I think I am done but rather
14   than sit here, do you think I could have five
15   minutes just so I could check my notes and --
16        MR. DESAI:  Sure.
17        MS. ZIBAS:  I have a few questions.
18        THE VIDEOGRAPHER:  The time now is
19   3:58, we are going off the record.
20        (Recess taken -- 3:58 p.m.)
21        (After recess -- 4:06 p.m.)
22        THE VIDEOGRAPHER:  The time now is
23   4:06.  We are back on the record.
24   BY MR. GOETTLE:

55 (Pages 214 to 217)

David Kalokitis

Page 218

1    Q.   Earlier today we talked a lot about
2  the inventors on the various patent applications
3  and whether you had any communications with them
4  since you have left Sarnoff.
5          Are you aware of anybody else
6  talking to any of the inventors with respect to
7  this lawsuit?
8    A.   I'm not aware of anyone else talking
9  to the inventors with respect to this lawsuit.
10   Q.   I'm looking at Power Survey's
11  memorandum brief, oh, go ahead.
12   A.   There was a, there was a point where
13  I think someone had to contact them about one of
14  these, some application or something.
15   Q.   Do you recall --
16   A.   Maybe through the prosecuting, I
17  don't know.  But I think there might have been
18  some --
19   Q.   Do you recall any more details about
20  that?
21   A.   I think there was, there was a
22  communication with the, with Ray Moser's group.
23   Q.   But do you recall anything about it?
24   A.   I think it was, it was a part of a

Page 219

1  continuation or some ongoing process.
2    Q.   Do you have any understanding of how
3  the inventors that are named on each of the
4  various patents was decided?  Who would be named
5  and who would not be named?
6    A.   The patent counsels of the, at the
7  particular times interviewed people, spoke to
8  people, and worked through that chain.
9    Q.   Were you involved in any of those
10  conversations?
11   A.   I was interviewed as part of those
12  conversations.
13   Q.   Did such an interview occur with
14  respect to Kalokitis 3, which was the earliest
15  provisional patent application?
16   A.   Clement Berard, Clement Berard is
17  the attorney that signed on this.  And I remember
18  meeting Clement, so, there was a good chance that
19  there were discussions on that.
20   Q.   You remember talking to Mr. Berard
21  about inventorship?
22   A.   I remember talking to Mr. Berard.
23       MR. DESAI: And Mr. Kalokitis, I
24  just want to caution you.  It is okay to talk

Page 220

1  about the facts surrounding your discussions.
2  You should not get into the content of your
3  discussions with counsel.
4          THE WITNESS: Okay.  I am, I
5  certainly spoke to Clement Berard.  I likely
6  talked to him about this application.
7  BY MR. GOETTLE:
8    Q.   Okay.  That is not my question.  My
9  question is, did you speak to Mr. Berard about
10  the inventors, who should be listed as an
11  inventor on here?
12       MR. DESAI: Same instruction
13  Mr. Kalokitis, it is okay to talk about
14  facts, you should not talk about content.
15       THE WITNESS: I don't recall.
16  BY MR. GOETTLE:
17   Q.   You don't recall.  How about for
18  Kalokitis 4, which is the '470 provisional patent
19  application.
20   A.   I am sorry, Exhibit 4.  Just give me
21  a second here.
22   Q.   And I guess I should --
23   A.   I don't recall discussions about
24  that.  It was something that we, we did from time

Page 221

1  to time.  But, I do not recall specifically
2  having discussions on that.
3    Q.   How about Kalokitis 5, which is
4  provisional patent application that ends with
5  168.
6    A.   I don't recall those discussions.
7    Q.   Kalokitis 6, same question for
8  Kalokitis 6, the '054 patent.
9    A.   I don't recall those discussions.
10  I, like I said, I believe we have had
11  discussions.  But, the content and all of that, I
12  don't recall.  I don't recall content.
13   Q.   And, then, the three asserted
14  patents all have the same inventorship on them.
15  Do you recall any discussions of inventorship for
16  the three asserted patents?  And I can give you
17  the third one if you would like.
18   A.   The three asserted patents I, I
19  believe I had discussions with counsel on those.
20   Q.   About inventorship?
21       MR. DESAI: Mr. Kalokitis, same
22  instruction.  You can talk about the facts
23  surrounding the circumstances of your
24  discussions with your counsel.

David Kalokitis

Page 222

1    But if you can't answer the question
2 without disclosing attorney/client privileged
3 information you should not answer the
4 question.
5    THE WITNESS:  So, I, I can't speak
6 about my conversations with my attorney.
7 BY MR. GOETTLE:
8    Q.   You are going to follow counsel's
9 instruction?
10    A.   Yes.
11    Q.   Was that conversation before the
12 patent applications, related to the patents in
13 suits were filed?
14    A.   I don't recall.
15    Q.   It could have been after?
16    MR. DESAI:  Asked and answered.
17    THE WITNESS:  I don't recall.
18    MR. DESAI:  Objection.
19 BY MR. GOETTLE:
20    Q.   You can't recall one way or the
21 other?
22    A.   I can't recall one way or the other.
23    Q.   In Power Survey's brief to the
24 court, when it moved for the preliminary

Page 223

1 injunction, it filed a memorandum brief with the
2 court in support of the motion for the
3 preliminary injunction.  Are you familiar with
4 that?
5    A.   I would have to see the document you
6 are referring to.
7    Q.   Okay.  And the only reason, I only
8 want to ask you one concise point on one page.
9 And because it is labeled confidential, I'm going
10 to read it to you.  If you really need to see it
11 may be what I will do is pull the page out.
12    But I think that this statement
13 contradicts what you told me earlier.  I believe
14 you told me earlier that the patent applications
15 that you filed, the, in fact you can look at it
16 if you want.  But the first patent application,
17 the provisional, Kalokitis 3, which was filed in
18 2004, disclosed the invention.
19    A.   Disclosed which invention.
20    Q.   Your invention that Power Survey has
21 sued Narda and Premier over.
22    MR. DESAI:  Objection,
23 mischaracterizes testimony.
24    THE WITNESS:  I have a number of

Page 224

1 patents and provisionals in front of me and
2 I, I don't have a good sense of the exact
3 tracking through these documents.
4 BY MR. GOETTLE:
5    Q.   Can you pull out Kalokitis 3?
6    A.   Right here.
7    Q.   Okay.  When was Kalokitis 3 filed?
8    A.   December 23, 2004.
9    Q.   And you wrote in your Declaration
10 that this was implementing or describing, excuse
11 me, describing your invention, right?  You wrote
12 it in your Declaration.  Do you want me to point
13 that out to you?
14    It is on Page 4, Paragraph 10.
15    A.   Yes.  This is the provisional
16 application mentioned in Paragraph 10.
17    Q.   Okay.  In Power Survey's brief, they
18 write, "Kalokitis led a team of engineers at
19 Sarnoff, conceived a novel system for mobile
20 stray voltage detection in late 2005, and built a
21 prototype stray voltage detection system."
22    So, did you, did you understand what
23 I just read?
24    A.   I believe so.

Page 225

1    Q.   So, that sentence says that you
2 conceived a novel system for mobile voltage
3 detection in late 2005.  And I want to know if
4 you agree with that statement?
5    MR. DESAI:  I'm going to object to
6 the extent it mischaracterizes the document.
7 I don't know, because I don't have it in
8 front of me.
9    MR. GOETTLE:  I'll be happy to give
10 you a copy.
11    MR. DESAI:  And, just to be clear,
12 it is marked confidential because it contains
13 our confidential information not yours.
14    So there is really no reason he
15 can't see it.  Didn't --
16    MR. GOETTLE:  I just didn't want it
17 on the record and be, I'm fine, can I hand it
18 to the witness?  Any objection?  And we won't
19 mark it.  Would that be all right?
20    MR. DESAI:  Yes, that is fine, that
21 is fine.
22 BY MR. GOETTLE:
23    Q.   I should have asked earlier.  So, I
24 was just reading from, so, just so the record is

57 (Pages 222 to 225)

David Kalokitis

Page 226

1    clear I have just handed you a copy of the brief.
2    We did not mark it because it is marked
3    confidential.
4            I read from you, I read to you from
5    Page 2.
6        A.   I'm sorry.
7        Q.   That is okay.
8        A.   Page 2.
9        Q.   I know I have thrown a lot of paper
10   at you.
11       A.   Okay.
12       Q.   Page 2, the last full paragraph,
13   last sentence of that paragraph.
14       A.   Okay, I see the sentence.
15       Q.   Okay.  Is that statement correct?
16       A.   There was an ongoing development,
17   and a number of provisionals and patents that
18   came out of it.
19           So, to, 2005, I don't think the
20   characterization of late 2005 is necessarily
21   accurate.
22       Q.   I'm sorry, you don't think?
23       A.   I don't know that that is
24   necessarily accurate because there were, there

Page 227

1    were many innovations along the way.  It was a
2    progression of development that started around
3    the time of Jody Lane's death and progressed
4    through the end of, the end of '06, early '07.
5            So, there is a progression through
6    this.
7        Q.   I understand.  But, so, do you think
8    this statement is incorrect?
9        A.   I don't think that statement
10   embodies everything that went on.
11       Q.   Do you agree that the statement is
12   incorrect or you disagree?
13       A.   I could make a statement that there
14   were novel things invented in '04 and in '05 and
15   in '06.
16       Q.   When did you conceive a novel system
17   for mobile stray detection?
18       A.   In December, 2004, there are, there
19   are mobile system descriptors in this, in this.
20           So, I believe 2006, 2004 is the
21   first filing associated with that.
22       Q.   So, that would have been when you
23   conceived a novel system for mobile stray voltage
24   detection?

Page 228

1        A.   That would be when my team conceived
2    a novel stray voltage detection system.
3        Q.   Were you part of the conception?
4        A.   Yes.
5        Q.   While we are on it, just because you
6    have the page in front of you.
7        A.   Sure.
8        Q.   Look up above.  There is a reference
9    to energized sections of sidewalks in the, under
10   the first paragraph under the Heading B.
11       A.   Which page, please?
12       Q.   I'm sorry, Page 2.
13       A.   Page 2. I'm sorry, so, say again.
14       Q.   Under the heading, the first --
15       A.   B?
16       Q.   Yes, under B.
17       A.   Okay.  Yes.
18       Q.   The second to the last sentence ends
19   with "energized sections of sidewalks."
20       A.   Okay.  Such as energized sections of
21   sidewalks.  Is that the sentence you are
22   referring to?
23       Q.   Yes, sir.  Are sidewalks conductive?
24       A.   Yes.

Page 229

1        Q.   The concrete is conductive?
2        A.   Yes.
3        Q.   No kidding.  So, when I am walking
4    down the street now and I am thinking about not
5    walking over those metal doors that hide the
6    stairs I actually should be thinking about not
7    walking on the sidewalk at all?
8        A.   Well, if you have a good set of
9    rubber shows on you are okay.
10       Q.   Okay.
11       A.   Do you have a dog?
12       Q.   Yes.
13       A.   Do you like your dog?
14       Q.   The kids like the dog.
15       A.   Do you like your kids?
16       Q.   Yes, I like the kids.
17       A.   Yes, so make sure their dog is safe.
18           MR. GOETTLE:  Okay.  I have no
19   further questions, thank you for your time.
20           EXAMINATION BY COUNSEL FOR
21           PREMIER UTILITY SERVICE
22   BY MS. ZIBAS:
23       Q.   I only have a few questions.  I
24   represent Premier in this lawsuit.

David Kalokitis

Page 230

1       And I'm just going to ask you a few
2   follow up questions from your testimony today.
3       So what I will try to do is I will
4   try to describe the area that we are talking
5   about, because I know that we have gone through
6   tremendous amount of material.
7       A.   Okay.
8       Q.   I'm going back to the point where we
9   were talking about your presentations to
10  legislators.
11      And, we talked about Connie Hughes
12  is no longer with Power Survey.  Do you recall
13  that?
14      A.   I recall that I, that, I, I give
15  presentations to -- was your question about
16  regulators.
17      Q.   Regulators or legislators?
18      A.   I gave presentations to regulators
19  and legislators, yes.
20      Q.   Now is it correct that you had
21  indicated that Power Survey is no longer doing
22  presentations to regulators and legislators; is
23  that correct?
24      A.   I'm not travelling to regulatory

Page 231

1   symposia and providing presentations anymore.
2       Q.   Is Power Survey still presenting?
3       A.   Presenting?
4       Q.   To regulators and legislators?
5       A.   Power Survey will, occasionally,
6   submit a letter or something to those entities,
7   but, not providing presentations.
8       Q.   So, do you know if in 2013 up
9   through March, 2014, if Power Survey gave any
10  presentations to any state utility commissions or
11  any other commissions?
12      A.   I don't recall any specific
13  presentations.
14      Q.   Okay.  All right.  Now I'm going to
15  go to the topic of RFPs now.
16      I know that you had testified that
17  you only work on some of the RFPs, you are not
18  familiar with all of them?
19      A.   That's correct.
20      Q.   I understand that, because sometimes
21  they use your template, correct?
22      A.   Correct.
23      Q.   Are you, are you aware if, in any of
24  the RFPs, if it was a requirement that a survey

Page 232

1   had to be conducted as part of the RFP process?
2       A.   I'm not sure I understand the
3   question.
4       Q.   In any of the RFPs that were
5   submitted by Power Survey, and let's just look at
6   2000 --
7       A.   Throughout time.
8       Q.   Well, look at 2013.
9       A.   Okay.
10      Q.   Was it ever a requirement that a
11  survey be conducted?
12      A.   A mobile test survey for contact and
13  stray voltage?
14      Q.   Yes.
15      A.   Was it ever a requirement that that
16  be done in our proposals.
17      Q.   Correct.
18      A.   So, you are asking did the RFP ask
19  for a mobile stray voltage detection?
20      Q.   Or, if they called it a mobile field
21  assessment, or a pilot program, whatever they
22  happen to call it?
23      A.   Yes, RFPs, we have received RFPs
24  that asked for a mobile stray or contact voltage

Page 233

1   detection program.
2       Q.   And did Power Survey participate in
3   the, in those surveys for mobile field assessment
4   as part of the RFP in 2013?
5       A.   So, we call our work out in the
6   field when we go looking for stray voltage a
7   survey.
8       Q.   Uh-huh.
9       A.   Are you asking, have we written
10  proposals to do our work, which is mobile
11  detecting?
12      Q.   No.  Were you required as part of
13  your bid, because you said that when you
14  responded to the RFP, that you have to put in the
15  bid.  As part of your bid, did Power Survey
16  participate in any mobile field assessments?
17      A.   Were we required to participate in
18  mobile field assessments as part of a bid.
19      We were not required to do, to scan
20  utility's territories as part of a bid
21  requirement.
22      Q.   Do you know if Power Survey failed
23  to show up for a side-by-side survey with Premier
24  in 2013 as part of a bid?

David Kalokitis

## Page 234

1　　　　MR. DESAI:  Objection, lack of
2　foundation.  You can answer.
3　　　　THE WITNESS:  I know that Power
4　Survey rejected the prospect of participating
5　in a ill-defined test by one of the customers.
6　BY MS. ZIBAS:
7　　　Q.  Do you remember which customer that
8　was?
9　　　A.  Rhode Island.
10　　　Q.  Was it Rochester?
11　　　A.  Rhode Island.
12　　　Q.  What about Rochester Gas and
13　Electric?
14　　　A.  Rochester Gas and Electric had a
15　number of RFPs come our way, and the requirements
16　varied depending upon what particular moment you
17　got one.
18　　　Q.  Now, you had said that Power Survey
19　rejected it because the test was ill-defined.
20　What do you mean by ill-defined?
21　　　A.  The notion of a test was mentioned,
22　and we requested that we get a test plan, and to
23　understand the criteria for acceptance, and the
24　scientific basis for the methods.  And we were

## Page 235

1　not given those materials.
2　　　Q.  Have you, has Power Survey ever
3　participated in a bid where you did have a
4　well-defined test that you were, and you
5　participated?
6　　　A.  No.
7　　　Q.  And was Power Survey successful in
8　receiving the bid when they didn't participate in
9　the survey?
10　　　A.  You know, I don't know the final
11　details of all of the bid packages.  I, as I said
12　before, if I get a piece over here and the rest
13　of it.
14　　　Q.  Who usually handles the bid packages
15　at Power Survey?
16　　　A.  Tom Catanese.
17　　　Q.  Okay.  Now, if you would look at the
18　Declaration which has been marked as Kalokitis 1.
19　　　A.  Yes.
20　　　Q.  And turn to Page 6, Paragraph 18.
21　　　A.  Yes.
22　　　Q.  Looking towards the bottom of that
23　Paragraph 18, the sentence that says,
24　"Mr. Voightsberger's PQT system, however, had the

## Page 236

1　EFA 300 sensor in the truck bed which was
2　ineffective and inaccurate because of
3　interference from the truck's metal."
4　　　　Can you provide to me the basis of
5　your statement that it is ineffective and
6　inaccurate?
7　　　A.  My technical expertise.
8　　　Q.  So, what's the technical, besides in
9　general, your technical expertise, did you
10　actually perform a test?  Did you examine the
11　product?  What did you do to conclude ineffective
12　and inaccurate?
13　　　A.  I reviewed the photograph, and my
14　understanding of the operation of electric field
15　sensors, coupled with that, indicates to me that
16　that would be an ineffective and inaccurate
17　method for sensing stray and contact voltage.
18　　　Q.  And, why do you believe that?
19　　　A.  The fundamental operation of a
20　electric field sensor relies on a gradient and
21　electric field.  Associating the bed of the truck
22　and the metal therein has a deleterious effect on
23　the field that may be sensed at that position.
24　　　Q.  Have you ever examined the EFA 300

## Page 237

1　sensor?  Physically examined it?
2　　　A.  Yes.
3　　　Q.  Now, if you could look at
4　Paragraph 20, on that same Page 6 in your
5　Declaration.
6　　　A.  Yes.
7　　　Q.  You say, "Mr. Voightsberger
8　eventually started working for Premier Utility
9　Service where he again took up marketing and
10　developing a mobile stray voltage testing
11　system."
12　　　　Do you know when Mr. Voightsberger
13　started working for Premier?
14　　　A.  I do not.
15　　　Q.  Do you have a general idea if it was
16　one year ago or two years ago?
17　　　A.  I have a sense that it might be
18　longer than that.  But, I don't know the
19　specifics.
20　　　Q.  What is your sense of when he
21　started with Premier?
22　　　A.  Maybe the 2011 to 2012 time frame,
23　to 2000 -- I'm thinking somewhere between '10 and
24　'12, but, I don't know the specifics.

David Kalokitis

Page 238

1      Q.   And in that same paragraph in that
2   sentence I read, you indicate that
3   Mr. Voightsberger was developing a mobile stray
4   voltage testing system.
5          What was your basis that he was
6   developing a mobile stray voltage testing system?
7      A.   I believe there is a letter
8   somewhere where he described his activities.  I
9   believe it is somewhere in here.
10     Q.   So, the basis, is some document that
11  is attached to your Declaration, correct?  But no
12  first-hand knowledge?
13     A.   Of what he was doing, I only have, I
14  have seen letters, you know, a number of letters
15  that he has written.
16         Some of them are here, I don't know
17  if all of them are here.  But that is my sense of
18  where he has documented his activities.
19     Q.   And what type of mobile stray
20  voltage testing system do you believe that he has
21  developed?  Is it the Narda system or something
22  else?
23     A.   I think you would have to ask
24  Mr. Voightsberger what he has invented or built

Page 239

1   or designed.
2      Q.   All right.  So, when you put this in
3   this Declaration you were just relying on some
4   e-mails or something that you read, correct?
5      A.   Things he has written.
6      Q.   Okay.  And, the second sentence in
7   Paragraph 20 refers to a letter that was sent to
8   Willbros about Mr. Voightsberger's activities and
9   how they affect Power Survey's patent protection.
10         Can you describe to me what the
11  activities are that protected Power Survey's
12  patent protection.
13     A.   Let me find the exhibits that is
14  listed here.
15     Q.   Yes, it refers to Exhibit G.
16     A.   Yes, okay, this is G, okay.  So,
17  okay, now I see the reference.
18         Please ask the question again.
19     Q.   In your Declaration you indicate
20  that a letter was sent by, Power Survey sent a
21  letter to Willbros about Mr. Voightsberger's
22  activities and how they affect Power Survey's
23  patent protection.
24         So I understand that it refers to

Page 240

1   this letter.  But what are the activities?
2      A.   Mr. Voightsberger was marketing
3   stray voltage detection services for the company.
4      Q.   And when you refer to Power Survey's
5   patent protection, are you referring to the
6   patents in suit, or just the patents and the
7   applications that are listed in the letter in
8   Exhibit G?
9          MR. DESAI:  Objection, form, lacks
10  foundation.
11         THE WITNESS:  I didn't write the
12  letter.  Ray Moser wrote the letter.  And I
13  relied on his expertise as an attorney to
14  cover my needs.
15  BY MS. ZIBAS:
16     Q.   Do you see any of the patents that
17  are in suit in the letter listed, attached to
18  Exhibit G, or marked as Exhibit G to your
19  Declaration?
20     A.   Do I see the patents in suit.
21     Q.   Yes, are the patents in suit in this
22  lawsuit, are any of them listed in this letter,
23  dated June 4th, 2012, to Peter Arbour at
24  Willbros.

