Liza M. Walsh
Tricia B. O'Reilly
Katelyn O'Reilly
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

Michael B. Ray
Mark Fox Evens
Byron L. Pickard
Nirav N. Desai
Adam C. LaRock
STERNE, KESSLER, GOLDSTEIN, & FOX P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005
(202) 371-2600

*Attorneys for Plaintiff*
*Power Survey, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| POWER SURVEY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER UTILITY SERVICES, LLC, AND L-3 COMMUNICATIONS HOLDINGS, INC. D/B/A/ NARDA SAFETY TEST SOLUTIONS<br><br>Defendants. | Civil Action No. 2:13-cv-05670-FSH-MAH<br><br>**NOTICE OF MOTION TO SEAL**<br><br>*Electronically Filed* |

**PLEASE TAKE NOTICE** that on December 15, 2014, or as soon as the Court deems appropriate, counsel for Power Survey, LLC ("Power Survey"), shall move pursuant to Local Civil Rule 5.3(c) before the Honorable Michael A. Hammer, U.S.M.J., at the United States District Court for the District of New Jersey, 50 Walnut Street,

3235042-2

Newark, New Jersey, for the entry of an Order sealing portions of the September 4, 2014 Transcript at DE No. 122.

PLEASE TAKE FURTHER NOTICE that the parties will rely upon the Letter Brief and Certification of Liza M. Walsh submitted herewith, and any additional submissions made hereafter.

PLEASE TAKE FURTHER NOTICE that a proposed Order is also submitted.

Dated: November 14, 2014                          **CONNELL FOLEY LLP**
*Attorneys for Plaintiff,*
*Power Survey LLC*

By: *s/Liza M. Walsh*
    Liza M. Walsh
    85 Livingston Avenue
    Roseland, New Jersey 07068
    973-535-0500