# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, NJ 07068
973.535.0500
FAX: 973.535.9217

**OTHER OFFICES**

HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, NJ 07311
201.521.1000
FAX: 201.521.0100

888 SEVENTH AVENUE
9TH FLOOR
NEW YORK, NY 10106
212.307.3700
FAX: 212.262.0050

PORT LIBERTÉ
23 CHAPEL AVENUE
JERSEY CITY, NJ 07305
201. 521.0200
FAX: 201.706.2160

LIBERTY VIEW BUILDING
457 HADDONFIELD ROAD
SUITE 230
CHERRY HILL, NJ 08002
856.317.7100
FAX: 856.317.7117

1500 MARKET STREET
12TH FLOOR
EAST TOWER
PHILADELPHIA, PA 19101
215.246.3403
FAX: 215.665.5727

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD (2012)
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*+
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
VINCENT J. TORNA-
JEFFREY W. MORYAN*
EDWARD S. WARDELL
PETER J. SMITH*
WILLIAM P. KRAUSS
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY*
MICHAEL J. CROWLEY-
TIMOTHY E. CORRISTON*
PATRICK J. HUGHES*+
JAMES C. MCCANN*
JOHN D. CROMIE

ANGELA A. IUSO*
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
STEPHEN A. URBAN
CHARLES J. HARRINGTON III+
FRANK T. CARA*
STEPHEN V. FALANGA*
TRICIA O'REILLY*
ANTHONY F. VITIELLO*+
MARC D. HAEFNER
JONATHAN P. MCHENRY
BRAD D. SHALIT*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
MICHAEL A. SHADIACK*
OWEN C. MCCARTHY*
PATRICIA A. LEE*+
AGNIESZKA ANTONIAN*
NEIL V. MODY*
STEVE BARNETT*
THOMAS M. SCUDERI*
JOSEPH M. MURPHY*
NANCY A. SKIDMORE*
CHRISTINE S. ORLANDO
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
CHRISTINE I. GANNON*
ANDREW C. SAYLES*
WILLIAM D. DEVEAU*
HECTOR D. RUIZ*
MEGHAN BARRETT BURKE*

COUNSEL
BERNARD M. HARTNETT, JR.*
JOHN W. BISSELL
EUGENE J. CODEY, JR.
FRANCIS J. ORLANDO
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
BRIAN P. MORRISSEY-
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*
KARIN I. SPALDING*

_____

DOUGLAS J. SHORT*
MARK A. FORAND*
LEO J. HURLEY*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
OLIVIA F. CLEAVER+
RUKHSANAH L. SINGH*
BRITTANY E. MIANO*
STACIE L. POWERS*
NICOLE B. DORY*
MICHAEL BOJBASA-
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI*
MELISSA D. LOPEZ
JASON D. FALK*
JAMES F. SULLIVAN, JR.*
BROOKE E. BOWLES*
ALLYSON M. KASETTA*
MEGHAN K. MUSSO*
BRENDAN W. CARROLL*
ELEONORE OFOSU-ANTWI*
EDMUND J. CAULFIELD*
SYDNEY J. DARLING*
NEIL V. SHAH*
STEPHEN R. TURANO*
STEVEN A. KROLL*
MATTHEW A. BAKER+

JODI ANNE HUDSON*
RICHARD A. JAGEN
JASON E. MARX*
ALEXIS E. LAZZARA
GAIL GOLDFARB*
THOMAS VECCHIO*+
DANIEL B. KESSLER*
ROBERT A. VERDIBELLO*
MICHELE T. TANTALLA*
PHILIP W. ALLOGRAMENTO III*+

_____

MICHAEL J. CREEGAN*
THOMAS M. BLEWITT, JR.+
ZULFIA T. CORRIGAN-
MARY HURLEY KELLETT*
DANIELLE M. NOVAK+
KATELYN O'REILLY
JAMES E. FIGLIOZZI-
MARIEL L. BELANGER*
NICHOLAS W. URCIUOLI
GENEVIEVE L. FAIRCLOUGH
CHRISTINA SARTORIO*
THOMAS M. WESTER*
DANIEL E. BONILLA*
CAITLIN PETRY CASCINO*
THOMAS FORRESTER, JR.
KARA M. STEGER-
VICTORIA K. PAGOS*
MICHAEL A. ROLEK*
YANGHO CHARLES SHIN
AMANDA M. CURLEY
SCOTT M. PRESS*
MEGAN M. KOSOVICH
READE W. SELIGMANN
JOSEPH L. LINARES*
DANIEL J. SWAYZE
HOPE D. SKIBITSKY
CHRISTOPHER J. BORCHERT

*ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA
-ONLY ADMITTED IN NEW YORK

PLEASE REPLY TO ROSELAND, NJ

December 4, 2014

**VIA ECF & FEDERAL EXPRESS**

Honorable Faith S. Hochberg, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    Power Survey, LLC v. Premier Utility Services, LLC, et al.
              Civil Action No. 2:13-cv-5670 (FSH) (MAH)

Dear Judge Hochberg:

      This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Plaintiff Power Survey ("Power Survey") in connection with the above captioned matter. We write in response to Defendants' requests for expedited briefing on their pending motions. (D.E. 136, 137.) Power Survey opposes Defendants' requests and respectfully requests the briefing schedule set forth in this Court's motion day calendar be followed.

      Defendants filed their Joint Renewed Motion to Stay[1] and their Joint Motion for Reconsideration on December 2nd and December 3rd, respectively. (D.E. 134, 135.) Pursuant to this Court's motion day calendar briefing schedule, Power Survey is to file its opposition to both

---

[1] Power Survey notes that Defendants' previous Motion to Stay was denied by Your Honor prior to the deadline for Power Survey to file its opposition. (D.E. 84.)

December 4, 2014
Page 2

motions on December 22nd, a mere eighteen days from today. The motions are returnable on January 5, 2014.[2]

 Power Survey is preparing its opposition to Defendants' pending motions, and would be prejudiced if the time to respond is compressed, particularly where, as here, Defendants have not shown there is good cause to alter the Court's briefing schedule. Accordingly, Power Survey respectfully submits that the briefing schedule set forth in this Court's motion day calendar is appropriate and reasonable, and Power Survey respectfully requests that it be followed.

 As always, we appreciate the Court's attention to this matter, and remain available should Your Honor or Your Honor's staff require anything further.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: Honorable Michael A. Hammer, U.S.M.J.
   All Counsel of Record

---

[2] Defendants' Joint Motion for Reconsideration will be fully briefed on December 22nd and Defendants' Joint Renewed Motion to Stay will be fully briefed on December 29th.

3282748-1