Page 241

1      A.   So the only patents I see are the
2   '081, the '642 and the '054 in this suit, I'm
3   sorry, in this letter.
4      Q.   Okay.
5      A.   I don't see anything, I don't see
6   those three as being asserted in this suit.
7      Q.   In the letter?
8      A.   I'm sorry, in the letter.
9      Q.   Okay.  I have no further questions.
10     A.   Okay.
11         THE VIDEOGRAPHER:  The time now is
12  4:39, and this deposition has concluded.
13         (Whereupon, signature not having been
14  waived, the deposition concluded at 4:39 p.m.)
15                * * *
16
17
18
19
20
21
22
23
24

David Kalokitis

Page 242

```
 1            - - - - - -
                E R R A T A
 2            - - - - - -
 3
 4    PAGE LINE CHANGE
 5    ____ ____ _____
 6        REASON: _____
 7    ____ ____ _____
 8        REASON: _____
 9    ____ ____ _____
10        REASON: _____
11    ____ ____ _____
12        REASON: _____
13    ____ ____ _____
14        REASON: _____
15    ____ ____ _____
16        REASON: _____
17    ____ ____ _____
18        REASON: _____
19    ____ ____ _____
20        REASON: _____
21    ____ ____ _____
22        REASON: _____
23    ____ ____ _____
24        REASON: _____
```

Page 244

```
 1        CERTIFICATE OF COURT REPORTER
 2    UNITED STATES OF AMERICA )
 3    DISTRICT OF COLUMBIA    )
 4        I, LORI J. GOODIN, the reporter before
 5    whom the foregoing deposition was taken, do
 6    hereby certify that the witness whose testimony
 7    appears in the foregoing deposition was sworn by
 8    me; that the testimony of said witness was taken
 9    by me in machine shorthand and thereafter
10    transcribed by computer-aided transcription; that
11    said deposition is a true record of the testimony
12    given by said witness; that I am neither counsel
13    for, related to, nor employed by any of the
14    parties to the action in which this deposition
15    was taken; and, further, that I am not a relative
16    or employee of any attorney or counsel employed
17    by the parties hereto, or financially or
18    otherwise interested in the outcome of this
19    action.
20        _____
21        LORI J. GOODIN
22        Notary Public in and for the
23        District of Columbia
24    My Commission expires May 14, 2016
```

Page 243

```
 1
 2        ACKNOWLEDGMENT OF DEPONENT
 3
 4        I,_____, do
 5    hereby certify that I have read the
 6    foregoing pages, and that the same is
 7    a correct transcription of the answers
 8    given by me to the questions therein
 9    propounded, except for the corrections or
10    changes in form or substance, if any,
11    noted in the attached Errata Sheet.
12
13
14    _____
15    DAVID KALOKITIS        DATE
16
17
18    Subscribed and sworn
      to before me this
19    _____ day of _____, 20____.
20    My commission expires:_____
21
22    _____
23    Notary Public
24
```

| A | | | | |
| --- | --- | --- | --- | --- |

**ability** 63:20
**able** 53:17 58:15
121:24 142:18
143:22 144:24
145:1 146:14
147:17 151:20
167:5 168:14,17
168:19 170:11,14
185:20 201:10
203:9
**absolutely** 101:24
176:9
**ac** 6:20 214:1
**acceptance** 234:23
**access** 127:24
190:23 213:5
**accessible** 211:11
213:2
**accompany** 81:15
**accomplished**
144:19
**accounting** 141:7
**accurate** 226:21,24
**accurately** 98:11
**acknowledgment**
243:2
**acquisition** 42:13
**action** 1:6 244:14
244:19
**active** 159:10
**actively** 155:24
**activities** 238:8,18
239:8,11,22 240:1
**activity** 86:23 87:4
87:16
**adding** 126:17
205:23 206:3
**addition** 125:12,18
**address** 160:15
**addressing** 54:5
**adds** 126:18
**adjust** 32:14 94:7
**adopted** 77:12
**affairs** 81:1,12
**affect** 107:11 239:9

**239:22**
**ago** 49:8 80:7 82:12
83:21 96:24
125:14 138:9
203:16 237:16,16
**agree** 90:10 101:11
101:18 102:21
109:3 113:3,5
196:4,19 225:4
227:11
**agreement** 188:2,5
**ah** 7:16
**ahead** 95:11 150:7
154:6 162:14
169:17 191:2
192:5 218:11
**air** 156:22
**airplanes** 204:9,15
204:16,18
**al** 7:8
**alarm** 57:23 67:7
67:11,15 149:16
166:21 172:4,12
172:17,19 173:3,6
173:7 174:14
188:19,21 189:7,8
189:17,23
**alarming** 175:9
**alarms** 174:24
175:14
**alert** 170:22 208:6
**alerts** 208:10
**allday** 60:3
**allow** 142:21
**allows** 152:20
**ambiguous** 201:6
**america** 244:2
**amount** 230:6
**amounts** 145:2
**amplification**
98:19
**amplifier** 92:21,23
**amplitude** 92:1,4
**amplitudes** 90:2,6
91:15
**analog** 24:7,14,20

**24:21 25:4,7,11**
25:15 58:16 67:24
120:24,24 121:18
122:4,5 129:15,20
129:21
**analysis** 75:9,11
89:7
**analyze** 166:14
**analyzes** 165:1
**analyzing** 165:24
**anomalies** 6:11
134:12 172:5
174:6 180:6
202:18
**anomalous** 172:6
173:10 174:7,12
175:4,5,5,6 176:5
176:10,13,15
**anomaly** 152:19
164:20 165:2,8
166:1,18,24 167:1
167:8 171:7 175:2
208:16
**answer** 8:14 9:17
12:16,16 24:4
35:17 47:17 61:3
61:3 63:2,8 65:1,1
81:10 82:19 86:2
91:20 95:12
102:10,12 103:18
117:23 162:14
165:13 178:17,21
180:1,22 182:1,3
192:3,3 193:19
194:2 206:15,23
207:6 214:8 222:1
222:3 234:2
**answered** 90:8,23
91:18 154:5 181:4
183:16 207:6
222:16
**answering** 8:22
162:11
**answers** 90:17
243:7
**antennas** 16:11

**17:4 55:4 97:10**
**anticipate** 10:5
156:16,17
**anticipating** 12:5
**anybody** 57:6
60:14 82:5,9
139:8,9 140:1
218:5
**anybodys** 57:1
**anymore** 231:1
**apologize** 166:15
**apparatus** 6:5,8,13
132:13 134:11
142:2 166:20
179:20,23 180:3,4
180:15,18 181:7
**apparently** 72:15
**appear** 203:2
**appearances** 3:1
4:1 133:10
**appeared** 159:12
**appears** 129:14
133:2 244:7
**applicants** 122:18
**application** 5:16,19
5:22 22:4 24:16
24:19,22 27:15
96:12 113:21
114:2,5,6,7,14,21
117:9,9 118:19
120:18 121:22,24
122:15 123:15
124:20 125:5,7,12
125:13,17,19
126:6 131:6
161:17 200:22
201:11 204:15
210:4 218:14
219:15 220:6,19
221:4 223:16
224:16
**applications** 27:16
120:22 126:16
133:8 135:14
139:21 140:9
157:1,2 218:2

**222:12 223:14**
240:7
**applying** 178:23
180:4
**appreciate** 80:2
**approach** 79:6
203:17
**approached** 140:18
183:23
**approaches** 203:12
**appropriate** 194:3
**approved** 214:23
215:20
**approximately**
18:7,14 20:22
30:12 45:18
**april** 1:17 2:1 83:24
**arbour** 240:23
**arch** 3:18
**architecture** 13:16
14:2
**archive** 39:12
**area** 25:17 230:4
**areas** 17:11 194:20
**arena** 36:7 198:6
**arenas** 174:5
**arent** 133:8 143:4
**argument** 194:12
194:13
**arranged** 81:12
**arrangement**
187:15 190:10,14
201:16
**array** 34:21
**art** 11:20,21 196:11
205:3,8
**article** 36:8,21 37:3
37:4
**articles** 35:18 37:1
38:6,11,16,20,21
39:7
**artisan** 62:22 197:7
213:7,10
**artisans** 216:1
**aside** 32:3 38:8
47:12 81:3 85:11

85:15,17 94:13
109:19 160:16,18
210:9
**asked** 9:2 35:16
54:4,23 60:13
63:14 71:1 90:7
91:17 97:18 154:4
181:3,24 183:15
203:6 207:5
222:16 225:23
232:24
**asking** 8:21 10:10
45:13 50:24 55:16
72:19 129:1
130:23 140:8
151:11 153:23
154:1,3 165:11,11
167:13 185:22
195:16 206:23
232:18 233:9
**asneeded** 83:21
**aspects** 42:14,23
**assembler** 13:15
14:1,12
**asserted** 11:3 51:6
134:4,21 158:7
160:22 181:17
182:7 221:13,16
221:18 241:6
**asserting** 134:1
177:20 193:1
**asserts** 182:5,5
**assessing** 211:10
**assessment** 187:16
232:21 233:3
**assessments** 233:16
233:18
**associate** 16:9,17
16:22 17:1,16,21
17:23 18:12 19:11
20:10,14 120:21
150:11
**associated** 38:23
53:12 58:20 60:22
62:14,16 65:23
67:17 77:21 89:10

111:7,10 117:18
127:11 144:7
152:18,19 164:7
167:7 170:6
171:12,13 173:11
174:7 196:16
197:20,22 205:17
208:15 227:21
**associating** 72:1
236:21
**association** 87:16
212:8
**assume** 8:24 36:4
74:1 104:19
**assumes** 60:23
64:23 66:12 69:1
**assuming** 104:19
**assumptions**
140:19
**attached** 238:11
240:17 243:11
**attempt** 169:2
**attending** 13:3 82:7
**attention** 108:7,12
**attorney** 117:17
219:17 222:2,6
240:13 244:16
**attorneys** 7:11 8:15
120:21 162:12
193:7,15 194:6
195:11,12
**attractive** 159:15
**audience** 103:3,7
105:22,24 106:7
**author** 34:1
**authored** 35:18
**authors** 39:13
**automated** 17:12
17:13 18:16,22
19:12 21:7
**available** 72:23
73:4 96:5 215:24
**avenue** 2:9 3:8 7:9
**award** 210:7
**aware** 8:12 25:6
70:7 71:9 85:13

97:15 123:12
139:9,15 204:19
218:5,8 231:23

---

## B

**b** 1:9 3:5 13:7 47:7
228:10,15,16
**bachelor** 12:23
196:11
**back** 10:3 36:17
39:11 41:12 55:18
62:17 71:3 73:16
74:16 75:24 76:3
82:14 87:24 90:19
94:7 95:23 108:20
109:22 112:7,20
117:6 127:19
128:5 130:10
157:19 165:21
169:21 178:14
190:20,21 198:16
215:1 217:23
230:8
**background** 10:23
12:4 51:2 97:10
140:17
**bad** 108:10 110:23
199:21
**bakerhostetler**
3:17 7:14
**bakerlaw** 3:22
**ball** 27:22 79:10,14
**band** 33:10
**baseball** 27:22
79:11
**based** 33:19 73:10
84:19 95:17,18
192:12
**basically** 98:18
190:7
**basis** 93:10 186:2
234:24 236:4
238:5,10
**baton** 124:11
**bed** 236:1,21
**began** 26:20 31:21

51:18 203:5
**beginning** 7:4 32:2
76:1 128:10
157:20
**behalf** 210:21,24
**belief** 161:20 162:9
163:21 165:3
181:10 184:1,4,18
185:21,24 186:6
191:9,17,20
193:13 195:7
196:17
**believe** 61:12,15
69:13,15,24 72:22
73:4 80:8 82:2,6
88:18,19 96:8
104:4 113:4
120:11 121:10
122:11 123:7
131:12,15 133:12
134:3 136:13
137:1,16 139:16
157:24 158:9
160:9 161:23
162:7 164:11
177:22 178:13
181:14,16,21
182:12,13 183:8,8
185:4 195:3
201:20 210:23
214:6 215:12
216:11 221:10,19
223:13 224:24
227:20 236:18
238:7,9,20
**belonged** 120:21
**berard** 219:16,16
219:20,22 220:5,9
**berends** 115:18,19
115:20,21 116:5
117:14 119:20,22
120:11 122:20,21
124:24 131:15
133:3 135:24
**best** 48:12 97:13
**better** 19:23 27:19

92:8 146:24
167:17 184:6
**beyond** 68:10 69:10
86:15 127:9
**bid** 85:18,24 86:2,3
86:9 233:13,15,15
233:18,20,24
235:3,8,11,14
**bidding** 85:19
**big** 20:7 21:24
30:12 52:8 77:22
79:10 96:21
116:19
**bit** 9:24 11:20 14:1
14:1,6 56:1 108:1
147:10
**bits** 110:21,23
**blinking** 167:4
168:7,10 170:5
172:21 173:16
176:19
**block** 118:10
119:18
**board** 99:13,13,20
131:18
**boards** 94:17
**boats** 204:19,20
**bodies** 76:24,24
77:3,3,6
**body** 10:12 62:4,5
212:9
**boilerplate** 84:6
**bolts** 187:4,7
**bottle** 107:13
**bottom** 235:22
**box** 10:2,3 51:10
52:2 57:23 67:10
68:6,13,20 78:8
92:19
**boxes** 117:12
**boy** 149:21
**break** 9:11,13,17
37:13 107:17,20
107:23 111:22,24
157:9 198:9
206:24

breaks 16:1
brief 218:11 222:23
  223:1 224:17
  226:1
briefing 60:12
  185:11
briefings 55:8,9,13
  59:14 60:9
briefly 88:2 191:7
bring 31:13 45:5
broad 116:18
broadcast 28:8,13
  28:17 29:2,16
  30:11 31:1,15
  32:1
broader 104:9
broke 36:19
brought 51:14
  116:10
brutal 100:21
build 34:24 35:5
  93:22 180:14
building 16:11 22:3
built 57:12 98:21
  110:5,8,11 112:24
  205:9 224:20
  238:24
bulb 105:2,7,7
business 20:8 40:6
  42:14 47:5 85:16
  87:22

**C**

c 1:18 2:10 3:9 4:4
  7:10
cable 28:16
calendar 48:22
  72:1 83:4
call 100:8 105:9
  232:22 233:5
called 8:1 25:23
  78:15 79:2 97:23
  127:4 139:1
  210:15 232:20
calling 194:3
calls 69:22 153:17

182:10
camera 127:11
cant 9:4,7 22:3
  35:17 37:5 56:24
  57:1 68:12,17
  71:10 83:3 84:3
  89:14 117:19
  118:15 121:4,6
  123:24 127:15
  130:19 174:11,19
  176:9 178:14
  193:17 222:1,5,20
  222:22 225:15
capabilities 98:19
  98:20
capability 156:24
  157:8
capable 119:4
capture 25:17
  98:19,20
captured 89:6,24
  91:22 154:22
  156:13
capturing 88:21
car 27:23,24
  156:23
card 141:6
care 151:14
career 28:12
carried 212:6
carry 39:8 199:22
carrying 22:14
cart 200:6,10,20
  201:8
case 45:20,23,24
  46:6,12 89:10
  101:14 133:12
  147:2 151:7,7
  169:1
cases 151:7 213:12
  213:13,13
catalogue 19:21
catanese 82:3
  139:13,14 235:16
categories 38:8
cause 172:11 175:7

caused 144:6
  151:21 173:4,14
  175:24 176:10,11
causing 145:7
  174:1
caution 219:24
caveat 9:15
cellular 32:17
centre 3:19
certain 35:12
certainly 119:4
  169:1 220:5
certificate 244:1
certified 2:14,15
certify 243:5 244:6
chain 219:8
chance 219:18
change 20:24 75:17
  92:13 147:10
  184:1 242:4
changed 40:18,21
changes 106:8
  243:10
characterization
  226:20
characterize
  105:19 110:24
  185:20 186:22,24
  187:9 210:10
characterized
  98:22 210:24
charts 108:19
check 83:24 217:15
checked 79:13
chief 43:8,10,16
  76:9
chip 24:23
chips 25:2
cira 3:19
circle 76:6
circuit 58:16 68:6
  78:9 94:16 97:11
  99:19 101:10
circuitry 97:9
circuits 16:11 17:4
  17:14 18:15 19:7

19:10,13,16,20,24
  20:2,4 25:24
  28:18 35:23,24
  37:1 38:9 120:24
  122:5
circumstance
  148:15
circumstances
  138:2 221:23
city 79:15
civil 1:6
claim 128:8,9,10
  129:2,7,8,10
  162:20 163:2,5,10
  163:11 164:14,18
  177:23 178:6,7,7
  179:21,23 180:1,3
  180:5,7 192:22
claimed 51:5
  166:19 168:3
  172:14 179:21,23
  180:3
claiming 192:6
claims 11:14 128:4
  161:11,15,17
  162:17,19 178:4
  191:8,16 195:7
clarify 8:18 9:1
  55:24
clarity 42:16 56:3
  60:1 164:22
class 25:21
clear 8:19 9:23
  37:21 41:11,12
  42:9,11 47:12
  63:11,12 109:10
  173:21 184:22
  188:13 225:11
  226:1
clement 219:16,16
  219:18 220:5
client 84:6 107:3,11
  194:7 222:2
closer 13:21
clr 1:21
clvs 4:13

coaching 103:21
coast 21:23
code 14:24 117:7
  118:2
cofounded 39:17
cognizant 65:5
  148:22 149:8
coincidence 154:8
coinventors 178:18
coke 111:22
collected 165:24
college 13:1 209:18
columbia 2:17
  244:3,23
column 143:2,4
  153:7 165:20,21
  166:11,15 178:2,3
com 3:11,12,13,22
  4:9
coma 78:21
combination 127:5
  206:19,22
combine 205:15
come 30:15 40:7
  54:4 57:14 61:19
  62:9 63:21 64:3
  73:21 76:3 95:2
  97:5 99:10 100:12
  140:21 153:2
  176:5 234:15
comes 73:17 75:6
coming 52:1 70:9
  73:20 90:3 93:9
  95:3 98:23 145:3
  145:16 150:13
  168:10
commenced 123:21
comment 68:12,17
  118:15,24
commercial 96:7
commercially 96:5
commission 243:20
  244:24
commissions
  231:10,11
common 104:10,11

David Kalokitis

Page 248

175:7
**communication**
218:22
**communications**
1:8 18:18,20 32:5
32:6,17 162:12
218:3
**company** 31:6 32:4
46:3,6 47:23 48:4
96:16 97:23
136:18 240:3
**companys** 46:18
**compare** 135:1
162:21 189:1
**compared** 161:11
191:7,16
**competence** 86:16
**complaint** 87:13
**complete** 102:16
212:20
**completely** 9:8
**complex** 79:11
**complicated** 39:21
40:5 117:15
161:10 163:11
**component** 20:7
24:22 105:21,22
187:2 189:10
**components** 83:17
88:23 89:21 92:1
92:5,6 142:20,22
143:22 146:23
191:4,11 217:7,10
217:11
**computation** 92:13
**computations** 94:3
**computer** 13:8,12
13:15,15,16,18,19
14:2,5,8,24 15:1
67:21 100:4
126:24 127:1,3,8
148:19 150:2
174:20 187:14
**computeraided**
244:10
**computercontrol...**

17:13
**con** 51:20 52:3,6,12
52:14,18,22 53:14
53:16 54:4,17
55:3,4 57:6 59:18
60:6 61:9,13
63:15 70:9,19,23
72:14 73:17,20
74:23 97:19 98:7
109:22 110:14
111:4,5 112:24
114:8 115:4
116:15 123:14
125:8 133:15
139:23 140:17
141:14 179:10
183:23 203:6
**conceive** 227:16
**conceived** 224:19
225:2 227:23
228:1
**concept** 54:17
63:24 64:8 65:16
95:16
**conception** 228:3
**concern** 41:13 78:2
78:22
**concerned** 47:19
**concerns** 77:7
**concert** 122:24
**concise** 223:8
**conclude** 236:11
**concluded** 70:1
241:12,14
**concluding** 180:20
**conclusion** 70:8
111:7 141:2 145:6
170:18
**concrete** 229:1
**concurrently** 45:2
**condition** 175:4
**conditioning**
156:22
**conditions** 172:22
173:5 182:6
**conducted** 7:8

232:1,11
**conducting** 101:21
102:22 109:8,15
**conductive** 128:14
128:18 129:12
228:23 229:1
**conference** 39:1
80:9
**conferences** 38:23
77:1
**confidential** 12:6
12:11,17 47:5
48:6 107:3,10
138:7 223:9
225:12,13 226:3
**confronted** 62:19
**confused** 70:16
104:20
**confusing** 164:14
164:15
**confusion** 103:5
**conjunction** 208:11
**connected** 57:22
**connie** 81:21,22
230:11
**consider** 95:21 96:5
97:2 138:4,4
202:8
**contact** 43:21 51:23
52:1 54:13 74:22
77:8,18 78:2,21
78:23 79:23,24
81:17 82:1,11
83:9 98:9 101:2
103:2 105:21
147:3 152:7,22
170:19 171:7
173:7,12 174:8
175:1,12 176:6
180:5,16,19 181:7
189:22 190:1
199:7 202:18
205:18,20,22
206:11,18 208:15
218:13 232:12,24
236:17

**contacted** 51:20
86:18 87:22
**contacting** 87:19
**contain** 118:1
**contains** 86:3
225:12
**content** 84:15,17
220:2,14 221:11
221:12
**contents** 5:1
**context** 101:8
103:14,16,19,23
104:7,8 106:10
118:9 155:13,15
**contexts** 103:12
**continuation** 219:1
**continue** 28:2 33:4
91:7
**continued** 4:1 6:1
17:10,11
**continuing** 91:10
**contract** 79:6
155:16
**contractor** 44:17
**contractors** 20:5
44:19,22 45:5
**contracts** 19:18
69:17
**contradicts** 223:13
**contribution**
115:12 120:17
121:5,7,21 158:10
158:13 159:7
209:24
**contributions**
158:15 209:5
210:3
**control** 32:10,11
67:10 97:8
**controlled** 32:15,17
**controlling** 6:9
134:12
**conversation**
139:10 192:13
222:11
**conversations**

123:8 192:1,15,17
193:4,6,8 195:9
195:14 219:10,12
222:6
**converter** 24:21
25:5 129:16,21,21
**cool** 27:23
**copied** 181:11,18
184:19 185:5,21
186:1,4,7 188:17
188:20 189:19
190:3
**copies** 181:14
**copy** 181:12 185:7
186:5 187:23,24
188:1,6,9,12
225:10 226:1
**copycat** 185:12,16
**copying** 182:1
184:2,4 188:17
**core** 182:11
**corner** 90:14 118:7
119:3
**corporation** 1:9
13:3
**correct** 37:2 41:6
50:7 51:17 104:4
105:14,15 115:17
123:22 132:20,24
135:9,16,23 136:1
136:3 190:9
211:12 215:18
226:15 230:20,23
231:19,21,22
232:17 238:11
239:4 243:7
**correction** 50:16,18
**corrections** 243:9
**correspond** 89:22
117:13 147:19
**corresponding**
163:16,19 164:8
208:3
**corresponds**
128:21 163:6
**couldnt** 78:12

115:24
council 76:19
counsel 8:4 37:15
  37:18 192:2 220:3
  221:19,24 229:20
  244:12,16
counsels 219:6
  222:8
counted 141:4
couple 76:5 101:1
  205:12 207:2
coupled 129:20
  236:15
course 60:3 205:23
  206:4
courses 13:9,14,14
  13:19
court 1:1 7:21
  49:13 113:14
  124:19 126:2
  132:7 134:8
  141:22 177:8
  185:21 193:24
  194:1,17 196:6
  213:19 222:24
  223:2 244:1
cover 50:3 98:11
  146:16,19 147:2
  147:11,12,21
  148:1,14,18,22
  149:5,8,12,15,20
  149:22 150:16,19
  151:15 161:4
  240:14
cranes 204:4
create 176:18
created 39:24
  40:12,22 168:7,15
  168:20 171:24
  172:1 176:18
  181:19
creates 175:18,20
  176:15
creating 174:12,14
  174:16 175:16
  176:13

criteria 234:23
crosswalk 146:17
  147:19 148:20
  150:3 151:21
  152:19 161:2,3
  167:4,7 168:8
  170:5 172:21
  173:15 176:19
crr 1:21
curious 119:9
current 40:14
  160:14
currently 80:16
  153:22
cursory 84:12
custody 107:9
customer 59:20
  86:7,10 110:1
  155:17 157:8,8
  234:7
customers 18:22
  19:3,4,8,10,16
  20:4 44:6,6 86:18
  87:12,17,20,22
  157:6,6 234:5

——————————
D
d 1:9,18 2:10 3:9
  5:10 7:10 19:17
  21:1 52:4,5,18
  53:16 100:2,11
  109:18,19 111:1
dan 7:13 37:20
  49:16 66:14 90:22
  106:24 107:19
  124:9 198:7
dangers 76:14 77:8
daniel 3:16
data 24:13 75:13
  75:15 88:16,16,17
  88:20 90:1 91:22
  94:2,12 166:1,14
date 71:21,23 83:6
  178:14 243:15
dated 240:23
dates 53:11

dave 48:1 120:10
  122:20
david 1:15 2:5 7:5
  7:24 50:2 112:12
  115:18,19,20,21
  116:9,11 117:14
  133:1,3 243:15
day 15:17 33:10
  68:20 78:1 103:6
  117:6 193:22
  243:19
days 39:10 140:23
daytime 59:4
deanna 79:12
death 72:24 227:3
december 79:20
  114:14,22,23
  214:23 215:21
  224:8 227:18
decided 95:5 219:4
decision 153:6
  203:12
declaration 5:10,13
  31:19 50:1,6,8,13
  100:23 101:19
  107:2 110:2
  112:12,21 114:11
  184:5 185:17
  192:8,10 195:21
  224:9,12 235:18
  237:5 238:11
  239:3,19 240:19
defendant 3:15
  7:14,16 8:4
defendants 1:11
define 29:24 30:2
  44:15
defining 159:11
definition 92:8
  103:1 106:3 164:1
  196:10,17 201:13
  201:20
degree 12:23 13:20
  15:9
deleterious 236:22
deliverables 19:18

20:6
delivered 111:3,5
  111:13 112:24
  113:1
demonstrated 58:4
  69:11
demonstrating
  157:7
demonstration
  58:1 59:8,11
  65:10 67:5 200:2
demonstrations
  86:21 200:5
denied 21:11,13,14
  21:15 22:4,6,24
  23:7,9,16
dennis 99:18,18,19
  99:22
denote 154:9
dep 194:16
department 52:18
  78:15,16
depending 45:1
  100:1 103:6,7
  105:23 144:12
  164:1 199:8
  201:12 234:16
depends 33:6,14
  46:7 156:20
  197:23 198:6
  213:12,14,15
deponent 243:2
deposed 8:10
deposition 1:14 2:5
  7:5,8 10:4 107:22
  193:23 194:11
  241:12,14 244:5,7
  244:11,14
depth 168:22
desai 3:6 7:18
  128:24 131:19
  143:19 150:5
  151:2,24 154:4,19
  155:23 157:9
  161:13 162:10
  163:8 167:9

169:13,19 170:16
  171:15 172:2
  174:17,22 176:2
  178:20 179:11
  180:11 181:2
  183:15 186:15,23
  191:1,24 192:9,14
  192:18 193:1,20
  194:5 195:8,16
  198:7 200:23
  202:22 205:5,24
  206:6,13 207:5
  217:16 219:23
  220:12 221:21
  222:16,18 223:22
  225:5,11,20 234:1
  240:9
describe 12:21 98:3
  110:6 121:20
  142:11 165:7
  195:6 230:4
  239:10
described 54:15
  117:17 133:21
  153:12 167:21,24
  169:4 181:17
  238:8
describes 165:16
  168:23
describing 118:11
  224:10,11
description 5:9 6:3
  83:12 146:3 151:6
descriptors 227:19
design 20:4 35:12
  68:2,6,14 93:21
  97:11,14 99:3,17
  159:15 185:3
  197:8 201:21
designed 25:24
  94:16 199:23
  201:4,16 239:1
designer 25:5 35:9
designing 16:10
  28:18 96:6 196:14
designs 98:24,24

191:12 201:18
**detail** 150:12 161:8
214:6,11
**details** 58:12 69:17
218:19 235:11
**detect** 45:9,16 56:7
58:15 61:11 62:20
62:22 63:16 65:22
67:6 175:24 176:5
176:12,17 198:1
200:21 201:10,24
202:5 203:19,23
204:5,10 206:11
206:18
**detected** 27:14
91:16 146:10
**detecting** 6:6 58:23
64:4 121:4 123:8
132:14 180:15,19
197:21,22 233:11
**detection** 6:10,15
31:21 33:4,13
49:1,2,5 51:19
85:19 88:13 95:6
98:17 134:12
142:4 143:11
145:4 153:16
179:9 194:23
195:5 199:6
224:20,21 225:3
227:17,24 228:2
232:19 233:1
240:3
**detector** 5:24 126:9
189:22 190:2
202:9,12
**detectors** 202:5
**determine** 142:23
**develop** 18:16
19:23 43:19 53:16
74:22 194:7
211:10
**developed** 19:9
25:22 115:3
123:13 179:10
181:7 238:21

**developing** 19:1,2,3
19:8,12 21:7
33:17,18 93:4
98:3 109:22
133:14 237:10
238:3,6
**development** 20:7
51:18 66:19,20
68:23 74:21 97:6
98:6 110:23
140:21 226:16
227:2
**device** 24:23 44:13
58:2 67:24 93:16
96:2 110:5,8,11
110:13,19 181:11
181:12,13,15
186:9,11 187:5,7
190:24 191:8,16
193:14 200:3,6
**devices** 110:20
196:14 197:8
**devised** 88:15
**devising** 90:4,10
**dgoettle** 3:22
**diagram** 73:2
118:10 119:6
130:7 144:18
146:20
**dicker** 4:5
**dictated** 86:6
**didnt** 22:10 24:10
50:19 63:20 68:13
71:13,15,16 79:5
79:6 108:10 119:1
119:6,8 155:6
177:23 183:19
187:23,24 188:1
195:1 199:12
200:11 210:12
216:15 225:15,16
235:8 240:11
**died** 72:3
**difference** 126:15
169:6 199:18
212:18

**differences** 125:21
**different** 21:10
23:6 24:18 46:11
60:5 86:5 103:11
103:12 105:23
144:13 150:24
151:6 177:24
190:11 212:15
**differentiate**
142:16
**difficult** 103:9
201:1
**digital** 16:14,18
20:11 23:10,12,24
24:5,13,15,21
25:4 32:6 93:10
93:15 117:20
118:1,5 119:10
129:16,20,21
131:16,18,24
132:2
**digitize** 24:7,10,12
25:7,11,15 208:2
**digitized** 24:15
89:24
**digitizing** 24:19,24
25:3,13 68:1,7
129:18,22
**direct** 28:8,13,17
29:2,16 30:10
31:1,15 32:1
108:6,12 130:2
146:3
**direction** 197:14
**directly** 54:20
**directv** 28:15
**disagree** 227:12
**discern** 143:16
147:18 148:12
151:20 161:5,7
167:6 168:15,17
168:19,22 169:2
171:11,23 176:10
**discerning** 160:23
**disclose** 138:11
160:23 162:12

193:8
**disclosed** 125:18
147:17 155:5
167:5,21 223:18
223:19
**disclosing** 131:23
222:2
**disclosure** 48:4
**discriminate** 147:7
151:8 155:11
177:1
**discrimination**
6:14 142:3 167:23
168:23
**discuss** 37:14,17
193:12,17
**discussed** 53:15
110:17 191:19
**discussion** 101:10
**discussions** 37:22
37:23 158:21
193:15 219:19
220:1,3,23 221:2
221:6,9,11,15,19
221:24
**dish** 28:15
**disk** 7:4 75:20 76:1
157:15,20
**display** 67:21 127:4
127:8,14 145:7
150:9 151:19
159:13 188:11,15
188:15 189:1,4,5
189:11,12
**displayed** 145:9
**displays** 127:11
187:13
**distance** 106:17,17
**distinctions** 197:18
**distinguish** 150:23
152:20,21
**distribution** 77:22
**district** 1:1,2 2:16
244:3,23
**dived** 14:5
**division** 39:22,22

39:23 40:4
**divulge** 12:11
**divulging** 125:17
**document** 71:6,10
101:23 102:3,6,17
102:19,20 112:17
114:23 115:7
118:9,16 151:4
152:1 160:17
163:9 206:8,15
223:5 225:6
238:10
**documentation**
71:11,13,16 72:9
72:17,20 100:2,12
109:18,20,21
115:3 123:13,16
131:9 132:1
188:24 191:15
**documented** 99:24
238:18
**documents** 10:2,4,6
10:9 38:23 51:11
160:14 200:8
224:3
**doesnt** 94:6 107:11
124:6 172:18
173:13,23,24
174:11 176:22
**dog** 229:11,13,14
229:17
**doing** 9:21 29:16
31:7 45:2 48:13
48:15 60:5 80:14
80:15 87:11 91:3
102:6 125:8
162:14 179:9
230:21 238:13
**domain** 24:7
164:22,24
**dont** 8:17 9:1 10:4
11:20,23 18:4
23:4 25:12,17
28:5,6,11 29:19
30:2,20 37:9
38:14 39:9,12

David Kalokitis

| | | | |
|---|---|---|---|
| 42:15 45:11 47:11 | 183:3,4,5,6,11,13 | **due** 173:7 | **edelman** 4:5 | 142:20 143:1,13 |
| 50:17,21 52:8,8,9 | 183:18 184:3 | **duly** 8:2 | **edison** 52:3,14 | 143:17,18 144:6,7 |
| 52:16,19,21 53:3 | 185:4,8 191:11 | **duties** 20:24 | 53:16 59:18 74:23 | 144:20 146:11,16 |
| 53:10,20,21,23 | 194:24 195:2,3 | **duty** 84:14 | **editing** 84:14 | 147:1,15,18 |
| 54:2,11 58:12 | 200:11,18 202:3 | **dying** 71:21 72:8 | **eds** 52:18 63:15 | 149:17,23 150:24 |
| 59:3,12,23 60:1,8 | 203:15,15,23 | 72:11 | **educate** 43:20 | 151:20 152:18,21 |
| 60:11 61:6,9,12 | 204:6,12,14,14,17 | | 76:13 77:7,20 | 160:24 161:3 |
| 61:12,15,16 62:8 | 204:18 209:22 | ___ E ___ | 79:22 | 163:7,12,16,19 |
| 62:8 63:7,23 | 210:23 214:5,10 | **e** 242:1 | **education** 12:21 | 164:8,12,20 165:2 |
| 64:10,14,16 67:18 | 214:11,15,17,17 | **earlier** 54:23 55:9 | 159:9 | 165:8 166:2,19 |
| 67:19,22 68:3,5,5 | 214:19 215:12,12 | 60:19 71:4 72:20 | **educational** 10:23 | 167:1,6 168:6,9 |
| 68:8,17,19 69:8 | 216:11 218:17 | 73:3,22,23,24 | 12:22 | 168:15,18,20 |
| 69:13,15,16,16,16 | 220:15,17,23 | 76:6 99:9 104:15 | **efa** 182:13,14,17,20 | 170:7,9,12,23 |
| 73:5 76:20 82:6 | 221:6,9,12,12 | 112:16 126:16 | 182:23 183:1,6,21 | 171:2,3,23 172:4 |
| 84:7 85:7,15 | 222:14,17 224:2 | 131:15 167:3 | 186:9,11 187:18 | 172:5,7 173:11,14 |
| 87:15 88:18,18,18 | 225:7,7 226:19,22 | 191:7 213:6 216:3 | 187:20 188:6 | 173:24 174:1,2,4 |
| 91:2 92:18 97:21 | 226:23 227:9 | 216:14 218:1 | 216:3,7,12,15,17 | 174:7,12 175:7,24 |
| 100:13 104:21 | 231:12 235:10 | 223:13,14 225:23 | 216:19,21 236:1 | 176:14,16,17,19 |
| 106:6 107:13 | 237:18,24 238:16 | **earliest** 219:14 | 236:24 | 178:12 179:1 |
| 108:7 111:17,18 | 241:5,5 | **early** 25:22 29:5 | **efa300** 97:3,15 | 180:10 197:1,15 |
| 111:20,24 118:8,9 | **donts** 178:16 | 31:12 42:23 52:13 | **effect** 98:17 99:1 | 197:21 198:24 |
| 118:10,13,18,22 | **doors** 229:5 | 54:17 56:18,19 | 236:22 | 199:1,4,6 200:21 |
| 120:5,6 121:13 | **doppler** 27:7,9 | 59:14 72:3,6,9,17 | **effort** 39:12 72:3 | 201:10,24 202:4,6 |
| 122:13 123:4,10 | **dos** 178:16 | 72:23 74:13,15 | 80:9 94:18 99:15 | 202:15,16,20 |
| 124:2,5,5,6 | **dr** 5:13 108:15 | 82:20 88:12 97:11 | 138:18,22 139:5 | 203:1,19,22 204:4 |
| 125:20,22 128:2 | 191:20,22 192:7 | 98:18 100:13,13 | 139:15,17,17 | 204:10,20,23 |
| 130:18,21,22,24 | 192:11,15,22 | 140:23 141:10,13 | 158:17 | 205:1,17 207:15 |
| 131:12 135:10,12 | 193:2,12 194:20 | 209:17 227:4 | **efforts** 83:20 88:12 | 207:17,24 208:3,6 |
| 136:11 137:1,16 | 195:6,10,13,17,17 | **easier** 140:3 | **eight** 211:18,19 | 208:7,11,11,13,14 |
| 139:6 140:22 | 195:21 | **easily** 199:19 | 212:21 | 208:15,21,23 |
| 141:16 144:20 | **drank** 111:21 | **east** 4:6 | **either** 64:15,19 | 213:24 234:13,14 |
| 145:8 146:1,18 | **drawings** 191:11 | **echelon** 210:1 | 81:22 82:20 | 236:14,20,21 |
| 147:6 148:5,10,21 | **drive** 45:16 147:5 | **ed** 51:20 52:6,12,22 | 101:12 135:12 | **electrical** 12:24 |
| 150:10,13 151:9 | 152:5 170:4,5 | 53:14 54:4,17 | 169:14 | 13:5,8 196:12 |
| 151:12,14 152:8 | **driven** 155:3 | 55:3,4 57:6 60:6 | **elderly** 115:23 | 209:10 |
| 152:12,24 153:2 | **driver** 170:10 | 61:9,13 70:9,19 | **electric** 6:6,19 31:5 | **electrically** 128:14 |
| 153:19 154:14,18 | **driving** 45:9 66:5 | 70:23 72:14 73:17 | 32:4,7,11 58:17 | 128:18 129:12 |
| 154:24 155:7,7,16 | 142:14 148:5 | 73:20 97:19 98:7 | 58:18,18,19 60:21 | 205:13 206:3 |
| 155:16 157:7 | 152:11 172:13 | 109:22 110:14 | 61:5,11,24 62:7 | 207:2 |
| 158:1,14 159:1 | 173:6 | 111:4,5 112:24 | 62:13,15,23 63:16 | **electricity** 32:12,14 |
| 160:1,9,11,14 | **dsp** 94:4,5,7 99:11 | 114:8 115:4 | 64:4 65:23 67:17 | 62:14,16 |
| 161:8,20 162:1,2 | 99:13 115:21 | 116:15 123:14 | 89:1,5,6,9 95:6,13 | **electrified** 146:15 |
| 167:11 169:5,8,14 | 116:5,7,11 117:3 | 125:8 133:15 | 95:14,19,22,24 | **electrocuted** 53:8 |
| 169:15 178:13 | 117:5,7 118:2 | 139:23 140:17 | 96:18 98:16 | 55:10,21 56:8,10 |
| 180:21,22,22 | 188:8,9 | 141:14 179:10 | 101:22 102:23 | 56:20 57:7,11 |
| 181:1 182:3,22 | **duct** 110:22 | 183:23 203:6 | 132:14 142:15,19 | 59:10,15 60:16,20 |

David Kalokitis

62:18 65:8 66:21
69:6,21 70:4,10
70:20,24 73:18
74:2,9;19,24
78:10 88:7 94:15
**electrocution** 54:3
**electrodes** 128:14
128:18 129:13
207:24
**electromagnetic**
196:15,21 197:3,4
197:16
**electromagnetics**
197:12
**electronically**
21:22
**electronics** 57:23
209:11
**element** 189:6
**elements** 83:14
**elevated** 175:6,11
175:13,15,17,19
**elicit** 12:10
**elser** 4:5
**elses** 71:12 108:1
**email** 123:5
**emails** 239:4
**embodies** 227:10
**emits** 143:13
144:20
**emitting** 171:1
**employ** 92:12
**employed** 121:9
136:12,13,16
244:13,16
**employee** 44:15
80:10 138:15
244:16
**employees** 18:5
30:11,23 44:10,14
44:22 45:3,8 82:7
**employer** 15:21
**employment** 40:6
**ended** 69:20
**ends** 221:4 228:18
**energized** 52:1

57:14,24 58:15
59:1,6 60:22
62:21 65:23 79:9
89:10,18,22 90:3
93:9 144:8,9,10
147:3,11,13
148:15 149:3
151:12 152:6
169:5 176:6,6
228:9,19,20
**energy** 145:3
**engineer** 22:20
33:7 56:22 62:6
74:18 88:11 94:24
158:16
**engineering** 12:24
13:5,8 34:16 35:2
89:16,17 93:5
196:12 209:5,6,14
**engineers** 54:15,16
74:1,7 75:5
209:11 224:18
**ensure** 102:15
**entail** 27:3 28:17
76:16
**entire** 10:3 16:2
35:6 38:5 79:7
**entirely** 67:24
194:2
**entities** 40:6 231:6
**entitled** 132:13
134:11
**entity** 52:5
**environment**
197:24 199:4,9
**equipment** 17:12
17:13 18:22 19:1
19:2,3,6,12 21:8
22:14 32:7,7,15
72:23 96:8,17
161:23 162:16,17
170:2 187:13
188:8,9
**errata** 243:11
**esquire** 3:4,5,6,16
4:4

**essence** 126:24
**established** 191:14
215:11
**estate** 131:4
**estimate** 87:6
**et** 7:8
**evaluate** 203:11
**evaluated** 25:24
**evens** 3:4 7:15,15
24:2 36:11 37:20
47:4,7,15,19
49:15 60:23 61:21
63:3 64:23 66:11
67:1 68:9 69:1,22
70:11,21 71:7
73:9 81:8 82:22
86:14 88:8 90:7
90:22 91:4,8,17
93:17 95:8,11
102:1,9,14 103:17
106:24 107:6,15
107:19 111:24
112:15 113:8,11
116:16 117:22
124:8,14
**event** 52:3 53:12
**eventually** 20:19
94:3 212:12 237:8
**everybody** 34:11
34:11 35:3 141:4
141:5
**evidence** 60:24
64:24 66:12 69:2
70:22
**evolve** 32:23
**evolved** 30:8
**exact** 45:11 71:23
92:18 141:16
147:20 161:16
224:2
**exactly** 18:4 19:19
54:11 64:8 83:6
84:3 88:19 121:5
148:3 215:4
**examination** 5:3
8:1,4 229:20

**examine** 236:10
**examined** 8:2
236:24 237:1
**example** 18:19 31:4
46:11 78:3 105:12
129:6 144:20
145:20 162:20
167:2 199:21
**exclusively** 33:12
**excuse** 177:17
224:10
**exercise** 30:4
**exhibit** 5:9 6:3
49:17,18 106:21
108:5,21 113:17
124:15 125:23
130:5 132:4 134:5
141:19 177:5
184:10,11,12,21
185:24 213:16
220:20 239:15
240:8,18,18
**exhibits** 5:7 6:1
173:19 239:13
**exist** 93:1 124:1
202:1
**existence** 214:13,16
**exit** 120:5
**expect** 59:7 105:17
123:17 143:17
160:24 161:2
176:12 202:24
213:5
**expectation** 111:9
122:3 123:19
148:10
**expected** 178:11
179:1 180:10
**experience** 10:24
14:22 62:7 75:8
75:10 96:7 148:7
158:20 194:22
195:3,4 196:13
209:6
**experienced** 203:10
**experiment** 94:12

**expert** 15:2 101:14
161:16
**expertise** 35:12
61:17 79:3 194:20
236:7,9 240:13
**experts** 101:12
**expires** 243:20
244:24
**explain** 30:4 32:9
47:22 126:20
**explained** 90:11
**explaining** 166:7
**extent** 12:15 65:1
66:13 73:10 77:19
88:8 92:11,24
103:17 127:2
153:4 162:11,13
192:1 225:6
**eyeballs** 149:11,15
150:10

**F**
**f** 184:12,21 185:24
**facebook** 79:1
**facility** 19:17 21:2
100:16,19
**fact** 60:24 64:24
131:4 145:12
177:16 188:20
223:15
**factors** 156:21
203:17
**facts** 66:11 69:1
220:1,14 221:22
**failed** 233:22
**fair** 40:9 46:10
69:19 95:4 96:22
129:23 185:19
**false** 143:12 144:2
144:5,11 145:11
145:13,15
**familiar** 96:14
114:3 125:6 177:2
182:15 212:1
213:10 223:3
231:18

**far** 82:23 95:4
**fast** 92:16 111:22
  177:2 178:10,23
  180:8
**feature** 156:24
  157:1 180:5,16,18
**features** 159:11
  188:23 189:2
**feel** 50:23 115:2
  163:24 164:17
  192:14
**feeling** 53:5
**feels** 160:2
**feet** 100:18
**fell** 78:10
**fellow** 60:17 99:8
**fellows** 55:5
**felt** 108:9
**fences** 79:13
**fiberglass** 78:17
**field** 6:6 34:4 43:23
  43:24 45:13,15
  58:17,18,18,19
  60:21 61:5,24
  62:13,16 65:23
  67:17 79:10,14
  89:1,6,7,9 95:6,13
  95:14,19,22,24
  96:18 98:16
  132:14 142:15,19
  142:21 143:13,17
  143:18 144:6,7,21
  146:11,16 147:1
  147:15,18 149:17
  149:23 151:20
  152:18,22 160:24
  161:3 163:7,13,17
  163:20 164:9,12
  164:20,22 165:1,2
  165:8 166:2,19
  167:1,7 168:6,7,9
  168:15,18,20
  170:7,9,12,23
  171:2,3,12,13
  172:4,5,7 173:11
  173:24 174:1,2,4

174:13 175:8,24
176:14,16 178:12
180:10 194:23
196:13 197:2,7,12
197:15,15,16
198:24 199:2,4,6
202:4,15,17,20
203:1,19,22 204:4
204:10,21,23
205:1 207:15,17
208:7,11,12,14,15
208:21,23 213:7
232:20 233:3,6,16
233:18 236:14,20
236:21,23
**fields** 6:20 35:20
  61:11 62:7,23
  63:17 64:4 79:11
  143:1 150:24
  171:24 173:14
  174:7 176:5,18,19
  179:2 197:1,9,21
  197:22 200:21
  201:10,24 202:6
  205:17 207:24
  208:3 209:7
  213:24
**figure** 91:14 93:14
  117:10,13,19,24
  118:3,19,23
  119:13,15 127:17
  128:22 129:2,6,10
  129:24 131:17
  145:21,23 146:6
  147:10 149:1
  151:1 156:15
  174:10,11 190:8
**figured** 89:13,14
**figures** 159:13
  165:12
**filed** 114:7,14,21
  222:13 223:1,15
  223:17 224:7
**filing** 84:20 86:24
  87:13 125:12
  227:21

**filter** 92:7,12,14
**filters** 92:5,10
**final** 111:6,10,12
  145:18 235:10
**financial** 41:21
  45:19,22,23 46:5
**financially** 46:14
  244:17
**find** 52:9 53:17
  62:23 64:4 86:12
  88:22 89:8 95:7
  99:6,6 111:1
  115:11 164:14
  175:3 184:8
  239:13
**finding** 74:12 79:22
  89:21 98:8 199:7
  202:18
**finds** 106:16
**fine** 112:15,18
  225:17,20,21
**fire** 78:15,16
**firm** 139:1
**first** 8:2 10:20
  17:19 43:1 95:15
  95:15,16 98:5
  99:21 110:5,6,8
  110:11,13,13
  112:13 114:4,6
  115:15 119:6
  128:13 132:16
  134:17 149:21
  177:13 179:16,17
  179:20,22 180:2,8
  180:13,14,17
  195:22 198:23
  199:1,3,5 202:14
  202:16,19 205:12
  205:15,21 206:5
  206:10,16 207:1,7
  207:10,13,16,22
  208:2,5,9,13,19
  208:22 214:7
  223:16 227:21
  228:10,14
**firsthand** 238:12

**five** 85:3,5 87:8,9
  91:5 100:18 128:5
  132:19,22 157:10
  217:14
**fixed** 79:15
**flexibility** 94:11
**flight** 124:13
**flip** 125:4
**flipping** 10:5
**flooded** 100:16
**floor** 3:19
**flow** 32:12,14 84:18
**flows** 32:11
**focus** 21:9 33:22
  116:4
**folks** 18:13 30:3
  44:12,18,21,21
  52:22 53:2 55:14
  77:20
**follow** 147:20
  222:8 230:2
**following** 52:3
**follows** 8:3
**foregoing** 243:6
  244:5,7
**forget** 193:22
**forgot** 157:22
**form** 24:3 41:1
  67:1 68:9 70:11
  70:21 116:16
  150:6 162:9
  169:17,18 170:16
  171:16 174:22
  186:23 191:15
  240:9 243:10
**format** 111:6
**formed** 191:9,17
**forming** 192:24
  195:14
**forms** 93:10
**fortran** 13:14 14:1
  14:10
**forward** 64:1 72:16
**found** 79:8 101:9
  104:14,16,16
**foundation** 60:24

64:24 66:12 68:10
73:10 81:9 86:15
95:9 116:17 150:6
161:14 167:10
171:16 179:12
180:12 191:2
200:24 202:23
205:6 234:2
240:10
**four** 15:15,16 87:9
  91:5 127:18 128:5
  130:4
**fourier** 92:17 177:2
  178:10,23 180:8
**fouryear** 12:23
**fox** 2:8 3:4,7
**frame** 13:22 16:16
  18:3 31:22 33:6
  33:14,16,19 38:4
  41:9,10 43:4
  48:17 62:18 72:24
  109:23 139:23
  200:3 205:14,16
  206:4 207:3,19,21
  211:17 237:22
**frames** 28:11,12
  82:13,18
**frank** 116:1 120:16
  120:23 121:2,5
  133:5 140:14
**frankly** 119:2
**franks** 120:17
  121:6
**fred** 140:14
**frederick** 121:15
  121:16 133:4
**free** 50:23 115:2
  163:24 164:17
  192:14
**frequencies** 26:1
  90:2,6 91:15
  144:24
**frequency** 6:19
  92:1,4 142:20
  144:21,22,22
  178:11 179:1

David Kalokitis

Page 254

180:10 213:24
**friday** 1:17
**friendly** 159:16
**front** 48:20 49:21
  50:22 76:18,23
  77:2,6 115:7
  130:19,24 162:2
  181:23 190:20,22
  214:22 224:1
  225:8 228:6
**fshmah** 1:8
**fugate** 101:13,13
  101:15,16 107:2
  108:15 112:12
  191:20,20,22
  192:11,15,22
  193:2,12 195:6,10
  195:13,17
**fugates** 5:13 192:7
  192:10 194:20
  195:17,21
**full** 226:12
**fun** 12:3 15:16
  87:24 108:5
**function** 45:8 92:23
**functionality** 93:12
  188:17 189:21,23
**functions** 43:17,18
  44:4 76:9 93:1
**fundamental** 97:6
  236:19
**funding** 69:15 79:7
**further** 68:23 90:24
  125:17 229:19
  241:9 244:15
**future** 156:6,18

――――――――
**G**
――――――――

**g** 239:15,16 240:8
  240:18,18
**gain** 45:22 46:5,14
  143:22
**game** 27:22
**gas** 234:12,14
**gay** 4:13 7:20
**general** 10:17

33:16 98:7 121:19
  142:12 210:18
  236:9 237:15
**generally** 105:6
**generate** 89:3 90:1
  91:15
**generated** 62:2
  90:5 148:19
**generates** 163:19
  164:5
**generating** 149:22
  163:6,12,16
**generation** 100:7
**genesis** 64:7
**gentleman** 115:23
**gentlemen** 133:17
**geographically**
  30:14
**getting** 12:5 13:7
  14:4 89:18 90:19
  146:7,14 155:3
**girl** 78:5
**give** 9:12 10:17
  12:17 18:19 27:18
  37:18 48:21 51:9
  78:3 107:16 108:9
  108:24 172:8
  175:23 198:20
  220:20 221:16
  225:9 230:14
**given** 38:22 48:16
  76:17 91:8 112:16
  213:4 235:1 243:8
  244:12
**gives** 94:11 164:11
**giving** 10:8 143:1
  151:13 152:12,16
  152:17
**go** 9:10 10:9 15:23
  24:3 36:9,11
  38:24 41:12 67:8
  74:12 81:23 85:20
  94:7 95:11 98:2
  100:22 108:23
  121:23 124:9
  150:7 154:6

162:14 165:21
  169:17 189:17,24
  191:2 192:4
  193:24 203:13
  204:24 218:11
  231:15 233:6
**goal** 12:9 59:7
  77:10,23 146:13
  148:20 211:7,9
  212:11,13
**goes** 80:20 119:1
  127:9 149:17
  172:17
**goettle** 3:16 5:4
  7:13,13 8:5 24:9
  36:18 38:1,2 47:6
  47:11,16 48:6,9
  49:20 61:8 62:10
  63:6 65:4 66:17
  67:3 68:15 69:3
  70:2,14 71:2,8
  73:15 76:2 81:19
  83:1 86:22 88:14
  90:12 91:2,6,12
  92:2 93:19 95:20
  102:4,11,18
  103:20,24 106:19
  107:4,17,21 108:3
  112:8,19 113:10
  113:13,19 116:23
  118:4 124:12,17
  126:1 129:3
  131:22 132:6
  134:7 141:21
  144:1 145:24
  150:15 151:16
  152:15 154:7
  155:1 156:3
  157:12,21 161:19
  162:18 163:14
  167:14 169:15,20
  171:9,19 172:9
  174:18 175:10
  176:8 177:7 179:5
  179:15 180:24
  181:9 183:17

186:19 187:3
  191:5 192:6,11,16
  192:20 193:9,11
  193:18,21 194:10
  194:18 195:12,19
  198:9,17 201:7
  203:4 205:11
  206:2,9,20 207:9
  213:18 217:24
  220:7,16 222:7,19
  224:4 225:9,16,22
  229:18
**going** 8:13 10:8,18
  10:20 11:2,21
  12:10,14 15:16,17
  24:2 33:21 36:13
  37:21,23 49:13
  53:5 59:24 64:22
  65:6 72:16 75:19
  76:3 81:5 86:23
  95:6 98:1 102:5,9
  102:19,20 107:12
  107:15,24 108:6
  108:12,18 112:3
  112:20 113:6
  119:8 157:14
  172:19 173:3,15
  174:14 182:1
  192:16,22 193:3
  193:22,24,24
  194:10,11,15,15
  196:4 198:7,12
  215:11 217:19
  222:8 223:9 225:5
  230:1,8 231:14
**goldstein** 2:8 3:7
**golkow** 7:20,22
**goltermann** 97:23
  216:24
**good** 8:7,9 15:19
  48:16 101:7
  107:18 112:1
  120:10 126:22
  148:17 209:22
  219:18 224:2
  229:8

**goodin** 1:21 2:13
  7:21 244:4,21
**government** 43:20
**gps** 21:11,13,15,17
  21:23 22:4,7,10
  22:24 23:5,6,9,15
**grade** 210:7,14,15
**grader** 32:9 116:9
**gradient** 58:17
  236:20
**graduated** 13:5
**grand** 133:11
**graphical** 126:18
  127:2 166:22
**graphically** 142:22
**great** 13:13 87:15
**greater** 148:9
  197:14
**greatest** 145:1
**green** 79:12
**ground** 98:12
**grounds** 58:11
**group** 16:10,13,18
  17:1,10,17 18:6
  18:13 20:15 26:17
  26:21 28:20 29:11
  29:17,24 30:2,3
  31:8 34:9,13 35:4
  35:10,14 40:10,14
  40:16,17,18 55:5
  55:15 59:24 120:9
  120:11 133:3,3,4
  133:5,5 158:17
  161:9 203:10
  210:21,23 211:2,4
  211:5,6,8,9,15,21
  212:12,13 217:9
  218:22
**groups** 29:18 35:11
  35:13 59:19
**growling** 108:2
**guaranteed** 197:10
**guard** 21:23
**guess** 31:13 38:3
  39:20 46:7,18
  98:4 127:3,3,5

David Kalokitis

129:4,4,9 201:12
220:22
**guessing** 119:8
**gui** 5:24 126:9,17
127:7
**guide** 211:10
212:14 215:8,10
**guy** 42:15 99:18
120:24 122:4
137:12 158:18
159:8
**guys** 56:21 57:4
94:16,17 107:23
179:8

---

**H**
**h** 184:10,11
**hadnt** 72:8
**hand** 49:13 66:6
113:6 147:24
197:19 225:17
**handed** 113:14
124:18 126:2
132:7 134:8
141:22 177:8
178:1 213:19
226:1
**handheld** 55:6
57:12,16,18 58:2
58:14 64:19,22
65:11,14 66:4,20
67:9,24 68:23
73:2 200:3,17
**handle** 33:7 43:22
107:6 116:22
200:19
**handled** 107:10
**handles** 235:14
**hanging** 76:5
**happen** 122:6
137:3 139:19
172:23 194:13
232:22
**happened** 51:23
53:13 69:4,7
71:24 79:18 83:6

**happening** 119:11
119:14
**happy** 8:18 51:9,10
94:4 225:9
**hard** 12:13 19:19
29:13,14 33:9
53:6 64:7 83:5
85:9 93:1 155:9
156:19 189:1,14
**hardware** 94:18,21
98:24 99:17
110:21
**havent** 84:13,17
99:10 136:21
158:4 159:4,20
**hazard** 77:19 79:23
145:18,19
**hazards** 43:21 77:8
81:17
**head** 31:14 186:11
187:12,17,19
188:1,2,7,23
189:14
**heading** 228:10,14
**heal** 79:17
**hear** 24:10 66:15
206:21
**heard** 25:16 97:22
217:2,4
**hearing** 175:22
**heavy** 84:14
**held** 2:5 43:13 48:3
**helicopters** 203:18
203:22
**hello** 112:20
**help** 9:23 49:16
52:10 54:5 71:1
73:20 75:11,14
78:11,24 79:3,17
88:16 98:8 203:6
**helped** 18:16
**helpful** 142:15
**helping** 159:14
**helps** 162:4
**hereto** 244:17
**hertz** 144:21,22,22

145:2 148:9
**hicks** 78:5
**hide** 229:5
**high** 12:22 25:23
172:4
**higher** 46:19
**hinted** 22:22
**hired** 19:22 101:14
**history** 74:5 83:5
**hit** 141:8
**hitch** 190:16,19
**hold** 187:5,7
194:10,16
**holding** 66:6
193:23
**honestly** 118:24
**honor** 210:13
**hopefully** 51:13
100:5,5
**hoping** 211:12
**hospital** 78:20
**hour** 198:8
**housekeeping**
112:10
**hughes** 81:21
230:11

---

**I**
**idea** 60:19,21 61:5
61:10,19,23 62:2
63:15,21 64:4,11
64:15 66:3 178:18
237:15
**identification**
49:19 106:22
113:18 124:16
125:24 132:5
134:6 141:20
177:6 213:17
**identify** 7:12 165:1
166:1
**identifying** 164:19
165:7 166:18
**ieee** 6:17 44:4
209:1,9,12,16,21
210:6,9,21,24

211:24 212:1,3,9
212:24 213:3,4,11
213:22,23 215:2,8
215:11,14,17
**ignoring** 135:11
**ill** 225:9
**illdefined** 234:5,19
234:20
**illformed** 116:24
**illuminated** 171:1
**im** 8:13,18 9:21
10:8,18,20,21
11:2 12:4 24:2
25:4 32:8 38:3
46:2,4 47:4,9,23
48:16 49:13 51:4
51:9,17 55:21
56:3 57:3 63:11
67:14 71:20 72:1
72:2 73:13 76:3
84:2,16 90:13,14
90:17,18,19 95:1
101:11 102:5,9,19
102:20 103:23
106:9 107:15,18
108:6,12,18
111:21 113:6
116:8 119:9
130:22,23 143:8,8
147:5,20 148:5,19
149:13 151:11
153:23,24 158:5
158:11 161:15
162:6 164:4,4
165:12 167:11,11
168:1,21 169:10
169:11 171:17
175:6 179:14,18
180:20 185:7,22
188:12,16 192:16
193:5,22 194:10
194:11,15 196:3,6
196:8,8 205:7,7
206:23 207:7
208:18,22 214:7
214:17 218:8,10

223:9 225:5,17
226:6,22 228:12
228:13 230:1,8,24
231:14 232:2
237:23 241:2,8
**image** 35:10 130:15
130:16
**imagine** 53:24
**impart** 153:6
**implement** 93:11
169:22
**implementation**
154:12 156:4
157:4 189:3
200:18
**implemented** 11:15
155:12,14
**implementing**
168:3 224:10
**implements** 171:10
171:20
**implication** 184:18
184:20 185:23
197:4 205:8
**important** 79:19
81:18 99:5,6
**impression** 175:22
**inaccurate** 236:2,6
236:12,16
**include** 108:20
196:11 197:2
**included** 197:5
**includes** 128:13
**incoming** 166:14
**incomplete** 112:17
**incorrect** 227:8,12
**incorrectly** 48:20
**increase** 45:4
**increases** 46:13
**independent** 44:16
44:18,22 45:5
160:19 180:21
**indicate** 106:12
170:7,8 171:2
172:12 173:13

208:14 238:2 239:19
**indicated** 230:21
**indicates** 173:10 208:20,23 236:15
**indicating** 149:17
**indication** 67:16 89:8,19 148:17 152:17 170:21 172:4,8,10 174:4 174:23 175:3 215:21
**indications** 166:23
**indicative** 147:15 150:3
**indicator** 67:7 164:7 170:6 174:24 208:6,10 208:20,23
**indirect** 56:12,15
**indirectly** 54:21 55:1,1
**individual** 47:8 146:23
**industry** 43:20 44:4 76:14 106:2,4 217:12
**ineffective** 236:2,5 236:11,16
**information** 12:6 12:11,17 47:24 48:7 79:14 84:7 89:24 147:8 166:22,23 172:19 173:2 204:15 222:3 225:13
**infringed** 162:8 195:7
**infringement** 191:9 191:17 194:8
**infringes** 193:14
**infringing** 161:21 161:24
**initial** 52:11 53:14 54:13 75:3 94:18 139:22 141:14

**initially** 39:22 62:9
**injunction** 5:12 50:3 185:11 223:1 223:3
**injuries** 79:21
**innovations** 227:1
**inside** 22:3 58:5 68:13 146:7 182:24
**insignificant** 186:13,21
**instances** 171:4
**institute** 209:10
**instruct** 8:15 102:9 194:1
**instructing** 47:17 102:11 193:18
**instruction** 220:12 221:22 222:9
**instrument** 93:22
**intend** 156:23
**intended** 93:11
**intentions** 125:21
**interest** 41:17,21 42:1,4,9 43:5 45:20 100:6
**interested** 74:9 88:23 244:18
**interesting** 99:7
**interface** 126:19 127:1,2 166:12
**interference** 236:3
**interfering** 207:18 207:20
**internalized** 90:18
**interpret** 45:21 145:17 163:3
**interpretation** 186:4 193:16
**interpreted** 171:5
**interrupt** 124:8
**interview** 37:9,11 219:13
**interviewed** 219:7 219:11
**intimately** 84:1

**introductory** 10:21
**invent** 179:20,22 180:2 198:23 199:1 202:14,19 207:22,23
**invented** 178:18 227:14 238:24
**invention** 51:2,4 106:10,11,15 115:12 120:17 121:21 125:17 142:12 143:15,21 150:1,23 151:17 152:4 155:5,10,10 156:5,17 157:5 158:13 168:4 169:23 171:11,21 175:21,23 176:4 178:9 202:2 203:20,22 204:4 204:11,20 214:14 214:20 216:10,12 216:16,18,20,22 216:24 223:18,19 223:20 224:11
**inventions** 11:3,7 11:10 31:16 51:5 198:19 213:8
**inventive** 179:6,7
**inventor** 115:16 116:2 124:24 132:17 133:7 134:17 135:5 142:7 177:13 220:11
**inventors** 11:10 115:8,11 122:15 126:13 132:20,22 132:23 133:18,20 136:4 139:20 140:1 177:14,16 218:2,6,9 219:3 220:10
**inventorship** 134:24 219:21 221:14,15,20

**involve** 16:14,18 23:10 92:5,16,21
**involved** 23:12 44:7 44:9 52:11,13 54:19 55:19 56:11 56:18 57:6 82:3 83:7 84:1,8,10,22 87:4 88:5 89:21 95:14 123:8 131:16 133:14 138:12 139:22 140:9 141:10,12 141:13 200:3 209:15 219:9
**involvement** 27:6 56:6 84:13 141:17 211:24
**iphone** 205:2,3
**irrelevant** 104:23
**island** 234:9,11
**isnt** 148:24 150:22 150:24
**issue** 47:20 78:22 107:1
**issued** 43:2
**issues** 11:20 47:10
**items** 22:23
**iterative** 93:24 94:8
**iteratively** 99:14
**ive** 25:16 90:16 124:9 200:1

_____
**J**

**j** 1:21 2:13 3:16 244:4,21
**jackofalltrades** 121:19
**jayden** 78:5,9,17,21 79:2,18,20
**jersey** 1:2 30:16,22
**job** 16:7 20:24 43:17,18 45:8 76:8 77:20
**jobs** 45:2,4
**jody** 51:24 53:7 54:3,9,10,18

55:10,20 56:7,10 56:19 57:7,11 59:10,15 60:16,20 62:18 65:8 66:21 69:5,20 70:3,9,20 70:24 71:21 72:3 72:8,11 73:18 74:2,8,19,23 88:6 94:14 98:9 140:10 141:11,12,15 203:7 227:3
**joined** 18:6
**journal** 37:8
**judge** 145:1
**july** 43:2
**jumps** 32:21
**junction** 78:8
**june** 240:23
**jura** 4:4,9
**jury** 181:24
**justifying** 91:9

_____
**K**

**kalokitis** 1:15 2:5 5:8,10 6:2 7:6,24 8:6 49:14,18,21 50:2 100:23 106:20,21 110:3 112:11,14 113:15 113:17 114:18,20 124:15,19 125:23 126:3 130:1,9 131:2,3,7,11,17 131:23 132:1,4,8 132:23 133:1 134:5,9 135:14,18 141:19,23 162:10 177:5,9,17 191:24 192:17,18,23 193:4,5 195:10,20 213:16,20 219:14 219:23 220:13,18 221:3,7,8,21 223:17 224:5,7,18 235:18 243:15
**kansas** 78:6

**keep** 9:22 47:12
90:16 107:24
113:8 139:2 193:6
**keeping** 41:13
160:20
**kept** 39:5 54:1
79:24
**kessler** 2:8 3:7
**key** 125:20
**kidding** 100:17
229:3
**kids** 79:23,24
229:14,15,16
**killed** 51:24 54:10
54:10,18 98:10
**kind** 10:16,17 11:7
12:1 22:22 39:2
141:8 147:24
159:16,17 164:14
200:13 209:24
216:13
**knew** 67:5 95:17
116:11 136:17
157:23 203:24
204:6,12 214:15
214:20
**know** 9:21 11:23
12:18 19:19 21:2
21:5,16,19 22:13
24:18 25:12,14
30:2 33:8 37:22
38:12 39:9 40:7
42:15,23 43:23
44:4 47:18 48:1
52:8,8,9 53:5,11
54:11,12 58:12,14
61:9 62:5,8,8,9,13
63:24 64:9,10,14
64:16 68:3,5,5,8
68:18,19 69:4,7
69:14,16,18 71:12
71:21 75:14,15
77:14,21 78:1,22
78:23 79:5,10,18
81:16,18 84:6,13
84:14 85:7,12

86:18 89:16,16
95:15 96:17,20,20
97:12 99:5,5
100:19 102:5
104:1,5,21 105:20
106:7 107:15
108:5 111:1,17,19
111:20 112:16
116:20 117:15,17
118:8,9,10,13
119:8,14,20,22
120:6,19 121:8,11
121:13,14 122:1,6
122:8,9,13 123:10
124:5,5 125:20
128:2 136:4,8,11
136:23 137:3,18
137:20 139:6,19
139:24 140:7,24
141:5,5,6 142:22
142:24 144:14,18
144:23 146:1
148:11,21 150:2
151:7 154:14
155:7,7 156:20
158:1,14,14,17,23
159:11,14,24
160:1,7,10,11,12
160:14 161:8,9,16
162:1 164:6 165:6
165:13,15 169:21
172:18 173:3,23
173:24 175:5
176:22 178:16
179:18,19,24
180:22 181:1,5
182:3,5,8,10,17
183:3,4,5,6,11,13
183:18,19,20
184:3,6 185:8
189:2,14 194:24
195:2 198:22
200:11,11 201:3
202:3 203:12,16
203:18,21,23
204:1,3,6,7,9,12

204:13,17,17,17
204:18,22 210:12
214:5,9,10 216:15
216:17,19,21,23
217:4 218:17
225:3,7 226:9,23
230:5 231:8,16
233:22 234:3
235:10,10 237:12
237:18,24 238:14
238:16
**knowledge** 41:20
49:7 61:2,4 62:4,6
68:11 160:19
180:21 182:22
238:12
**known** 178:10,13
214:12
**knows** 174:1
**kristos** 133:3

_____

**L**

**l** 4:5,5
**l3** 1:8
**labeled** 223:9
**lack** 60:24 64:24
73:9 81:8 86:14
95:8 116:17 234:1
**lacks** 66:11 68:10
150:5 161:13
167:9 171:15
179:11 180:11
191:1 200:23
202:22 205:5
240:9
**laid** 99:4
**lane** 51:24 53:7
54:9,10,18 55:10
55:20 56:7,10,19
57:7,11 59:10,15
60:16,20 62:18
65:8 66:21 69:6
69:20 70:3,9,20
70:24 71:4,21
72:3,8,11 73:18
74:2,8,19,23 88:6

94:14 98:9 140:10
141:11,12,15
203:7
**lanes** 54:3 72:24
227:3
**lanesarnoff** 199:12
**lang** 116:1 120:16
121:8,10 124:24
133:5 136:2
140:14 141:9
**langs** 121:5
**language** 10:12
**languages** 13:12,15
14:12
**large** 85:21,23
**larry** 94:20
**lasted** 100:14
**late** 26:10,11,12,20
28:1 82:20 224:20
225:3 226:20
**laws** 77:16
**lawsuit** 84:21 86:24
218:7,9 229:24
240:22
**lawyer** 61:1
**layouts** 99:20
**lead** 22:20
**leadership** 71:12
**leakage** 101:21
102:23 109:9
**learn** 13:17 14:7
145:18
**learned** 87:18
183:21
**leave** 71:4 124:10
159:22
**led** 31:16 32:23
74:20,22 96:8
140:20 224:18
**left** 15:22 39:14
76:5 119:24
122:10,16,18,22
136:20,21 137:4,6
137:8 158:3 159:3
159:5,19,21 218:4
**legal** 179:14

**legislation** 77:11
81:1
**legislations** 80:19
**legislative** 76:24
77:3
**legislators** 77:15
80:6,12 81:6,24
82:10,11 230:10
230:17,19,22
231:4
**len** 159:4
**letter** 231:6 238:7
239:7,20,21 240:1
240:7,12,12,17,22
241:3,7,8
**letters** 153:24
154:9 238:14,14
**level** 70:1 71:11
158:18
**library** 39:5,8,10
39:13
**light** 58:24 65:23
67:6,17 104:20,21
104:22 105:4,8,12
173:14,18,19
**lighting** 78:9 79:13
148:11 152:10
**limitation** 177:24
**line** 143:3 153:9
163:17 164:19,21
165:17,19 166:4
166:11,15 242:4
**lines** 6:21 101:22
102:24 143:4
203:19,23 204:5
204:10 214:1
**lips** 196:9
**list** 38:12 129:8
204:24
**listed** 115:8 116:2
122:15 133:7,8,15
135:13,15,17,20
135:22 136:6
220:10 239:14
240:7,17,22
**lists** 132:19

literature 203:14
litigation 41:22
  158:7 160:22
little 9:24 11:19
  14:1,1,5,6 39:20
  56:1 104:20 108:1
  119:2 147:10
  167:17
livenote 2:15
lives 160:12
llc 1:4,8 4:3 7:7,7
local 37:22
location 22:15
locations 30:20
  203:3 211:11
logic 147:21
logically 147:18
long 15:14 16:21,24
  20:13 28:1,12
  29:1 49:9,11
  59:10 120:3,6
  122:9,11 129:8,8
  138:9 146:1
  158:16 163:10
  164:14,16 186:10
  203:2 209:15,19
  211:13,14 212:20
longer 122:12
  148:1 230:12,21
  237:18
longstanding 52:4
look 51:14 65:18
  90:13 108:10
  115:7 117:8
  142:18,19 144:17
  145:3 150:1 152:9
  162:19 174:13,19
  184:5,17 223:15
  228:8 232:5,8
  235:17 237:3
looked 50:14 58:17
  119:6 125:13
  131:17 163:2
  191:14
looking 63:16 83:4
  103:18 117:19

128:22 130:4
146:22 149:2
173:1 180:7
188:24 201:2
218:10 233:6
235:22
looks 114:3 125:6
  150:3
loranc 22:1
lori 1:21 2:13 7:21
  244:4,21
loses 45:24 46:6
loss 45:23 46:6,9
  56:22 100:7
lost 66:18 100:15
  208:8
lot 21:2,24 60:1
  75:8 79:11 94:21
  96:16 98:12 99:4
  99:11 101:2 103:5
  131:4 158:19,20
  158:21 159:9,11
  165:9 217:6 218:1
  226:9
lower 118:7
lunch 107:19,23
  112:1

_____
M
m 2:2 36:14,15
  75:21,22 94:22
  112:4,5 157:16,17
  198:13,14 217:20
  217:21 241:14
machine 145:7
  244:9
machinists 34:23
mackey 94:20,23
  94:23
magnetic 6:20
  96:18 197:2,5,8,9
  197:15,22 213:24
main 33:22
maintain 100:5
making 46:15
  153:6 155:8

185:15
manhattan 52:1
manhole 146:15,18
  147:2,11,12,21
  148:1,14,18,22
  149:5,8,12,15,20
  149:22 150:16,19
  151:14 161:4
manipulations 24:8
  24:13
manual 216:12
manuals 216:7,10
maps 10:15
march 231:9
margin 46:13
mark 3:4 7:15 91:2
  103:20 225:19
  226:2
marked 49:14,19
  106:22 108:6
  113:15,18 124:16
  124:19 125:24
  126:3 132:5,8
  134:6,9 141:20,23
  177:6,9 213:17,20
  225:12 226:2
  235:18 240:18
marketing 237:9
  240:2
marketplace
  156:21
marking 106:19
marks 7:3
master 13:4
masters 13:20 14:4
  14:18
material 230:6
materials 25:21
  26:1 235:1
math 88:16 92:23
  92:24 133:6
mathematical 75:9
  75:11,14 88:22
  91:24 92:9,10,12
  92:13,14,22 93:6
  93:13 94:8,10

mathematically
  94:2
matrix 21:2 30:5,7
  34:16,17 35:2,8
  140:22
matter 7:6 24:19
  25:8,14 134:2
  195:13,15 201:24
matters 209:14
mean 11:14 21:14
  23:24 25:6 47:8
  53:21 56:19 102:7
  104:6,6 105:12
  108:4 111:11
  118:16 155:13
  168:22 169:10
  189:16 196:24
  199:8,10,13 209:3
  234:20
meaning 56:14
  103:15
meanings 103:12
means 22:6 32:9
  98:17 99:1 101:8
  108:16 126:21
  144:5,13,14
  199:19,22,23
meant 76:6
measure 27:20
  60:21 61:5,10
measurement 6:18
  213:23
measurements
  17:14
measures 27:11
measuring 27:12
  196:14 197:8
mechanical 35:9
media 106:5
meet 81:13,14,24
  86:21
meeting 8:20 52:12
  52:23 53:2,4,6
  219:18
meetings 52:13,15
  53:14 59:17,22

60:3 82:4,7
member 17:21,23
  18:12 19:11 20:10
  20:14,19 26:3,14
  26:24 28:23 209:1
  209:3,4,20 210:9
  210:18,18,19
  211:20
members 29:10
  116:21 141:1
membership
  210:14,15
memorandum
  218:11 223:1
mentioned 35:1
  59:13 60:17 76:12
  99:9 147:21
  166:10 224:16
  234:21
mentions 127:13
messing 139:2
met 82:9
metal 229:5 236:3
  236:22
meter 95:24
meters 95:22
method 6:5,8,13
  65:18 132:14
  134:11 142:2
  236:17
methods 234:24
mevens 3:11
michael 3:5 4:13
  7:17,19
microwave 16:10
  16:11,13,18 17:1
  17:5,10,14,17
  18:6,9,13,15,18
  19:7,9,13,16,20
  19:24 20:15 22:11
  23:2,6,20 25:20
  26:1,17,21 28:18
  28:20 29:11,17
  30:1,3 31:8 34:4,9
  34:13 35:4,14,23
  35:24 37:1 38:9

David Kalokitis

40:10,14,17 55:4
120:8,11 217:6,9
217:12
**middle** 143:6 178:4
**mind** 41:17 48:18
75:6 106:19
107:14 124:7
158:12 166:6
192:4 193:6 196:3
**minds** 8:21
**mine** 107:22
**minute** 125:14
**minutes** 78:16
157:11 217:15
**mischaracterizat...**
91:19
**mischaracterizes**
88:9 93:18 131:20
143:20 151:3,4
152:1,2 154:20
163:9 176:3
178:21 181:3
186:16 206:1,7,7
206:14,14 223:23
225:6
**missed** 21:12 119:2
214:7
**missing** 135:5
**misstate** 66:14
**misstates** 61:21
70:22 73:11 81:9
117:22
**mistakes** 50:20,21
**misunderstood**
63:1
**mobile** 88:12 98:14
179:20,23 180:3,4
180:15,18 181:6
190:2,12 199:4,6
199:9,13,14,23
200:18,22 201:4
201:11,20,21,23
202:1,8 206:17
208:14 224:19
225:2 227:17,19
227:23 232:12,19

232:20,24 233:3
233:10,16,18
237:10 238:3,6,19
**mobility** 201:13
**model** 34:17,22
92:9,12,22 94:3
**models** 75:14 88:16
88:22 91:24 92:10
93:7,13 94:8
**modified** 182:20,23
183:24
**moment** 80:17
104:13 155:17
156:1,7 234:16
**monitor** 32:11
166:13
**monitoring** 6:9
134:11
**monmouth** 13:4
15:9
**month** 33:10
**months** 33:11 53:9
83:21 84:11,15
100:20 138:10
**morning** 8:6,7
**moser** 240:12
**mosers** 218:22
**moskowitz** 4:5
**motion** 5:11 50:2
199:24 201:17
223:2
**motor** 190:13
202:20
**mount** 206:17
207:10,13,16
**mounted** 151:10
152:8 200:6
201:19 205:14
207:3
**mounting** 187:14
187:14,15 190:6
190:10,11,12,13
190:16 200:20
**move** 98:15
**moved** 222:24
**moving** 196:9

201:4
**mray** 3:12
**multiple** 110:20
178:11,24 180:9
**multiply** 93:3

## N

**n** 3:6
**nail** 103:9
**name** 7:19 40:14,18
56:21,23,24 57:2
81:20 95:2 96:16
99:10,21 115:24
136:17 182:8
**named** 78:5 99:19
115:15 132:16
134:17 162:7
219:3,4,5
**names** 52:19,22
53:1,3 57:3,6
94:18 124:23
126:11 135:2
140:4 142:6
**naming** 177:13
**narda** 1:9 3:15 7:14
8:4 134:1,21
161:21 177:20
181:18 182:9,10
184:19 185:4,12
185:21 186:1,7
187:23 188:9,12
189:19 190:3
216:21 217:2,5,6
217:10,11 223:21
238:21
**nardas** 11:18 97:2
161:12,17 162:21
163:21 187:18
216:4
**narrow** 193:9
**national** 76:19
**nature** 47:14 138:6
**navigate** 21:16,19
22:2
**navigation** 21:11
21:13,15 22:5,24

23:7,10,16
**ncs** 76:20
**ndesai** 3:13
**near** 78:8 168:6
**nearby** 201:11
**necessarily** 31:4
173:17 226:20,24
**need** 35:5,6 51:8,9
52:10 55:24
107:17 111:22
113:8 116:14
124:6 154:24,24
159:12 223:10
**needed** 21:4 97:7,7
97:8,12 98:8
**needs** 50:17 92:7
193:5 240:14
**neither** 244:12
**network** 28:15 32:7
32:7
**networking** 14:5
**networks** 13:16,18
13:19
**never** 10:3 66:10
66:21
**new** 1:2 2:9 3:8 4:7
4:7 7:9 30:16,22
100:10
**night** 15:12,17
**nirav** 3:6 7:17
**nonconfidential**
41:14 47:13
**noncontact** 106:17
**nonelectrically**
207:11,18,20
**noninterfering**
205:13,16 206:4
206:17 207:3
**normal** 52:17
111:11
**normally** 144:8
**northwest** 2:9 3:8
7:9
**notary** 2:16 243:22
244:22
**note** 102:1

**noted** 243:11
**notes** 217:15
**notice** 2:13
**notion** 234:21
**novel** 224:19 225:2
227:14,16,23
228:2
**nowadays** 157:23
**nsc** 76:20
**number** 5:16,19,22
7:4 45:11,12
49:18,21 75:20
76:1,17 79:8
85:10 105:22
106:21 113:17,23
124:15,21 125:23
126:6 132:4,10
134:5,10 141:8,19
142:1 157:15,20
166:23 177:5,11
183:22 188:23
189:2 199:10
203:3 213:16
223:24 226:17
234:15 238:14
**numbered** 113:21
130:9 143:5
**numbers** 85:2
**numero** 49:14

## O

**o81** 241:2
**object** 14:14,18
24:2 60:22 62:20
67:1 68:9 70:11
70:21 88:8 91:6
104:14,16 116:16
142:24 143:13,16
144:7 145:17
153:3 169:17,17
225:5
**objecting** 91:4
**objection** 60:23
61:1,21 64:23
66:11 69:1,22
71:7 73:9 81:8

82:22 86:14 90:7
91:17 93:17 95:8
102:2,15 117:22
131:19 143:19
150:5 151:2,24
154:4,19 155:23
161:13 163:8
167:9 170:16
171:15 174:17,22
176:2 178:20
179:11 180:11
181:2 183:15
186:15,23 191:1
200:23 202:22
205:5,24 206:6,13
207:5 222:18
223:22 225:18
234:1 240:9
**objections** 172:2
**objects** 101:21
102:22 106:18
109:8,15
**observations**
162:16 191:10
**observer** 104:13
**obtained** 73:8
**obvious** 62:12,22
**obviousness** 62:15
**occasionally** 81:14
231:5
**occasions** 123:3
**occur** 143:12
219:13
**occurred** 53:6
66:10,22 70:8
**odds** 148:18
**offered** 183:7
**office** 100:19
**officer** 43:8,11,17
76:9
**offices** 2:6 30:19
**officials** 79:15
81:14
**oh** 135:11 143:8
149:11 151:20
154:17 166:9,21

174:13,20 184:6
215:5 218:11
**okay** 8:12,16,22,23
9:10,13,14,18,19
9:20,24 10:1,6,7
10:13,14,18,19
11:1,4,12,16,17
11:22,24 12:6,7
12:11,12,20,20
13:21,24 14:20
15:19 17:7 18:5
20:9 22:2 23:9,20
25:10,19 26,2,9
28:7 29:1,7,10,15
29:22 30:9 31:1
31:10,13,24 32:8
32:13,22 35:1,16
36:9,19,24 37:12
38:1,3 39:14,23
40:17,22 41:4
42:20,24 43:3,7
43:13 45:7,19
48:10 49:12 50:12
50:19,22 51:3,7,8
51:12,15 52:21
53:13 54:21 55:23
56:2,5,11,14,17
57:1 58:23 62:17
63:1,5,10,13 64:2
64:10,14,17 68:16
68:22 70:3,6,18
71:22 75:1,16
76:7 80:18 84:9
85:15 87:10,24
88:24 89:3 90:13
90:21 92:3 93:4
94:6,13 95:4 96:4
98:1 99:24 106:9
108:11,14,17,22
108:23 109:2,2,11
109:16 110:19
111:15,23 112:9
113:6 114:10,20
115:1,9,14 116:4
116:24 117:2
118:12,23 119:20

120:13 123:12
125:3 126:4 128:4
129:15 130:3
131:1,1 132:3,16
133:23 134:24
135:8 139:3,14,18
142:11,14 143:4,9
143:15 146:5,21
147:11,13 149:18
151:10,17 153:17
153:23 155:2
156:24 158:5
159:6 162:15
163:5,15 164:10
164:17 165:6
166:6,9,17 167:16
167:22 168:5,8,14
170:1 175:21
177:23 178:5,8
179:6 180:7
181:10 185:13,18
187:8,17,23 188:8
189:7 191:13,19
193:21 198:18,21
201:23 206:21,24
208:17 209:19
210:16,20 213:21
215:14,20 217:13
219:24 220:4,8,13
223:7 224:7,17
226:7,11,14,15
228:17,20 229:9
229:10,18 230:7
231:14 232:9
235:17 239:6,16
239:16,17 241:4,9
241:10
**old** 78:9 182:17,18
183:2
**older** 56:22 60:17
183:2
**once** 57:20 84:17
138:21
**ones** 85:11 180:14
180:17
**ongoing** 138:22

219:1 226:16
**open** 193:23 194:11
194:16
**operate** 199:24
201:16,19
**operated** 98:20
174:6
**operation** 57:19
236:14,19
**operator** 148:21
149:2,7,14 150:8
151:18 164:6
166:13 173:1,5,20
**opinion** 185:20
192:12 195:15
**opinions** 192:24
195:17,18
**opportunity** 152:6
166:13
**opposed** 44:16
**order** 93:14
**ordinary** 196:10,18
**organization** 210:6
**oriented** 14:14,18
31:3 77:14
**origin** 61:7
**origins** 178:14
**outcome** 41:21
45:20 46:8 244:18
**outline** 9:22
**outposts** 30:21
**output** 67:20 89:19
**outside** 33:21 35:14
36:6 58:5,6
104:17
**ovens** 18:9
**overarching** 12:2
**overstatement**
55:22
**owner** 47:23
**ownership** 41:7
42:1,3,9,19 43:5
46:23 47:2 48:1,5

———————
**P**
———————
**p** 4:5 112:4,5

157:16,17 198:13
198:14 217:20,21
241:14
**p1695** 211:6
**package** 85:24
**packages** 235:11,14
**page** 5:3,9 6:3
50:10 100:22
110:3 112:21,22
128:6,23 130:2,6
130:7,10 214:22
223:8,11 224:14
226:5,8,12 228:6
228:11,12,13
235:20 237:4
242:4
**pages** 5:14 112:12
112:13 127:18
128:5 130:9
195:22 243:6
**paint** 90:14
**pair** 128:13,18
**pairs** 129:12
**paper** 100:15
130:23,24 226:9
**papers** 36:1,3,5
39:1,4
**paradigm** 92:8
93:3 145:13
148:23 205:9
**paragano** 137:10
137:11,22,22
138:20,24 139:4,6
139:10 160:3,7
**paragraph** 100:22
108:13,23 109:3
110:3,17 112:21
112:22 114:11,13
143:9 153:9 154:1
164:16 184:8,17
185:23 195:23,24
196:2 224:14,16
226:12,13 228:10
235:20,23 237:4
238:1 239:7
**parallel** 60:1

David Kalokitis

207:23
parameters 99:4
paravano 139:1
part 13:20 24:11
28:19 31:8 46:12
55:7,13 59:21
64:7 66:7,9 77:22
83:16 89:12,15,20
92:15 93:5 99:15
108:20 141:10
148:1 158:16
179:3,3 181:6
184:19 186:13,18
190:13 192:12
210:21 211:15,23
214:7 217:8
218:24 219:11
228:3 232:1 233:4
233:12,15,18,20
233:24
participate 44:3
233:2,16,17 235:8
participated
158:20 210:22
211:1,3 235:3,5
participating 234:4
participation 91:13
138:14
particular 42:22
100:4 219:7
234:16
particularly 47:21
parties 244:14,17
partner 139:1
parts 34:24 107:1
pass 124:11
passed 79:20
patent 5:15,18,21
6:4,7,12,16 11:11
11:14 31:16 43:1
113:20 114:1,4,5
114:6,14,21 117:9
117:16 118:19
120:18,21 124:20
125:5,7,12,16
126:5,16 132:10

132:17,19 133:8,9
133:16,19,21,24
133:24 134:3,10
135:1,1,3,14,21
135:22 139:21
142:1,9,13 146:2
146:3 147:17
151:18,18 152:17
153:24 154:10,23
155:5,11 156:14
156:18 158:6
160:21,23 161:5,7
161:9,12,22
162:21 165:7,14
165:15 167:4,5,19
167:22 168:1,2,4
168:23 169:5,23
171:11 172:15
176:24 177:11
218:2 219:6,15
220:18 221:4,8
222:12 223:14,16
239:9,12,23 240:5
patents 11:3 32:23
51:6,8 103:16,19
104:2,4 106:10,15
130:17,20 134:14
134:20 160:21
161:9,24 162:1,2
177:19 181:17
191:8 193:14
196:5 197:7
198:19,20 219:4
221:14,16,18
222:12 224:1
226:17 240:6,6,16
240:20,21 241:1
path 12:22 203:13
paychecks 40:7
pc 100:10 118:6
119:2,4
pending 9:16 63:4
131:21
pennsylvania 3:20
people 30:15 45:16
55:17 59:18,18

74:14 75:2 78:11
140:8,21 219:7,8
peoples 21:3
percent 47:1
percentage 46:22
46:24
perform 14:7 17:14
24:7,12 25:2
85:18 86:21 93:15
236:10
performance 25:24
97:13
performed 117:21
118:6
performs 24:24
period 16:2 26:12
26:13 31:17 32:20
38:5 42:21 87:13
permission 108:19
person 22:13 80:11
81:2,3,4,5,23 82:2
116:22 148:16
166:17 174:9
196:17 209:4
personal 61:2,4
personally 23:18
46:5,21 87:3
181:20
persuading 77:14
pertaining 179:1
peter 75:6,8 88:2,5
88:10,20 89:13,14
90:11,15 91:1,13
91:21 92:19 93:7
93:14 94:13
120:14 133:2
158:4 240:23
peters 89:23
phenomena 196:15
196:21 197:8
philadelphia 3:20
phone 199:21
photo 184:23 185:2
photograph 236:13
photographs
156:15

photos 200:9
phrase 106:12
196:22
physically 237:1
pi 186:3
pianist 122:24
picking 203:17
picture 56:23
184:13 185:17,23
190:7
pictured 153:15
pictures 184:17
piece 27:8 79:16
173:8 186:17,20
186:21 187:1
235:12
pieces 107:9 187:10
187:11
pilot 232:21
pin 83:5 106:6
pitch 27:20,21
place 30:22 34:7
98:6 105:24
144:12
placed 182:21,24
plaintiff 1:5 3:3
7:16
plan 234:22
platform 190:12
play 122:24
playing 78:7
please 7:11 8:18
65:3 103:21 115:2
228:11 239:18
plots 90:1,5,5 91:15
plurality 164:24
plus 118:17
point 17:15 26:23
29:6,12 32:1 33:2
38:14 58:9 69:19
72:16 75:3 79:9
109:14 113:22
136:17 141:18
150:22 156:19
205:21 206:10
218:12 223:8

224:12 230:8
pointed 57:24
65:15 67:10 68:20
pole 59:1,5 65:24
67:7,17 78:17
105:13 151:10,12
151:13,22 152:14
polyozis 126:11,12
133:4 136:8,19
159:7,8,18
portable 199:13,14
199:19,20,22
202:11
portion 84:22
112:11
portions 122:5
position 26:5
210:11 236:23
positions 43:14
194:8 210:8
positive 143:12
144:2,5,11 145:11
145:13,15
possession 124:4
possibility 201:14
possible 123:4
197:10,11 201:15
post 12:22
postjody 72:24
potential 44:6
139:17 145:17
146:19 153:1
157:1,6,8 175:7
175:11,13,15,17
175:19
potentially 65:17
142:23 147:7
152:21 154:23
156:6 172:8
power 1:4 6:19,20
7:6,16 11:15 12:5
12:17 14:21 15:7
15:23 36:8,21
38:9 39:17,21
40:11,22 41:4,8
41:17 42:2,10,13

David Kalokitis

Page 262

43:5,8,14,18
44:10,13,14 45:23
45:24 46:12,15
47:2 53:22 76:9
77:22 80:10,11,18
80:22 81:5,23
82:6,9 85:17,22
86:11,11 100:12
101:22 102:23
109:9 111:16
123:9 124:4
133:24 138:15,17
138:18 139:8,9
153:13,17,19,22
154:2,10,13,15
155:2,12,19,21
156:1,5,16 157:5
169:22 170:2
177:20 181:12,12
181:15,18 183:2
183:22 184:19
185:10,14 186:10
187:8 188:1,9
189:19 190:15,23
196:16 203:19,23
204:5,10 213:24
214:1 218:10
222:23 223:20
224:17 230:12,21
231:2,5,9 232:5
233:2,15,22 234:3
234:18 235:2,7,15
239:9,11,20,22
240:4
**pqt** 235:24
**prayers** 79:2
**predate** 123:15
**predated** 140:10
**predates** 185:3
**prejody** 71:4
199:12
**preliminary** 5:12
50:3 185:11
222:24 223:3
**premier** 1:7 4:3 7:7
87:11,19,21 134:1

134:21 177:21
223:21 229:21,24
233:23 237:8,13
237:21
**premiers** 87:16
**presence** 170:22
175:1 208:6,10,20
**present** 4:12 7:11
89:9 192:2 193:7
193:16 195:11,13
**presentations**
80:12 230:9,15,18
230:22 231:1,7,10
231:13
**presented** 80:5
82:10
**presenting** 81:6
231:2,3
**presents** 80:20
**pretend** 32:8 116:8
**pretty** 113:12
184:22 212:22
**previous** 118:24
**pricing** 84:7
**primarily** 17:4
**primary** 145:1
**prior** 11:20,21
38:15 54:3,17,24
55:10 59:15 60:20
62:18 66:14,20
69:5 70:9 71:21
72:3,7,11 95:18
111:5 120:5
141:11,12 183:7,9
183:10,12 186:10
202:1 203:20,21
204:3,11,20 205:3
205:8 216:10,12
216:15,18,20,24
217:2
**priority** 95:15
**privately** 48:3
211:11
**privilege** 192:19,22
193:2 194:4
**privileged** 102:13

222:2
**probably** 8:12 18:3
20:3 29:12,21
42:15 121:1
123:18 141:8
150:13 165:22
188:22 205:2
209:8
**probe** 57:22 73:2
96:1,3,6 128:11
128:13 129:7,11
129:23,24 182:9
198:24 199:2,4
200:16,17,20
202:15,17,20
205:13,21 206:11
207:2,11,12,13,15
207:23 208:12
216:4
**probes** 96:13,18
127:22 164:24
203:1
**problem** 52:7 54:14
62:19 73:21 86:19
102:6 119:7
**problems** 197:20
197:21
**procedure** 6:18
**procedures** 213:23
**proceedings** 7:1
**process** 44:1 86:4,6
89:12,15,15,20
92:3,15,16 93:21
93:24 94:8 111:11
148:2 210:5,5,6
212:10 219:1
232:1
**processes** 43:23,23
44:9
**processing** 16:14
16:19 20:11 22:12
23:10,13,24 24:6
24:15 35:11 93:15
115:22 116:5,12
117:20 118:5
119:1,5,10 131:3

131:5,10,16,18,24
132:2 148:8,8
178:16 187:12
**processor** 118:1
129:18,19,20,20
**processors** 93:11
**produce** 212:14
**produced** 164:22
**produces** 148:12
161:10
**product** 154:2,11
154:13,16 157:5
192:1,7 194:4,5,6
194:9 216:18,20
236:11
**productize** 159:14
**products** 96:9
123:9 216:22,24
**professional** 2:14
10:23 15:21 44:4
110:24 209:13
**profit** 46:13,15
**program** 83:12
93:10 232:21
233:1
**programmed** 95:1
95:1 99:10,13
116:7 117:5,6
119:5
**programming** 14:8
14:8,15,18 15:6
99:9 116:11 117:3
**programs** 99:14
**progress** 55:8 69:9
69:10 98:6
**progressed** 227:3
**progressing** 10:16
**progression** 15:22
227:2,5
**project** 22:19 31:3
31:4 33:3,7,13
34:12 38:16 49:7
55:7,10,17 59:14
60:10,12,16,20
64:21 65:5 69:5,5
69:9,20,24 70:7,8

71:5,6 72:10,18
74:2,5,19 75:4,12
94:14 95:5 100:4
100:6 111:8 121:3
139:23 158:22
199:12
**projects** 21:4 22:21
33:8,20 48:18
59:24 71:10 72:13
**promised** 108:8
**promoted** 18:11
20:19 26:5
**promotion** 17:17
17:20 20:23
**promulgated** 212:7
213:1 215:22
**pronounce** 101:12
**proof** 54:17
**propagation** 22:12
**proper** 106:3
**proposal** 53:15,19
53:22 83:13,20,22
83:22 84:2 86:3
86:13 123:17,20
124:3
**proposals** 83:8 84:3
84:5,16,18 232:16
233:10
**proposed** 33:8
98:14,16
**proposing** 138:5
**propounded** 243:9
**prosecuting** 218:16
**prospect** 234:4
**protected** 194:14
239:11
**protection** 239:9,12
239:23 240:5
**prototype** 91:23
98:5 99:12 110:6
110:16 111:3,13
112:23 113:2
116:6,10 117:4
224:21
**prototyping** 33:17
97:11

provide 44:5 77:21
81:15 149:6 171:8
236:4
provides 166:12,21
166:22,23 172:3
174:3
providing 147:1
173:22 231:1,7
provisional 5:15,18
5:21 113:20 114:5
114:21 117:8
124:20 126:5
133:7 135:6,13
219:15 220:18
221:4 223:17
224:15
provisionals 130:1
136:5 224:1
226:17
prowess 63:24
public 2:16 43:20
47:24,24 48:2,4
76:13 77:8,21
106:4 243:22
244:22
publically 213:1
publications 34:2
38:13 213:3,4
publicly 211:11
publish 38:16
published 36:1,3,5
36:7,21 37:1,2,5
38:6,10 39:7
puddle 78:7
pull 101:16 107:8
108:19 150:18
162:4 223:11
224:5
pulled 78:17
purchasing 141:7
purely 147:3
purpose 65:19 77:5
118:13 121:19
152:4 202:17
purposed 97:13
purposes 112:18

202:21
pursuant 2:13
pursuing 80:17,19
80:24
pushed 200:7 201:9
201:9
put 40:9 48:20
50:22 63:24 64:8
66:3 71:23 85:9
94:17,20 106:3
112:10 118:2
140:6 141:6
147:24 173:9
233:14 239:2
puts 209:24
putting 47:11 48:16
189:21

Q

question 8:17 9:1,2
9:16,17 24:3
31:18 42:18 61:24
62:2 63:4 66:16
66:18 67:2 68:10
69:8,11 70:12,16
70:22 73:12 90:24
91:5,10 102:7,12
103:23 108:8
110:9 116:17
117:1,16 120:10
124:9 126:23
128:24 131:21
140:6 144:16
151:11 155:8
161:10 165:13
167:12 169:7,9,11
169:12,14 181:24
188:13 192:3,4
193:10,19 206:23
207:1 208:17,19
216:13 220:8,9
221:7 222:1,4
230:15 232:3
239:18
questioning 63:12
questions 8:13

10:11 50:24 194:2
217:17 229:19,23
230:2 241:9 243:8
quicker 9:24
quickly 98:15
quite 46:5 69:8
75:2 82:12 122:11
123:10 167:12
182:18 209:21
212:20
quote 101:20
102:10
quoted 164:16

R

r 19:17 21:1 52:4,5
52:18 53:16 100:2
100:11 109:18,19
111:1 242:1,1
radar 18:20 26:8
26:20 27:2,6,9,14
28:2,3,7,10
rain 78:7
ramifications 46:8
rapidly 98:11
rate 178:11,19,24
180:9
ray 3:5 7:17 218:22
240:12
reach 86:19 189:24
reached 141:1
reacting 175:9
read 14:24 15:3
37:10 72:12
108:13 109:1,2
144:3 163:13,18
163:24 164:17
165:9 184:15,16
214:6 223:10
224:23 226:4,4
238:2 239:4 243:5
reading 71:15
102:16 113:22
161:7 178:7
180:20 196:3,9
214:11 225:24

ready 107:19
real 131:4
realize 177:23
realized 76:5 135:4
really 8:19 38:3,14
81:2 83:3 85:16
90:15 102:13,13
106:24 119:7
138:23 150:20
156:20 169:8
178:14 223:10
225:14
realm 148:9 163:3
179:14
realms 197:18
realtime 2:15
reason 9:4,7,11
47:18 67:5 68:17
77:24 91:7,8
140:15 223:7
225:14 242:6,8,10
242:12,14,16,18
242:20,22,24
reasonable 48:17
102:8 145:6
187:16
reasonably 94:19
recall 18:4 20:21
28:5,6,11 29:19
30:20 31:10 32:19
35:17 37:9 38:14
39:12 50:17,21
52:16,19,22 53:1
53:3 56:17 57:1,5
57:5 59:2,3 60:8
60:11,13,14 61:6
63:17,18 67:18,19
67:22 82:24 83:3
92:18,20 96:13
97:19 99:2,16
118:18,21,22
120:3,5 121:4
125:3,4,11,16,22
130:21,22 135:10
157:7 159:7 189:9
203:15,15 209:22

213:8 214:11,12
214:15,18,19
218:15,19,23
220:15,17,23
221:1,6,9,12,12
221:15 222:14,17
222:20,22 230:12
230:14 231:12
recalling 57:3
received 73:7
232:23
receiving 235:8
recess 36:14,15
75:21,22 112:4,5
157:16,17 198:13
198:14 217:20,21
recited 129:7
recites 128:11,17
129:15
recognize 22:13,14
50:4 114:1 130:16
130:19 142:9
152:23 214:9
recollect 48:13
recollection 48:23
53:8,10 71:16
73:5 115:11
recollections 59:23
recommendation
210:5
record 7:3 8:19
36:10,11,13,17
41:13 56:4 63:11
75:19,24 112:3,7
112:9 157:14,19
169:13 188:13
198:12,16 217:19
217:23 225:17,24
244:11
refer 50:23 96:1,2,3
107:8 184:7
185:11,16 240:4
reference 114:17
127:7 144:2 214:5
214:9,10 228:8
239:17

David Kalokitis

Page 264

**referenced** 94:9
**references** 129:2
  166:12
**referred** 98:4 128:1
  128:2 145:10
  189:12
**referring** 36:1 51:5
  114:10 129:5
  145:22 154:1
  158:5 162:22
  165:23 166:3
  200:10,12,14
  215:14 223:6
  228:22 240:5
**refers** 109:6,7,13
  109:13 112:23
  114:13 239:7,15
  239:24
**regard** 27:4,5
**regarding** 83:8
  123:14 125:9
  193:3 204:16
**registered** 2:14
**regulate** 77:12
**regulations** 77:11
  77:16 80:17,19,24
**regulators** 77:1,15
  80:5,13 81:6,13
  81:24 82:10,11
  106:4 230:16,17
  230:18,22 231:4
**regulatory** 76:24
  77:3 81:1,3,4,11
  230:24
**rejected** 234:4,19
**relate** 17:4
**related** 125:7 129:9
  196:12 222:12
  244:13
**relationship** 52:4
  53:7
**relative** 244:15
**relevance** 47:20
**relevant** 47:10,22
  185:8,10,15
  197:19

**relied** 192:23
  195:14 203:11
  240:13
**relies** 66:13 236:20
**relying** 168:1 239:3
**remember** 12:14,15
  37:5 53:6 55:2
  58:9 94:20 96:15
  96:21 115:24
  121:1,6 124:2
  135:12 140:22
  141:16 200:17,18
  200:19 219:17,20
  219:22 234:7
**remote** 143:11
**remotely** 32:16
**repeat** 31:18
**rephrase** 70:15
**report** 110:1 111:5
  111:7,10,12,15,16
**reported** 1:21
**reporter** 2:14,15,15
  7:21 49:13 107:9
  113:14 124:19
  126:2 132:7 134:8
  141:22 177:8
  196:6 213:19
  244:1,4
**reports** 72:12
**represent** 7:12
  229:24
**representation**
  164:7,8,12 173:21
**representatives**
  52:17
**request** 86:10,12
  88:22 98:8
**requested** 234:22
**requests** 83:8
**required** 233:12,17
  233:19
**requirement**
  231:24 232:10,15
  233:21
**requirements**
  234:15

**requires** 155:17
  162:11 163:5,15
  164:19
**research** 52:5 55:3
**resemblance** 184:7
  184:24 185:6
**resemblances**
  188:14
**resource** 52:5 55:3
**resources** 34:21
  44:5 61:16 203:11
**respect** 23:15 59:14
  114:7 119:14
  121:17 167:3
  193:13 218:6,9
  219:14
**respond** 170:21
**responded** 233:14
**responding** 83:8
  85:17,20 86:9
**responds** 127:13
**response** 12:10
  83:16 84:23 85:22
  85:23 164:5
**responsibilities**
  16:8 21:3
**responsibility**
  83:14
**rest** 235:12
**restate** 90:24 152:3
**result** 170:12,15
  175:4
**resulting** 101:21
  102:23 109:8
**results** 94:5 156:11
  156:13
**retain** 41:7
**retired** 56:22
  121:10
**review** 10:10,13
  115:2 145:18
  210:5
**reviewed** 59:19
  236:13
**reviewing** 10:11
  73:5 196:5

**rfp** 84:23 85:20,21
  86:2 232:1,18
  233:4,14
**rfps** 85:17 231:15
  231:17,24 232:4
  232:23,23 234:15
**rhode** 234:9,11
**ride** 101:10
**right** 14:2 16:22
  25:8 29:8,9 30:6
  32:11,24 35:3,7
  36:22 37:11 38:4
  41:8 43:8 45:8
  49:9 52:24 55:11
  56:23 59:16 63:3
  65:6,11 67:8
  70:20 72:5 73:18
  73:22 74:3,10,20
  76:20 80:14,15
  84:11 85:8 87:24
  88:17,19 89:4
  90:20 91:3 93:20
  95:3,24 104:2
  105:3 113:16,22
  114:8,22 115:4,16
  119:23 120:14
  124:12 125:1
  130:17 131:5
  132:19 133:6,9,16
  134:1,15,22
  135:18,21 139:17
  145:5 146:6,17
  149:23 151:22
  153:18 161:12
  163:7,17,22
  164:19 168:3
  174:2,11,16
  175:16,22 176:14
  176:20,23 177:14
  177:21 187:18
  188:4 190:24
  191:9,17 201:17
  205:4,20 206:5,12
  215:3,22 216:1,16
  224:6,11 225:19
  231:14 239:2

**righthand** 118:7
**rigorous** 212:19,22
**risks** 77:9
**road** 10:15
**rochester** 234:10
  234:12,14
**role** 11:10 22:18
  43:16 46:3 55:14
  75:7 90:4 91:14
**roles** 141:17
**room** 64:13
**rough** 45:12
**roughly** 117:13
  120:3
**routine** 24:22
**rpr** 1:21
**rub** 205:19
**rubber** 229:9
**rules** 37:22
**run** 88:21 140:3
**running** 143:6

---
**S**
---

**s** 6:4,7,12,16 13:7
  124:20 126:5
  132:10 134:10
  142:1 177:11
**safe** 8:24 79:24,24
  124:12 229:17
**safety** 1:10 76:19
  77:9,19,21 78:2
**sale** 183:7,22
**salina** 78:6 79:5,8
**sample** 25:8
**samples** 164:22,24
**sampling** 25:13
  178:19
**sandy** 100:15
**sarnoff** 13:2,3
  14:21,23 15:10,20
  15:22,23 16:2,4
  17:9 18:21,24
  19:5,15,22 29:18
  30:8,12,19,23
  33:3,5 35:18,21
  38:4,5 39:13,14

39:22 40:11,23
41:5,7,16,17,20
41:24 42:1,3,9,12
43:4 48:14 51:18
52:4,6,12 53:2,14
53:24,24 54:1,4
54:16 56:18 57:10
58:7,11 59:18
60:15 61:20 62:1
64:3,11,15 70:23
71:5 72:12,14,21
73:17,22 74:1,10
74:18 76:4 96:17
97:20 100:2
116:19 119:21,24
120:1,4,7 121:9
122:7,10,16,18,22
136:12,14,16,20
136:22,24 137:2,4
137:6,8,13,15,17
137:19 140:18
157:24 158:3
159:5,22 160:8
183:23 199:11
203:6 218:4
224:19
**sarnoffs** 20:7 39:5
39:8,9 66:20
**sat** 60:2,9 117:16
**satellite** 18:20 22:3
28:9,14,17 29:3
29:17 30:11 31:2
31:15 32:1
**saw** 50:13 55:8,9,13
58:1,3,3 59:11,13
64:19 65:10,15
67:5,9 68:20
131:18 132:23
200:2 217:11
**saying** 70:17 72:2
84:16 86:18
130:22,23 131:14
148:4 149:13,16
164:4,5 169:16
190:4 193:5
**says** 50:1 101:19

108:15 114:23
128:12 129:21
153:14 160:13
163:18 164:21
165:24 184:11
194:17 197:3
214:23 225:1
235:23
**scan** 233:19
**scanned** 79:7
**scenario** 167:18
**schematic** 73:1
**schematics** 72:22
**school** 12:22 14:3
15:17
**schultz** 126:13
135:7,13 136:23
136:24 137:1,5,7
158:15,23 159:4
**schultzs** 158:10,13
**science** 12:24 13:5
196:12 197:13
**scientific** 234:24
**scope** 68:11
**scratch** 74:3,5
**screen** 9:21 67:21
127:1,3 145:10
150:2 174:19,24
**searches** 203:14
**searching** 203:7
**second** 128:17
220:21 228:18
239:6
**section** 35:9
**sections** 228:9,19
228:20
**see** 10:16 14:24
19:5,9,15,22 22:3
22:6,16,18 25:6
32:19 34:1,18
35:16 37:7 39:23
40:15 42:17 44:20
45:3 50:15,19
57:16,18 60:8
62:17 65:19,22
68:22 71:13,15,16

71:22 72:17,20
73:14 74:9 84:20
86:1,8 97:7,7
101:18,23 102:17
114:16 119:1,6
122:23,24 123:2
127:10,12,21,23
128:8,15,16,19,20
130:11,12,13
131:8 132:15
134:13 143:6,14
145:4,15,16 147:4
147:6,9 148:17
149:12,15 150:17
151:9 160:16
164:17,21 165:10
165:17 184:8
194:16 196:2,10
196:16,22 211:1
214:22 217:8
223:5,10 225:15
226:14 239:17
240:16,20 241:1,5
241:5
**seeing** 67:22 148:19
**seen** 72:8 73:1
136:19,21 137:5,7
137:21,23,24
138:1 146:2 158:4
159:4,20 202:4
214:3 216:6,9,11
238:14
**sees** 102:10 149:20
150:8,9
**select** 116:21
**selling** 19:20
**sells** 153:18
**semicognizant**
64:20
**senior** 16:9,17,22
16:24 17:16
208:24 209:3,4,20
210:9,19
**sense** 30:9 44:20
45:7 59:12 87:15
88:24 91:9 133:13

133:17 146:24
174:16 205:17,19
205:22 207:24
224:2 237:17,20
238:17
**sensed** 58:19 89:5
172:5 236:23
**sensing** 65:18 175:9
180:5 236:17
**sensitive** 96:11
**sensitivities** 96:9
**sensor** 27:9,10
57:12,16,18 58:14
64:19,22 65:11,14
66:4,20 67:9,9,24
68:23 75:13 88:15
88:21,24 89:5,6
90:1 91:22,23
96:1,3,6 127:22
128:11,13 129:7
129:11 164:23
182:9,11,13
186:11 187:12,17
187:19 188:1,2,7
205:2,13 206:11
207:2,10,12,13,15
207:17,23 208:12
208:14 216:4
236:1,20 237:1
**sensors** 27:7 98:18
203:19,23 204:4
204:10,21,23
236:15
**sent** 78:20 239:7,20
239:20
**sentence** 110:7
143:14 144:3
163:11 225:1
226:13,14 228:18
228:21 235:23
238:2 239:6
**separate** 91:24
**separating** 92:4
**september** 84:21
86:24 87:14
**sequence** 48:18

89:16
**serial** 5:16,19,22
113:23 124:20
126:6
**series** 216:21
**serious** 77:18 78:2
84:14
**service** 52:2 89:11
229:21 237:9
**services** 1:7 4:3 7:7
53:16 240:3
**set** 74:18 94:12
167:17 229:8
**setting** 17:12
189:19
**seven** 39:15 177:18
211:18,19 212:21
**sevenyear** 26:12,13
**sheet** 243:11
**shift** 21:8
**shocked** 78:5,13
**shop** 34:17,22
**short** 101:9 108:24
**shorthand** 244:9
**shouldnt** 105:17
**show** 43:1 101:17
102:2,6,19,20
142:22 148:8
185:24 233:23
**showed** 95:18
**showing** 129:6
144:19 184:21
**shown** 118:7
129:24,24 157:4
**shows** 147:14 229:9
**sidebyside** 184:11
184:13 233:23
**sidetracked** 109:17
**sidewalk** 229:7
**sidewalks** 228:9,19
228:21,23
**sign** 9:12 144:20
145:8 146:18
147:6,19 148:6,10
148:20 150:10,14
151:10,13,21

152:8,12,19,24
153:3 167:4,7
168:8,11 169:3,5
170:6,24 171:5
172:21 173:15
**signal** 16:14,19
20:11 22:12,12
23:10,13,24 24:5
24:6,14,15,20
25:7,11,15,17
75:15,15 88:17,23
89:4,21,24 91:24
93:10,15 97:8
98:18,20 116:12
117:20 118:1,5
119:1,5,10 120:24
131:3,5,9,16,18
131:24 132:2
143:22 145:7,15
145:16 146:23
148:18 150:3,4,11
151:13 152:9,9,12
153:3 163:6,16,19
164:2,5,6 168:10
171:6 175:20
178:15 187:12
**signals** 57:13 91:16
93:8 98:22 99:6
143:24 198:1
208:3
**signature** 50:9
95:19 147:4,6
148:6 149:6
152:23 153:2,3,4
153:5 173:20
241:13
**signed** 219:17
**significant** 145:2
186:20 187:4,6,10
187:11 209:5,23
**signs** 176:19
**silo** 21:5 31:4 35:3
35:4,6
**similar** 28:11 130:7
130:13,14 171:6,6
173:20 197:21

198:5
**similarities** 181:21
182:2
**simulation** 94:11
**single** 127:24
**sir** 35:22 228:23
**sit** 217:14
**sites** 98:21
**sitting** 60:11
**six** 40:1 100:20
**skgf** 3:11,12,13
**skill** 196:11,18
**skilled** 62:22 197:6
213:7,10 216:1
**skills** 35:12 93:23
**small** 46:22,22 85:2
94:19 123:1
**smaller** 29:12 86:5
86:9
**smart** 159:8
**society** 209:6,13
**software** 98:24
99:3 137:11,11,12
160:5 187:13
**sold** 19:15 20:2
41:5 42:2 183:7,8
**sole** 142:6
**soliciting** 87:22
**solution** 53:16
74:23
**solutions** 1:10
**solve** 52:9
**somebody** 99:21
100:10 108:1
148:24 174:10
197:6
**somewhat** 15:1,3,5
**soon** 215:22
**sorry** 67:14 73:12
73:13 103:23
111:21 143:8,8
147:5 148:5
171:18 188:12,16
196:1,6,8 207:8
214:7,17 220:20
226:6,22 228:12

228:13 241:3,8
**sort** 51:2 67:20
81:15
**sound** 182:14
**sounded** 67:13,15
**sounds** 29:9 212:22
**source** 64:5 84:2
104:12 142:19,20
142:24 143:23
152:21 167:23
172:6 175:13,14
202:1
**sources** 6:14 142:3
142:15,16 155:11
168:24 172:7
**span** 28:3
**speak** 71:11 84:3
122:21 220:9
222:5
**speaking** 77:5
140:1
**spearheaded** 81:2
**specific** 59:23 60:9
73:5 82:24 121:7
121:20 203:14
231:12
**specifically** 21:1
33:10 60:11 97:13
103:18 107:8
121:3 140:23
221:1
**specification** 168:1
178:22 179:4
212:5
**specifications**
96:10
**specifics** 25:18
120:19 158:15
237:19,24
**specified** 184:4
**speculating** 119:12
**speculation** 69:23
**speech** 81:16,16
**speed** 27:7,9,11,12
27:20,21,23,24
**spent** 158:21

**spoke** 76:18 77:2
123:11 138:3
219:7 220:5
**spoken** 76:23
101:15 122:14,17
136:19 137:21
138:19
**spot** 48:21 199:20
199:22
**spring** 78:4,4
**staff** 17:22,24 18:1
18:12 19:11 20:10
20:14,20 26:3,14
26:24 28:23
**stages** 141:14
**stairs** 229:6
**stand** 45:22 46:14
**standard** 6:17,17
152:11 212:3,4,12
212:16,19 213:22
213:23 214:3,13
214:16,21 215:11
215:13,17
**standards** 212:1,7
212:8,9,24 213:1
213:3,11 215:2,9
215:15
**start** 10:10,11
12:21 26:9 63:10
74:3,4 94:2
162:24 167:15
208:7 210:17
**started** 13:2 15:22
16:4,17 33:23
39:16 40:11 41:2
98:17 99:12 120:6
127:5 140:24
144:3 179:8 209:8
227:2 237:8,13,21
**starting** 114:14
**starts** 119:18
143:10 153:10
**state** 13:1 91:6
102:14 231:10
**stated** 192:11
**statement** 55:22

56:12 165:24
223:12 225:4
226:15 227:8,9,11
227:13 236:5
**statements** 185:16
**states** 1:1 244:2
**status** 178:15
**stay** 123:4
**step** 55:18 71:3
73:16 74:16 95:23
165:16 169:21
215:1
**stepped** 78:7
**sterne** 2:8 3:7
**stick** 124:7
**sticker** 113:12
**stomach** 108:1
**stop** 75:16 103:21
**story** 11:6
**straightforward**
40:8
**stray** 5:23 6:10,15
31:20 33:3,13,18
33:22,23 34:8
38:15,17 43:21
45:9,17 48:24
49:2,5,6 51:19
52:7 53:17 54:5
54:14,24 55:6,20
56:7,9 57:15
60:15 61:6,11
62:21,23 63:16
64:5 69:5 70:7
71:5 72:9,12,15
72:17,21 76:14
77:15 85:18 87:22
88:6,12 95:7 98:8
101:3,7,20 102:21
103:2,11,15 104:2
104:3,6,8,9,18
105:9,16,20
106:11,12 108:15
109:4,5,7,12
114:8 121:4 123:8
123:14 125:9
126:8 134:12

138:12 140:11,12
142:3 143:12
145:11,12,14,17
145:19 147:3
149:1 152:6,13,22
153:15 155:11
160:23 168:16,20
170:12,15,19
171:7,12,14,24
172:1,6,20 173:4
173:7,12 174:8,20
175:1,12 176:1,6
179:9 180:5,15,19
181:7 189:22
190:1 194:23
195:4 199:7
202:18 205:18,20
205:22 206:11,18
208:15 224:20,21
227:17,23 228:2
232:13,19,24
233:6 236:17
237:10 238:3,6,19
240:3
**street** 3:18 4:6
62:20 66:5 78:8
78:11 145:14
152:10 172:13
229:4
**streetlight** 58:10,13
58:15,21,24 59:1
59:3 65:16,17
67:11 68:21 95:19
104:16 145:3,5
147:5 148:5 152:5
152:7 169:3,6
170:4 173:16
**streetlights** 104:15
173:17
**streets** 155:4
**strengths** 164:23
165:1
**stretch** 150:18
**strike** 42:7
**striking** 181:22
182:2 184:7,24

185:5 188:14,16
**strong** 56:13
**structure** 30:7
57:14 61:6 78:18
89:10,18,22 90:3
170:20
**structures** 93:9
149:3 176:7
**struggle** 106:2,5
**struggles** 106:2
**student** 210:17
**study** 72:15 88:6
121:24
**studying** 118:8,15
**stuff** 10:21 12:4
83:6 88:1 95:1
96:20 99:11 100:5
100:14
**stupid** 216:13
**style** 100:2,11
109:18,19
**subject** 112:16
160:20
**submit** 42:24 86:13
231:6
**submitted** 232:5
**subscribed** 243:18
**subsidiaries** 40:6
**subsidiary** 40:23
41:2,5
**substance** 243:10
**substations** 31:5,6
31:6 32:4 36:8,22
37:3 38:10
**successful** 235:7
**sued** 223:21
**suggest** 86:20
**suit** 32:24 43:2
130:17,20 162:7
196:5 240:6,17,20
240:21 241:2,6
**suitcase** 96:21
**suits** 222:13
**summary** 165:17
165:19 166:5
**superconductivity**

23:2,6,21 25:20
**superconductors**
25:23
**supervised** 55:16
93:6
**supervisory** 55:14
**supply** 85:21
**support** 5:11 50:2
185:15 205:14,16
206:4 207:3,19,21
223:2
**supposed** 118:16
**sure** 8:20 13:13
47:4,9,23 63:11
90:9,18 101:6,11
106:23 127:15
147:20 157:12
158:1,11 165:12
169:10,11 175:6
179:18 185:7
188:12 198:10
205:7 217:16
228:7 229:17
232:2
**surprise** 87:18,21
**surrounding** 220:1
221:23
**surrounds** 103:5
**survey** 1:4 7:6,17
12:5,17 14:21
15:23 39:17,21
40:11,22 41:4,8
41:18 42:2,10,14
43:5,8,14,18
44:10,13,14 45:23
45:24 46:12,15
47:3 53:22 76:10
80:11,11,18,22
81:5,23 82:6,9
85:18,22 86:11,12
100:12 111:16
133:24 138:15,17
138:18 139:8,9
153:13,17,20,22
154:10 155:2,12
155:19,21 156:1,5

156:17 157:5
177:20 181:19
184:19 185:14
187:8 189:19
190:23 223:20
230:12,21 231:2,5
231:9,24 232:5,11
232:12 233:2,7,15
233:22,23 234:4
234:18 235:2,7,9
235:15 239:20
**surveys** 11:16 15:7
123:9 124:4 154:2
154:13,16 169:22
170:2 181:12,13
181:15 183:2,23
185:10 186:10
188:2,9 190:15
218:10 222:23
224:17 233:3
239:9,11,22 240:4
**svd** 153:10,12,14
153:18,19,19,21
153:22,24 154:21
154:24 185:2
189:3
**swear** 7:22
**sworn** 8:2 243:18
244:7
**symposia** 38:22
76:18 231:1
**synchronizing** 31:5
31:6 32:3 36:8,21
37:3 38:9
**system** 11:16,16,19
15:7 27:10 33:18
33:19 52:7 53:18
55:6 88:21 89:5,6
89:8 91:23 92:7
93:5 98:5,9,10,14
106:16,16 109:21
110:7,9,12,15
115:3 116:6,10,15
117:5 123:13
126:19 127:9,10
127:10 133:14,21

142:21 145:4
146:10 147:14,16
148:7,7 149:6,9
149:10 151:19
152:9,16,20
153:10,12,13,14
153:16,18 154:9
154:22 155:20,22
156:2,5 161:12,18
162:8,21,22
163:22 166:21,22
167:5,20,21,24,24
168:14,17,19
169:4,22 170:7,10
170:11,20 171:2,6
171:10,20 172:3
172:11,14,18
173:1,10,23 174:3
174:5,10 175:8,14
176:24 179:9
183:2 186:14
187:1,1,9,10,11
187:13,14,18
188:11 189:12
199:6 201:2,3,8
201:18,22 206:17
212:5 224:19,21
225:2 227:16,19
227:23 228:2
235:24 237:11
238:4,6,20,21
**systems** 18:18
32:10 109:9 148:8
155:3 158:18,19
184:23 196:16
201:23 202:1

| T |
| --- |

**t** 242:1
**table** 49:16 140:2
**take** 9:11,12,17
10:9,12 13:8
15:14,20 17:15
18:9,21 24:6 59:5
70:6 75:13 82:19
88:15,20 89:23

91:21 94:12 98:6
125:3 126:15
145:20 147:10
167:18 178:17
196:7
**taken** 36:14 75:21
112:4 157:16
198:13 217:20
244:5,8,15
**takes** 107:9 212:20
**talents** 116:13,14
**talk** 11:2,9,13,18
11:19 15:19 38:19
38:20 72:14 74:14
74:17 81:12 98:2
123:2 191:22
193:3 219:24
220:13,14 221:22
**talked** 73:2 88:2
101:2,13 104:15
112:16 120:14
124:2 131:14
139:22 158:2
159:2,18 160:2
161:1 191:6 213:6
216:3 218:1 220:6
230:11
**talking** 18:8 38:5
49:8 76:4,8 106:9
109:17 167:3
215:3,6,7,8 218:6
218:8 219:20,22
230:4,9
**talks** 38:22 76:17
77:13 131:3 151:6
163:12 178:23
**tape** 75:17
**taped** 110:22
**target** 58:10,13
**targeted** 215:13
**targets** 146:19
**task** 89:17 197:19
212:6
**team** 35:6 74:18,20
74:22 75:1,3 79:4
91:14 116:19,21

140:16,20 141:1
158:16 198:23
224:18 228:1
**teams** 116:20
**technical** 16:9,17
16:22,24 17:16,21
17:23 18:1,12
19:11 20:10,14,20
26:3,14,24 28:23
42:15 43:22,23
44:5,9 63:20,23
76:18 81:16 83:13
83:13,17 84:15
101:14 236:7,8,9
**technicians** 43:24
45:14,15 75:4
94:17
**technique** 22:9
142:18 148:13
181:6
**techniques** 22:12
44:3 93:23 142:17
**technologies** 7:20
7:22
**technology** 17:5
20:3,6 32:18
33:21,23,24 34:5
43:8,11,17,19
76:9 154:17,22
156:8,10 203:8
**tell** 12:15 25:19
38:13 48:15 51:16
51:22 57:21
107:23 116:9
117:20 146:14
150:12 169:6
170:11,14 195:8
**telling** 36:20
158:12
**temperature** 25:23
**template** 84:18
231:21
**temporal** 105:21
**ten** 29:20,22 78:9
118:17 203:16
**term** 16:22 23:23

30:1 90:10 92:7
103:4 104:2,3,9
104:10,11 105:20
106:6 109:4
208:24
**terminal** 127:14
**terminals** 127:4
**terminologies**
95:23
**terminology** 25:16
101:1 126:23
**terms** 8:21 10:15
11:14 14:21 15:21
101:3 103:6 127:6
140:6 142:12
200:15
**terribly** 70:16
**territories** 233:20
**test** 1:10 19:3,6,7
58:7 96:17 98:21
110:14,14 156:13
232:12 234:5,19
234:21,22 235:4
236:10
**tested** 156:9,10
**testified** 8:2 67:4
216:14 231:16
**testify** 9:4,8 164:13
**testimony** 7:5
37:14,17 42:3
61:22 63:19 66:13
66:14 73:11,11
81:9 88:9 91:19
93:18 131:20
143:20 151:3
152:2 154:20
176:3 178:21
181:3 186:16
206:1,7,14 223:23
230:2 244:6,8,11
**testing** 16:11 17:12
18:16,22 19:12
21:8 58:2 74:22
87:23 145:14
156:4,7,12 200:9
237:10 238:4,6,20

**tests** 156:15
**text** 118:14 129:9
165:12
**thank** 12:20 38:1
48:10 124:14
229:19
**thats** 151:23 171:12
171:13 231:19
**theme** 12:2
**thing** 11:8 21:24
39:2 72:6 85:19
109:6 145:6
159:16,17 164:18
**things** 21:10 33:5
33:16 34:19 36:6
42:22 48:17 76:5
76:12 79:8 87:12
101:1 109:5,12,13
111:2 117:18
144:13 173:22
176:18 199:10
204:22 206:19,22
215:7 227:14
239:5
**think** 11:21 23:4
29:22 33:20 35:16
36:19 37:10,10,11
46:2 50:16 53:23
54:2 56:24 60:13
61:16 62:3,3,5
63:19,20,23 64:6
67:4 75:5 84:21
90:10,17 92:7
95:2 98:4 100:13
101:9 102:8
105:15 107:2,4
109:16 110:23
112:17 119:9
122:1 123:23,24
124:10 127:9
128:1 131:2
136:18 140:5,19
144:8,9 145:21
150:18 151:5,7
157:22 160:13
168:21 175:23

179:13,17 180:6
181:18,20 182:2,4
182:5 184:11,12
184:17,22 185:9
185:14,19 190:6
191:13 197:17
199:3,5 208:24
216:14 217:13,14
218:13,17,21,24
223:12 226:19,22
227:7,9 238:23
**thinking** 49:15
66:8 106:14
125:11 198:18
229:4,6 237:23
**third** 128:18
130:10 198:20
221:17
**thought** 51:13
55:18 63:15 66:9
78:23 79:2,11,16
95:16,16 109:17
148:2 149:21
188:2 208:8
215:10
**thoughts** 9:22
**three** 51:5 90:16
127:18 129:12
133:2,7 154:9
158:6 221:13,16
221:18 241:6
**threshold** 189:16
189:17,24
**thresholds** 189:13
189:20
**thrown** 226:9
**time** 7:3 10:10 13:7
13:22 14:16,17,19
16:15,16 17:3
18:3 20:9 21:6
22:24 25:8,14
26:12,13 28:11,12
28:22,22 29:15
30:10 31:17,21
32:20 33:6,14,15
33:16,19 36:12,16

David Kalokitis

38:4,14 41:9,10
41:24 42:4 43:4
48:2,17 49:10,11
50:12 57:7,10
58:9 60:6 62:17
66:8,19 71:14,17
72:7,24 73:23,24
75:3,18,23 80:4
82:8,12,13,18,21
83:18 87:13 96:14
97:16,22 100:10
103:3,8 104:9
105:23 106:7
109:9,14,22 112:1
112:2,6 122:10
123:6,11 125:4
139:23 141:6,18
144:12 150:9
157:9,13,18
158:16,21 164:22
164:24 178:9
186:10 198:11,15
200:3 203:2
211:16 214:13,19
216:1,22 217:18
217:22 220:24
221:1 227:3
229:19 232:7
237:22 241:11
**timeline** 98:2
**timeliness** 53:12
**times** 77:13 82:3
87:6 91:5 138:19
172:24 193:16
219:7
**timing** 113:3
**title** 17:19 210:13
211:13
**titled** 126:8 142:2
213:23
**titms** 119:19
**today** 7:21 9:4,7,10
9:20 10:9,16
11:21 12:2,4
37:18 41:18,19
42:19 53:21 83:23

83:23 101:2 106:2
139:22 155:3
156:23 218:1
230:2
**todays** 126:23
**told** 55:19 97:12
158:9 192:23
223:13,14
**tom** 82:3 139:13
235:16
**tool** 92:19
**tools** 92:18
**top** 188:23 189:13
**topic** 77:16 231:15
**total** 133:11
**touch** 123:5
**touched** 78:12
**town** 79:8,17
**traces** 127:16
**track** 58:7 85:7
200:7
**tracking** 224:3
**trade** 37:8
**traffic** 173:14,18
173:19
**trailer** 33:19
190:16,19
**trailermounted**
110:7,9,12,15
113:2
**train** 101:10 109:16
**training** 44:10
**transcribed** 244:10
**transcript** 47:13
**transcription** 243:7
244:10
**transform** 92:17
178:10,23 180:9
**transforms** 177:3
**transition** 42:21
**translate** 46:20
**translates** 46:3
**transponders**
22:17
**transported** 199:20
**travel** 83:5

**travelling** 230:24
**treatment** 131:13
**tremendous** 230:6
**trenton** 12:24
**trial** 211:10 212:14
215:7,10
**triaxial** 128:1
**tried** 78:11 99:13
163:3
**tripod** 187:14
190:6,11,16
**trips** 87:7
**truck** 79:12 146:8
146:14 147:14
148:16,24 149:2
151:19 167:19
168:7 170:1
173:15 187:5,7
190:17 236:1,21
**trucks** 44:13 45:9
45:16 79:5 155:3
190:19 236:3
**true** 244:11
**truthfully** 9:5
**try** 33:7 46:10
57:13 90:13,20
94:5 161:6 230:3
230:4
**trying** 46:2 55:21
56:3 62:19 90:13
90:15,17,18 93:22
95:1 143:16 149:1
151:8 168:21
173:9 175:23
198:1 199:9
**turn** 75:15 88:16
100:21 115:6
127:17 153:7
178:1 195:20
235:20
**turned** 141:5,6
**two** 38:8 54:9 75:5
75:5 123:5 130:1
146:19 150:11,23
151:6 161:5 169:7
177:1 184:23

196:13 198:19
215:6 237:16
**type** 87:4 137:12,12
148:11 160:5
207:12 238:19
**types** 39:4 57:13
80:12 87:12 215:2
**typical** 74:4 111:6
126:22 215:17
**typically** 117:16
212:4
**typo** 184:12

_____

**U**

**u** 6:4,7,12,16
124:20 126:5
132:10 134:10
142:1 177:11
**uhhuh** 15:3 41:15
44:2 49:9 76:22
77:4 78:14,19
100:9 120:15
141:24 147:23
163:23 172:16
190:15 233:8
**um** 138:3
**umbrella** 44:8
**un** 101:20
**uncharacteristic**
48:19 100:7
**unclear** 42:5,6,8,21
144:10
**undergrad** 13:24
**underneath** 173:15
**understand** 8:17
9:2 12:13 21:6
31:20 42:2 46:1
47:15,16 55:21
57:13 63:7,8 69:8
85:16 90:15 91:3
139:18 140:5,7
144:16 153:5
161:6 165:10
167:12 169:8,11
169:12,14,16
192:21 224:22

227:7 231:20
232:2 234:23
239:24
**understanding**
10:17 27:19 48:12
51:17,18 57:9
59:9 61:18 64:18
64:21 65:13 66:2
67:23 82:9 87:10
93:8 101:7 136:15
139:20 143:23
161:16 182:19
194:19 219:2
236:14
**understandings**
197:14
**undesirable** 109:14
**undesired** 101:20
102:22 109:7
**unexpected** 106:13
**unfortunately**
124:11
**unique** 133:10
**united** 1:1 244:2
**university** 13:4
**unknown** 104:12
104:13
**uno** 49:14
**unpublished** 38:20
38:21
**updated** 84:6
**urgency** 53:11
98:10
**usable** 89:19
**usage** 144:12
**use** 22:9,11 23:23
28:16 65:14 66:4
75:10,14 88:16
90:19 91:23 92:14
93:6 94:1,1,10
95:6 98:16 103:7
104:3,11 105:20
105:22 143:22
149:14 153:21
154:9,18,23,23
155:17 156:6

David Kalokitis

Page 270

157:10 178:10
180:8,13,17 181:5
185:7 190:16
202:16 203:9,18
204:9,23 205:21
206:11,17 207:7
208:5,9,13,20,22
210:12 211:10
212:14 215:7,10
231:21
**useful** 95:17
**user** 89:18 126:19
127:2 159:16
170:11,22 172:18
187:13 188:11,15
189:1,4,5,11,12
208:10 216:6,10
216:12
**uses** 93:23 148:10
149:11 182:9
207:23
**usually** 173:11
190:20,21 235:14
**utilities** 86:5,20
**utility** 1:7 4:3 7:7
32:6,6,10 85:21
85:23 229:21
231:10 237:8
**utiltys** 233:20

_____
**V**

**v** 1:6
**vague** 155:23
**valuation** 46:18
**vannozzi** 121:15,16
122:7 133:4
140:14 141:9
**varied** 19:18 20:6
234:16
**varies** 44:23 45:1
103:2
**various** 22:11
59:19 86:20 90:2
110:21 136:5
139:21 218:2
219:4

**vary** 86:7
**vehicle** 66:4,23
190:13 202:15,17
202:20 205:14,16
205:17 207:4,11
207:14,17
**venue** 123:1
**verbatim** 90:17
**verify** 113:21
**versus** 7:7 44:22
143:18 144:9
161:3 171:13,24
176:11
**vicinity** 168:10
**video** 5:24 126:9,17
126:18,20 127:3,4
127:7,11,13
**videographer** 7:2
7:19 36:12,16
75:18,23 112:2,6
157:13,18 198:11
198:15 217:18,22
241:11
**videotaped** 1:14
2:5 7:5
**vision** 35:10,10
**visits** 87:17
**visual** 191:10
**visually** 166:13
**voightsberger**
237:7,12 238:3,24
240:2
**voightsbergers**
235:24 239:8,21
**voltage** 5:23 6:10
6:15 31:20 33:4
33:13,18,22,23
34:8 38:16,17
43:21 45:10,17
48:24 49:2,5,6
51:19 52:7 53:17
54:5,14,24 55:6
55:20 56:7,9
57:15 58:20 60:15
61:6,11 62:21
64:5 65:17 67:6

69:5 70:7 71:5
72:9,12,15,17,21
74:22 76:14 77:8
77:15,18 78:2,22
78:23 79:23 80:1
81:17 82:1,11
83:9 85:18 87:23
88:6,12 98:9
101:2,3,7,20
102:21 103:2,11
103:15 104:2,3,6
104:8,9,11,18
105:2,6,7,10,16
105:16,21 106:12
106:12,13,16,17
108:16 109:5,6,7
109:12,14,22 114:8
121:4 123:14
125:9 126:8
134:12 138:12
140:11,12 142:3
145:11,12,14,18
145:19 147:4,16
147:22 152:7,13
152:22 153:16
155:12 160:23
164:20 165:2,8
166:1,18 167:8
168:16,21 170:13
170:15,20 171:7
171:13,14,24
172:1,6,20 173:4
173:8,12,12 174:8
174:12,21 175:1
175:12,16,19,20
176:1,6,10,11,13
176:15 179:9
180:6,16,19 181:8
189:22 190:1
194:23 195:4
199:7 202:18
205:18,20,22
206:12,18 208:16
224:20,21 225:2
227:23 228:2
232:13,19,24

233:6 236:17
237:10 238:4,6,20
240:3
**voltages** 62:23
63:16 95:7 101:20
102:22 123:9
143:12 149:1
211:10
**volts** 104:17
**volume** 45:4
**vp** 81:12

_____
**W**

**wait** 10:13 129:19
**waived** 241:14
**walk** 115:10 144:20
145:8 146:18
147:6 148:6,10
150:10,14 151:9
151:12 152:8,12
152:24 153:2
168:11 169:3,5
170:24 171:5
**walking** 229:3,5,7
**wandel** 97:23
216:23
**want** 8:19,20 9:11
10:9,12,22 11:6,9
11:13 19:23 22:2
24:17 33:9 37:2
43:1 47:12 51:14
56:4 68:16 101:17
101:18 102:15
104:1,5 107:6,7
107:20,22 109:1
113:7,21 115:1,10
144:14 157:2,3
165:6,14 169:16
179:24 198:9,20
219:24 223:8,16
224:12 225:3,16
**wanted** 35:5 101:6
**warning** 47:14
**warrants** 50:16
**washington** 1:18
2:10 3:9 7:9

**wasnt** 21:4,4 64:6
64:12,12 68:2
199:11 200:12
**water** 100:18
107:13
**way** 23:5,14,15,23
25:7,10,14 34:7
37:13 40:10 46:4
46:11 49:16 66:22
67:19 68:3 71:3,6
83:23 88:15 89:17
90:4 96:1 101:9
106:14 107:7,10
110:23 111:1,22
129:5 133:23
147:9 161:20
181:10 182:20
183:24 194:14
201:5 222:20,22
227:1 234:15
**ways** 24:18,19
105:23
**wear** 202:5
**website** 79:1
**weeks** 53:8
**welldefined** 235:4
**went** 13:4 15:12
40:3 71:11 83:22
98:3 120:20
122:23,24 137:3
137:18 159:24
203:17 227:10
**whats** 236:8
**wheeling** 200:21
**willbros** 239:8,21
240:24
**wilson** 4:5
**wilsonelser** 4:9
**win** 46:8,13
**window** 145:4
**wins** 45:23 46:6,12
**wishing** 200:14
**witness** 7:23 8:1
24:5 37:24 47:8
47:21 48:3,8 61:4
61:23 63:5 65:2

David Kalokitis

66:15 68:12 69:24
70:13,23 73:13
81:11 82:23 86:15
86:17 88:10 90:9
91:21 95:10,13
102:2,12 103:22
106:23 107:12,18
107:24 116:18
117:24 129:1
143:21 145:23
150:8 151:5 152:3
154:21 155:24
157:10 161:15
162:15 163:10
167:11 170:17
171:17 172:3
174:23 176:4
178:22 179:13
180:13 181:5
186:17,24 191:3
192:13 193:19
194:1 196:8
198:10 200:5
201:1 202:24
205:7 206:16
207:7 220:4,15
222:5,17 223:24
225:18 234:3
240:11 244:6,8,12
**witnessing** 200:16
**wonder** 149:21
174:14
**wont** 225:18
**word** 19:23 127:15
185:7 197:4
210:12
**worded** 70:16
**wording** 88:19
**words** 90:19 161:1
163:18 164:16
184:22 211:12
**work** 14:21 15:17
15:20 16:13,18
17:11 20:13 21:3
21:5 23:5,9 26:9
26:19 27:2 28:4

28:10,17 29:2,3
29:16 30:15,18
31:2,3,7,11,14,14
31:15,20 32:1,2,3
32:5,23 34:8
35:18,21 38:15
41:2 43:24 44:21
48:24 49:4 54:17
54:19,24 55:20
56:7,18,19 57:10
59:19 60:5 61:7
65:20 72:20 74:10
74:13,15,18,21
76:4,16 77:10,11
83:11 86:10,12
89:23 93:5 94:6
95:18 97:7 98:11
98:13 99:24
110:24 111:2
114:8 116:21
117:14 123:18,21
125:8 138:4,6,11
138:15,17 140:9
140:21 141:14
153:2 192:1,6
194:3,5,6,8 203:5
210:20,23 211:23
213:13,14,15
217:8 231:17
233:5,10
**worked** 16:10 17:3
17:11,12 19:12
21:10,11 26:8
27:7 28:8 32:18
34:12 40:3 48:18
55:17 57:4 67:6
75:5 88:11 94:14
98:23,24 99:14,16
99:19 116:19
122:1 219:8
**workers** 202:5
**working** 13:2 15:10
21:7 22:23 28:2
30:10 33:3,11,12
33:15,17 55:3,5
56:9 60:15 62:6

74:1,8 92:14
100:3 139:5,7
160:11 194:7
197:24 198:6
210:21,22 211:2,3
211:5,6,8,9,14,15
211:21 212:12,13
237:8,13
**works** 35:10 201:5
212:5
**worth** 200:13
**wouldnt** 34:15 74:2
105:17 161:4
183:20 196:3
210:10
**wow** 18:8
**write** 83:15,15,17
200:1 224:18
240:11
**writing** 84:22 90:16
**written** 36:20,24
38:21 90:16
104:10 160:17
184:21 233:9
238:15 239:5
**wrong** 51:17 79:15
184:20
**wrote** 37:6 90:23
111:9 117:7
184:16 224:9,11
240:12

———————
**X**
———————

———————
**Y**
———————
**yeah** 7:16 96:23
195:23
**year** 28:3 48:16,22
237:16
**years** 15:15,16 17:2
17:8 18:2 20:16
20:17 29:4 30:8
49:8 54:9 73:22
78:9 80:7 118:17
158:4 183:22
196:13 203:16

211:18,19 212:21
237:16
**yellow** 113:12
**yesterday** 50:14
**york** 2:9 3:8 4:7,7
7:9
**young** 78:5

———————
**Z**
———————
**zalud** 75:6 88:3,10
88:20 89:13,14
91:1 93:14 94:13
120:14 133:2
135:20 157:23
158:2
**zaluds** 90:15 91:13
**zero** 48:11
**zibas** 4:4,9 5:5
217:17 229:22
234:6 240:15
**zone** 13:23

———————
**0**
———————
**000** 30:13,14,15
**03** 72:6
**04** 72:4,6,23 227:14
**05** 227:14
**054** 6:4 117:9
118:19 120:18
121:21 122:15
123:15 125:13,18
132:11 133:9,15
133:21,23 134:3
135:1,3,5,15
136:5 221:8 241:2
**06** 157:14,16
211:16 217:21,23
227:4,15
**07** 227:4
**08** 36:13,14

———————
**1**
———————
**1** 5:10 7:4 30:13,14
30:15 49:17,18,21
75:20 100:23
110:3 112:12
124:10 128:8,9

129:2,7,8,10,10
143:2,4 145:21,23
147:10 162:20
163:2,5,10 179:21
179:23 235:18
**10** 6:17 36:13,14,15
36:17 112:13,13
114:11,13 130:6,7
163:1,4,22 164:10
164:11 165:4
181:11,14,16,19
182:9,24 184:1
185:3 187:21
190:24 191:14
193:13 195:22
213:16,20 224:14
224:16 237:23
**100** 18:7,14 29:10
**1000** 153:19
**10017** 4:7
**102** 153:14,15
**104** 146:7
**106** 5:13
**10th** 32:9 116:9
**10unit** 182:21
**11** 49:8 75:19,21,22
75:24 82:13
**110** 5:14
**1100** 2:9 3:8 7:9
**113** 5:15
**12** 82:13 112:3,4,5
112:7 138:10
166:11,15 237:24
**120** 144:22 145:2
148:9
**124** 5:18
**125** 5:21
**12th** 3:19
**13** 75:19,21
**132** 6:4
**134** 6:7
**13cv05670** 1:7
**13th** 214:23 215:21
**14** 157:17,19
244:24
**141** 6:12

David Kalokitis

Page 272

**15** 29:23 124:10
  198:11,13
**150** 4:6
**168** 221:5
**177** 6:16
**18** 1:17 2:1 235:20
  235:23
**180** 144:22
**18th** 83:24
**19104** 3:20
**1983** 13:1,3,17
  16:16
**1984** 16:5
**1990** 13:6,22
**1990s** 28:1
**1993** 20:22,23 26:5
  26:11
**1994** 214:10,23
  215:21,22
**1998** 183:14,20
**1a** 127:17,20
**1b** 128:22 129:2,6,9
  129:24

_____
**2**

**2** 1:7 5:13 76:1
  106:20,21 112:11
  112:14 117:10,13
  117:19,24 118:3
  118:19 157:14,15
  157:16,17,19
  165:20,21 195:20
  226:5,8,12 228:12
  228:13
**20** 45:18,19 104:17
  237:4 239:7
  243:19
**2000** 72:19 153:19
  153:21,22 154:21
  154:24 183:12
  185:3 189:3
  200:16 232:6
  237:23
**20005** 2:10 3:9
**2000s** 29:5 31:12
**2002** 48:11,13 49:1

49:2 183:10,19
  200:2,16
**20022003** 139:23
**2003** 49:4,5,7 71:14
  71:18,20,24 200:2
**2004** 31:21 38:15
  51:24 54:24 70:19
  70:24 72:19
  104:17,18 109:22
  114:15,22,24
  140:18 183:7
  223:18 224:8
  227:18,20
**2005** 31:21 111:4
  112:24 113:1,4,5
  224:20 225:3
  226:19,20
**2006** 39:14 40:2,14
  40:23 227:20
**2007** 39:16,24 41:4
**2011** 80:8 81:4
  82:15,20 237:22
**2012** 80:8 81:4
  82:17,20 83:2
  100:15 237:22
  240:23
**2013** 43:2,6 78:4
  79:20 84:21 87:1
  87:14 231:8 232:8
  233:4,24
**2014** 1:17 2:1 83:23
  231:9
**2016** 244:24
**2023712600** 3:10
**21** 36:15,17
**2124903000** 4:8
**213** 6:17
**2155683100** 3:21
**22** 112:3,4 153:9
**229** 5:5
**23** 114:22,23 184:8
  184:17 185:23
  195:23,24 196:2
  224:8
**24** 16:2
**248** 6:4 132:11

**25** 108:24 109:3
**25year** 16:2
**26** 75:22,24 178:2,3
  178:5
**274** 6:16 177:11
**2929** 3:18

_____
**3**

**3** 5:15 100:22
  113:15,17 114:18
  114:20 118:23
  119:13,15 130:1,9
  131:2,11,17,17,23
  132:1,23 133:1,10
  133:11 153:7
  157:20 198:11,13
  198:14,16 217:19
  217:20 219:14
  223:17 224:5,7
**30** 47:7 166:11,16
  198:14,16
**300** 182:14,17,20
  182:23 183:1,6,21
  187:18,20 188:6
  216:3,7,12,15,17
  236:1,24
**31st** 79:20
**32** 2:2 7:3
**320** 119:19
**38** 165:17,19 166:4
**39** 165:18,19 166:4
  241:12,14

_____
**4**

**4** 5:18 110:3 112:21
  112:22 124:15,19
  130:1,5 131:2,3,7
  133:1,10,11 178:6
  178:7,7 180:1,3,5
  180:7 217:21,23
  220:18,20 224:14
  241:12,14
**42nd** 4:6
**44** 128:6,9 143:3
**470** 131:7 220:18
**482** 6:16 177:11

**49** 5:10
**4th** 240:23

_____
**5**

**5** 5:21 125:23 126:3
  132:24 133:1,10
  133:11 135:14
  156:15 221:3
**54** 128:23
**577** 6:12 142:1
**58** 112:5,7 217:19
  217:20
**598** 6:7 134:10

_____
**6**

**6** 6:4 47:7 132:4,8
  133:10,11 221:7,8
  235:20 237:4
**60** 5:17,20,23
  113:23 124:21
  126:6 144:21
  164:19,21
**63** 128:6,9,23
**631** 6:12 142:1
  151:18 155:5
  156:17 167:3,19
  168:23
**639054** 5:17 113:23
**641470** 5:20 124:21
**642** 241:2
**644** 6:17 213:22

_____
**7**

**7** 6:4,7 50:10
  100:22 132:11
  133:11,11,11
  134:5,9 135:18
  177:17 211:16
**70** 141:1,3
**728168** 5:23 126:6

_____
**8**

**8** 5:4 6:7,12,12,16
  134:10 141:19,23
  142:1 177:11,17
**80** 29:13
**80s** 209:17

**83** 16:6,7 18:6
**86** 18:3
**864** 6:7 134:10
  135:2,17,21,22
  136:6 158:5
  160:21 162:7,8,20
  167:5,21 168:1,2
  168:4 169:4,23
  171:11,20 172:14
  176:24 177:24
**87** 18:3
**89** 162:24 182:23
**8950** 161:23 162:8
  162:23 163:1,4,22
  164:10,11 165:4
  181:11,14,16,19
  182:9,12,21,24
  184:1 185:3
  187:19,21 190:24
  191:14 193:13

_____
**9**

**9** 2:2 6:16 7:3 110:3
  110:17 112:21,22
  177:5,9 190:8
**90s** 25:22 26:10,11
  26:12,20